# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1002**                          **September Term, 2024**

DOT-OST-2024-0065

Filed On: January 3, 2025 [2092464]

Frontier Airlines, Inc.,

       Petitioner

    v.

United States Department of
Transportation,

       Respondent

## **N O T I C E**

     This case was docketed on January 3, 2025. The Department of Transportation is hereby notified that the attached is a true copy of the petition for review, which was filed on January 3, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

     The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                                BY:     /s/
                                                   Laura M. Morgan
                                                   Deputy Clerk

Attachment:
     Certified Copy of Petition for Review