# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1002**  **September Term, 2024**

DOT-OST-2024-0065

**Filed On: January 3, 2025** [2092496]

Frontier Airlines, Inc.,

  Petitioner

  v.

United States Department of
Transportation,

  Respondent

## O R D E R

The petition for review in this case was filed and docketed on January 3, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 3, 2025 |
| Docketing Statement Form | February 3, 2025 |
| Procedural Motions, if any | February 3, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 3, 2025 |
| Statement of Issues to be Raised | February 3, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | February 3, 2025 |
| Dispositive Motions, if any | February 18, 2025 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1002**                                                                 **September Term, 2024**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | February 3, 2025 |
| Procedural Motions, if any | February 3, 2025 |
| Certified Index to the Record | February 18, 2025 |
| Dispositive Motions, if any | February 18, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                               BY:    /s/
                                                Laura M. Morgan
                                                Deputy Clerk

The following forms and notices are available on the Court's website:

      Agency Docketing Statement Form
      Entry of Appearance Form
      Request to Enter Appellate Mediation Program (Optional)
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases (Optional)