## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

—————————————————————— )
FRONTIER AIRLINES, INC.,                )
                                        )
            Petitioner,                 )
                                        )
v.                                      )          Docket No.  25-1002
                                        )
UNITED STATES DEPARTMENT                )
OF TRANSPORTATION,                      )
                                        )
            Respondent.                 )
—————————————————————— )

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of January 3, 2025 and Circuit Rule 28(a)(1),

Petitioner Frontier Airlines, Inc. in Case No. 25-1002 hereby submits this

certificate as to parties, rulings, and related cases.

**(A)    Parties and Amici.**

Petitioner

The Petitioner in this matter is Frontier Airlines, Inc. (Frontier). Pursuant to

Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, a Corporate

Disclosure Statement for Frontier was provided to the Court with the Petition for

Review filed January 3, 2025 and assigned Docket No. 25-1002.

<u>Respondent</u>

The Respondent in this matter is the United States Department of Transportation (DOT).

<u>Intervenors</u>

Frontier is not aware of any intervenors in this matter to date.

<u>*Amici*</u>

Frontier is not aware of any *amici* in this matter to date.

**(B)     Rulings Under Review.**

Pursuant to 49 U.S.C. § 46110(a) and (c), 5 U.S.C. § 706, and Federal Rule of Appellate Procedure 15(a), Frontier seeks review of DOT's Final Order styled as DOT Order 2024-12-8, Docket DOT-OST-2024-0065, as well as all interlocutory orders, decisions, determinations, and conclusions supporting the above Final Order.

**(C)     Related Cases.**

The case on review has not previously been before this Court or any other court. Frontier is not aware of any other related cases currently pending in this Court or any other court.

*[Signature on Following Page]*

Respectfully submitted:

/s/  Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

Aaron Schaer
(D.C. Circuit Application
Forthcoming)
BALLARD SPAHR LLP
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Direct: 206.223.7103
Fax: 206.223.7107
schaera@ballardspahr.com


*Counsel for Petitioner Frontier Airlines, Inc.*


DATED: January 17, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2025, I caused a true and accurate copy

of the foregoing Certificate as to Parties, Rulings, and Related Cases to be served

by hand delivery upon the following:

Secretary Pete Buttigieg
United States of America Department of Transportation
Office of the Secretary
1200 New Jersey Ave, SE
Washington, DC 20590

United States of America Department of Transportation
Office of the General Counsel
1200 New Jersey Ave, SE
Washington, DC 20590

Respectfully submitted:

/s/  Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

*Counsel for Petitioner Frontier
Airlines, Inc.*