UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                                      )
FRONTIER AIRLINES, INC.,                       )
                                                                      )
        Petitioner,                                           )
                                                                      )
v.                                                                   )     Docket No.  25-1002
                                                                      )
UNITED STATES DEPARTMENT            )
OF TRANSPORTATION,                            )
                                                                      )
        Respondent.                                        )
_____)

## PETITIONER FRONTIER AIRLINES, INC.'S NON-BINDING STATEMENT OF ISSUES

Pursuant to the Court's January 3, 2025 Order in Case No. 25-1002, Petitioner Frontier Airlines, Inc. (Frontier) hereby submits this non-binding statement of issues presented for review:

1. Whether, the Department of Transportation's (DOT) conclusion that Frontier does not qualify as a "limited incumbent carrier" at Ronald Reagan Washington National Airport (DCA), and is therefore ineligible for the slot exemptions provided to a limited incumbent carrier under 49 U.S.C. § 41718(i)(3), is arbitrary, capricious, an abuse of discretion, contrary to statutory authorization, or otherwise contrary to law under 5 U.S.C. § 706; and

2. Whether DOT's conclusion that Alaska Airlines, Inc. (Alaska) qualifies as a "limited incumbent carrier" at DCA—and consequently awarding Alaska the only slot exemptions provided to a limited incumbent carrier under 49 U.S.C. § 41718(i)(3)—is arbitrary, capricious, an abuse of discretion, contrary to statutory authorization, or otherwise contrary to law under 5 U.S.C. § 706.

Respectfully submitted:

/s/ Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

Aaron Schaer
(D.C. Circuit Application Forthcoming)
BALLARD SPAHR LLP
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Direct: 206.223.7103
Fax: 206.223.7107
schaera@ballardspahr.com

*Counsel for Petitioner Frontier Airlines, Inc.*

DATED: January 17, 2025

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I caused a true and accurate copy of the foregoing Statement of Issues to be served by hand delivery upon the following:

Secretary Pete Buttigieg
United States of America Department of Transportation
Office of the Secretary
1200 New Jersey Ave, SE
Washington, DC 20590

United States of America Department of Transportation
Office of the General Counsel
1200 New Jersey Ave, SE
Washington, DC 20590

                                  Respectfully submitted:

                                  /s/  Lorene L. Boudreau
                                  Lorene L. Boudreau
                                  D.C. Circuit #55126
                                  BALLARD SPAHR LLP
                                  1735 Market Street, 51st Floor
                                  Philadelphia, PA 19103-7599
                                  Direct: 215.864.8245
                                  Fax: 215.864.8999
                                  boudreaul@ballardspahr.com

                                  *Counsel for Petitioner Frontier Airlines, Inc.*