# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 25-1002     2. DATE DOCKETED: 01/03/2025
3. CASE NAME (lead parties only)   Frontier Airlines, Inc.   v.   U.S. Department of Transportation
4. TYPE OF CASE: ☒ Review   ☐ Appeal   ☐ Enforcement   ☐ Complaint   ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: United States Department of Transportation
   b. Give agency docket or order number(s): DOT-OST-2024-0065; DOT Order 2024-12-8
   c. Give date(s) of order(s) December 17, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency?  ☐ Yes  ☒ No
      If so, when was it filled? _____  By whom? _____
      Has the agency acted?  ☐ Yes  ☐ No   If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Please see attached.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No    If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No    If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  ☐ Yes  ☒ No   If YES, provide program name and participation dates.

Signature /s/ Lorene L. Boudreau      Date 1/17/2025
Name of Party (Print) Frontier Airlines, Inc.
Name of Counsel for Appellant/Petitioner (Print) Lorene L. Boudreau
Address  Ballard Spahr LLP, 1735 Market St., 51st Fl., Philadelphia, PA 19103-7599
E-Mail boudreaul@ballardspahr.com     Phone (215) 864-8245     Fax (215) 864-8999

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)