# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Frontier Airlines, Inc.

**v.**

U.S. Department of Transportation

**Case No:** 25-1002

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

United States Department of Transportation

### Counsel Information

Lead Counsel: Simon C. Brewer

Direct Phone: ( 202 ) 616-5367  Fax: ( 202 ) 307-2551  Email: Simon.C.Brewer@usdoj.go

2nd Counsel: Michael S. Raab

Direct Phone: ( 202 ) 514-4053  Fax: ( 202 ) 307-2551  Email: Michael.Raab@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave NW, Washington, DC 20530

Firm Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)