No. 25-1002

In the

# United States Court of Appeals
## for the District of Columbia Circuit

FRONTIER AIRLINES, INC.,

*Petitioner,*

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondent.*

On Petition for Review of a Final Order of the
United States Department of Transportation

**UNOPPOSED MOTION OF ALASKA AIRLINES, INC.,
FOR LEAVE TO INTERVENE IN SUPPORT OF RESPONDENT**

Sarah Leitner
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Steven Marcus
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Alaska Airlines, Inc.*

## UNOPPOSED MOTION OF ALASKA AIRLINES, INC.,
## FOR LEAVE TO INTERVENE IN SUPPORT OF RESPONDENT

Alaska Airlines, Inc., respectfully seeks leave under Federal Rules of Appellate Procedure 15(d) and 27 and Circuit Rules 15(b) and 27 to intervene in support of Respondent, the United States Department of Transportation (DOT), in this case and "in all cases before this court involving the same agency action or order, including later filed cases." D.C. Cir. R. 15(b). Alaska has standing and a substantial interest in the outcome of this case. Frontier Airlines' petition asks the Court to declare Alaska ineligible for the takeoff and landing rights at Ronald Reagan Washington National Airport (DCA) that DOT awarded Alaska, and to declare Frontier eligible instead. Alaska seeks to intervene to defend DOT's decision to award it those rights. This motion is timely filed less than 30 days after the petition. *See* Fed. R. App. P. 15(d). Neither DOT nor Frontier opposes this motion.

**1.    a.**    On January 3, 2025, Frontier filed a petition for review challenging DOT's Final Order's award of two "limited incumbent slot exemptions"—takeoff and landing rights—to Alaska after finding Frontier ineligible for those landing rights. *See* Frontier Emergency Mot., Ex. I (Final Order).

Slot exemptions are congressionally created takeoff and landing rights. Most takeoff and landing rights are called "slots": each slot is an authorization to conduct one takeoff or landing. 49 U.S.C. § 41714(h)(4). Given the busyness of certain airports like DCA, the Federal Aviation Administration has long restricted the number of slots available. *See, e.g.*, 14 C.F.R. § 93.123. Congress, in turn, has sometimes instructed DOT to permit additional flights by requiring DOT to issue "slot exemptions"—that is, exceptions from the FAA's limits on slots. Like a slot, each slot exemption is an authorization to conduct one takeoff or landing. *Republic Airline Inc. v. United States Department of Transportation*, 669 F.3d 296, 297 (D.C. Cir. 2012).

In the FAA Reauthorization Act of 2024, Congress directed DOT to make ten additional slot exemptions available at DCA. *See* Pub. L. No. 118-63, § 502(a), 138 Stat. 1025, 1887 (*codified at* 49 U.S.C. § 41718(i)). Congress specified that two slot exemptions would be available for "limited incumbent" air carriers and eight would be available for "non-limited incumbent" carriers. 49 U.S.C. § 41718(i)(1)–(3); *see id.* § 41714(h)(5); 14 C.F.R. § 93.213(a)(5). A limited incumbent air carrier is an air carrier that operates fewer than forty slots at a particular airport (here, DCA). *See* 49 U.S.C.

§ 41714(h)(5); 14 C.F.R. § 93.213(a)(5). A non-limited incumbent air carrier, by contrast, is an air carrier with forty or more slots at an airport.

To implement Congress's directive, DOT issued a notice requesting applications from air carriers eligible for the ten slot exemptions. Frontier Emergency Mot., Ex. E. In that notice, DOT listed Alaska and Air Canada as the only two air carriers eligible for the limited incumbent carrier slot exemptions. Alaska applied for the slot exemptions and proposed operating nonstop roundtrip service to and from San Diego, California (SAN). *See* Ex. A. Frontier, contending that it, too, is a limited incumbent carrier, also applied, proposing daily roundtrip service to and from San Juan, Puerto Rico (SJU). Frontier Emergency Mot., Ex. F. In an Order to Show Cause, DOT tentatively determined that Alaska is a limited incumbent carrier and "conclude[d] that Alaska merits an award of two exemptions for service to San Diego" because "[t]he proposed service will enhance options for travel to [an] … airport that does not presently have nonstop service from DCA." *Id.*, Ex. H, at 21-22, 24. DOT also concluded that Frontier is not an eligible limited incumbent carrier because it has no slots at DCA. *Id.* at 20.

After soliciting and considering another round of comments, *see, e.g.*, *id.*, Ex. G (Frontier's objection); Ex. B (Alaska's Comments), DOT adopted its

tentative decision in its Final Order, Final Order 6-9. DOT awarded the limited incumbent carrier slot exemptions to Alaska for its proposed roundtrip service to San Diego. DOT concluded that Alaska is a limited incumbent carrier "based upon the best reading of the applicable statutes." *Id.* at 8. DOT also concluded that Frontier is not a limited incumbent carrier, and thus was ineligible for the slot exemptions, because it had no slots at DCA and the slot exemptions it operates at DCA do not count for purposes of determining limited incumbent air carrier status. *Id.* at 7; *id.*, Ex. H, at 20; 49 U.S.C. § 41714(h)(5)(B)(i). Frontier's petition to this Court seeks review of those determinations.

**b.** On January 17, 2025, after waiting a full month from DOT's Final Order on December 17, 2024 (and three months from DOT's notice in its Show Cause Order of its ultimate conclusions), Frontier filed an emergency motion to stay DOT's decision and expedite this Court's review. Frontier asks this Court to deviate from the ordinary appellate process to decide on an emergency basis that it—but not Alaska—is a limited incumbent carrier eligible for the slot exemptions DOT awarded to Alaska. Frontier did not ask DOT for a stay of its decision before filing its emergency motion, as Federal Rule of Appellate Procedure 18(a)(1) requires. Alaska, meanwhile, has been

- 4 -

selling tickets for the new DCA-SAN route, which is slated to begin service on March 17, 2025, as authorized by the Final Order. *Alaska Airlines Flights from San Diego to Washington, D.C.*, Alaska Airlines, https://www.alaskaair.com/en/flights-from-san-diego-to-washington (last visited Jan. 24, 2025).

2. The Court should permit Alaska to intervene in support of DOT to defend its limited incumbent carrier slot exemptions. The Court allows a party to intervene if that party files an intervention motion "within 30 days after the petition for review is filed," Fed. R. App. P. 15(d), and has Article III standing, *Alabama Municipal Distributors Group v. FERC*, 300 F.3d 877, 879 n.2 (D.C. Cir. 2002), especially if the party participated in the underlying agency proceedings, *Synovus Financial Corp. v. Board of Governors of the Federal Reserve System*, 952 F.2d 426, 433 (D.C. Cir. 1991). Alaska satisfies all three requirements, and neither DOT nor Frontier opposes intervention.

*First*, this motion is timely filed within thirty days after Frontier's petition for review, which was filed on January 3, 2025.

*Second*, Alaska's "standing to participate as [an] intervenor[] is uncontested and self-evident." *Alabama Municipal Distributors Group*, 300 F.3d at 879 n.2. Alaska has a direct and substantial interest in the outcome of Frontier's petition for review. Indeed, Frontier's own claim of standing and

interest—that it wants the limited incumbent slot exemptions—is proof that Alaska, which was awarded those exemptions, has standing to defend them.

The Final Order "expected" that the carriers awarded slot exemptions would "inaugurate full service within 90 days" of the order, Final Order 9, and Alaska has already begun to sell tickets for its DCA–SAN service, *Alaska Airlines Flights from San Diego to Washington, D.C.*, *supra*, which begins on March 17, 2025, Final Order 10. Frontier's petition and emergency motion threaten to disrupt those settled expectations and cause Alaska significant monetary and reputational harm. Frontier contends that Alaska is not eligible for the slot exemptions, but Frontier is. Frontier Emergency Mot. 15-17. If Frontier prevails, Alaska will (1) need to refund or rebook tickets already sold for flights on the new route; (2) be unable to provide service between DCA and SAN in the future; and (3) lose investments it has made to prepare for the new route. In short, Alaska will be "directly affected" if Frontier wins. *Yakima Valley Cablevision, Inc. v. FCC*, 794 F.2d 737, 744-745 (D.C. Cir. 1986).

*Third*, Alaska participated in the DOT proceedings below, applying for the slot exemptions Frontier wants for itself and filing further comments

after DOT issued its Show Cause Order. *See supra* p. 3; *Synovus Financial Corp.*, 952 F.2d at 433.

*Finally*, Alaska's intervention motion is unopposed. Counsel for Alaska communicated with counsel for the government and counsel for Frontier. The government's counsel and Frontier's counsel indicated that the government and Frontier take no position on Alaska's request to intervene.

<div align="center">*    *    *</div>

Alaska respectfully requests leave to intervene in support of DOT's award of the two limited incumbent slot exemptions to Alaska and determination that Frontier is not eligible for those same slot exemptions.

Dated: January 24, 2025

Respectfully submitted,

*/s/ Shay Dvoretzky*

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Steven Marcus
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Sarah Leitner
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

*Counsel for Alaska Airlines, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 1,378 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: January 24, 2025          Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Alaska Airlines, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Circuit Rule 25(f), I hereby certify that on January 24, 2025, I electronically filed the foregoing motion and following addendum with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and the CM/ECF system will accomplish service.

Dated: January 24, 2025          Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Alaska Airlines, Inc.*

**ADDENDUM**

## DISCLOSURE STATEMENT

Petitioner Alaska Airlines, Inc., is a wholly owned subsidiary of Alaska Air Group, Inc., a publicly held corporation. Blackrock, Inc., and The Vanguard Group each own 10% or more of Alaska Air Group, Inc.'s stock. No other publicly held corporation holds 10% or more of Alaska Airlines, Inc.'s or Alaska Air Group, Inc.'s stock. Alaska Airlines, Inc., provides airline service in the United States, including, as relevant here, to and from Ronald Reagan Washington National Airport (DCA).

Dated: January 24, 2025          Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Alaska Airlines, Inc.*

- 11 -

**EXHIBIT A:**
**APPLICATION OF ALASKA AIRLINES, INC.,**
**FOR SLOT EXEMPTIONS (JULY 8, 2024),**
**DOT-OST-2024-0065-5926**

**BEFORE THE**
**DEPARTMENT OF TRANSPORTATION**
**OFFICE OF THE SECRETARY**
**WASHINGTON, DC**

_____
)
Establishment of Slot Exemption Proceeding )
At Ronald Reagan Washington National Airport )       Docket DOT-OST-2024-0065
Pursuant to 49 U.S.C. § 41718 )
_____)

**APPLICATION OF ALASKA AIRLINES, INC.**
**FOR SLOT EXEMPTIONS**
<u>**Washington, DC (DCA)–San Diego, CA (SAN)**</u>

Communications with respect to this document should be addressed to:

Kyle Levine
Senior Vice President,
Legal & General Counsel

Cameron Cloar-Zavaleta
Deputy General Counsel
& Managing Director,
Litigation & Regulatory Law

**ALASKA AIRLINES, INC.**
19300 International Boulevard
Seattle, Washington 98188

David Heffernan
Michael Deutsch
**COZEN O'CONNOR**
1200 19th Street, NW
Washington, DC 20036
(202) 912-4800
dheffernan@cozen.com
mdeutsch@cozen.com

Counsel for
**ALASKA AIRLINES, INC.**

**DATED:** July 8, 2024

## <u>TABLE OF CONTENTS</u>

I.     **Alaska's DCA-SAN Service Proposal** ................................................ 2

II.    **Alaska's Service Proposal Satisfies the FAA Reauthorization Act's Selection Criteria** .......................................................................................... 3

III.   **Alaska Has a Strong Record of Developing Service at DCA and SAN Through Product Offerings That Provide Consumer Choice** ...................... 6

    A.   *Alaska's DCA Services* ...................................................................... 6

    B.   *San Diego is a Key Focus City for Alaska* ...................................... 6

IV.   **Alaska Offers Consumers a Unique Combination of Low Fares and Award-Winning Service Across a Growing Network** ............................... 7

    A.   *Alaska Continues to Invest in Growing Its Network to Enhance Competition Against the Much Larger "Big Four" Carriers* ............. 9

    B.   *Alaska's High-Quality Services Appeal to All Types of Air Travelers* ............. 9

    C.   *Alaska's Award-Winning Service* .................................................... 10

    D.   *Alaska's Environmental Commitment* ............................................ 10

V.    **Governmental, Business and Civic Leaders Strongly Support Alaska's DCA-SAN Service Proposal** ........................................................... 11

VI.   **Conclusion** ................................................................................. 12

**BEFORE THE**
**DEPARTMENT OF TRANSPORTATION**
**OFFICE OF THE SECRETARY**
**WASHINGTON, DC**

_____
                                                      )
Establishment of Slot Exemption Proceeding     )
At Ronald Reagan Washington National Airport   )          Docket DOT-OST-2024-0065
Pursuant to 49 U.S.C. § 41718                         )
_____ )

**APPLICATION OF ALASKA AIRLINES, INC.**
**FOR SLOT EXEMPTIONS**
**Washington, DC (DCA)–San Diego, CA (SAN)**

Alaska Airlines, Inc. ("Alaska") hereby applies for two slot exemptions to operate daily

nonstop roundtrip service between Ronald Reagan Washington National Airport ("DCA") and

San Diego International Airport ("SAN").[1] No carrier operates such service today.

The need for nonstop service between DCA and SAN is compelling. San Diego is the

eighth largest U.S. city, home to the nation's largest military community, sits in the fifth largest

U.S. county, and its airport, SAN, accounts for the greatest number of passengers of any U.S.

airport outside the DCA perimeter without nonstop DCA service.[2]

Alaska, the nation's premier West Coast-based airline, is renowned for its low fares,

high-quality, award-winning service and operational excellence. Having served SAN for nearly

40 years, Alaska maintains San Diego as a focus city and has consistently grown its presence in

this market, including opening its fifth flight attendant base there in 2013. With this strong

history of commitment to the San Diego community, Alaska is the ideal carrier to bring nonstop

---

[1] This application responds to the Department's Notice served June 24, 2024 in the above-captioned docket (the "Notice"). As the Department stated in the Notice, Alaska is eligible to apply for an allocation of two slot exemptions as a limited incumbent carrier. *See* Notice at 2.

[2] *See* Exhibit AS-1.

Application of Alaska Airlines, Inc.
Page 2

DCA service to SAN. Since 2010, Alaska has expanded its services at SAN to include 38

destinations, with plans to continue to grow its presence and bring more convenient flight

options to the traveling public. The addition of nonstop DCA service will enable Alaska to

further expand its network at SAN and deliver greater competitive service options for both local

SAN customers and many passengers connecting through the airport to/from destinations across

the West Coast.

## I.    Alaska's DCA-SAN Service Proposal

Alaska will begin its proposed daily nonstop roundtrip DCA-SAN service within 90 days

of its receipt of final slot times.[3] Alaska's daily eastbound service will depart SAN at 8:30 a.m,

arriving at DCA at 4:30 p.m. Its daily westbound service will depart DCA at 5:30 p.m., arriving

at SAN at 7:50 p.m.[4] Alaska will operate DCA-SAN service using either Boeing 737-800 or 737-

8 MAX aircraft, each of which has 159 seats, configured with 12 First Class seats, 30 Premium

Class seats, and 117 Main Cabin seats.[5]

With hubs in Anchorage, Seattle, Portland, San Francisco, and Los Angeles, Alaska is the

nation's only airline based on and primarily serving the West Coast. Alaska is well positioned to

serve the San Diego market from DCA, as demonstrated by its successful use of limited slot

exemption allocations to successfully serve Seattle, Portland, San Francisco, and Los Angeles

from DCA, as well as its longstanding commitment to grow its network and maintain a flight

attendant base at SAN.

---

[3] As DOT has stated, selected carriers will have to work with the FAA Slot Administration Office for the assignment of slot times. DOT will then issue a notice confirming allocation of final slot times for the granted exemptions. *See* Notice at 3.

[4] *See* Exhibit AS-2. All times are local. In accordance with the Notice, Alaska will work with the FAA Slot Administration Office on the assignment of slot times.

[5] *See* Exhibit AS-3.

Application of Alaska Airlines, Inc.
Page 3

Alaska's DCA-SAN service will enhance competition in the Washington, DC-San Diego market and immensely benefit both regions' business and tourism sectors. It will offer a valuable new option for the large volume of U.S. government (including military) travelers between Washington, DC, and San Diego, which is home to the nation's largest military community. What's more, Alaska will schedule its new DCA-SAN service to connect passengers traveling between Washington, DC, and other airports in the western U.S. and Hawai'i.[6] And passengers can stop over in San Diego and enjoy all the region has to offer on their way to/from any of the 38 nonstop destinations Alaska serves from San Diego, 19 of which are served on a nonstop basis exclusively by Alaska.[7] As discussed further below, Alaska's plans to bring nonstop DCA-SAN service offers substantial benefits to the nation's capital, San Diego and its large population of military personnel, and the SAN airport while enhancing competitive service options for nonstop and connecting passengers.

## II.    Alaska's Service Proposal Satisfies the FAA Reauthorization Act's Selection Criteria

Section 502 of the FAA Reauthorization Act of 2024 ("FAA 2024") directs the Department to consider "the extent to which the exemptions will (i) enhance options for nonstop travel to beyond-perimeter airports that do not have service from [DCA]…or (ii) have a positive impact on the overall level of competition in the markets that will be served as a result of those exemptions." Alaska's proposal satisfies both of these requirements.

First, Alaska's proposal will bring nonstop DCA service to SAN, a beyond-perimeter airport that does not (and as of the date of enactment of the FAA 2024, did not) have such

---

[6] These airports include Fresno, CA (FAT), Las Vegas, NV (LAS), Monterey, CA (MRY), San Luis Obispo County, CA (SBP), San José, CA (SJC), Sacramento, CA (SMF), and Santa Rosa, CA (STS) and, on a seasonal basis, Honolulu, HI (HNL), Kona, HI (KOA), and Lihue, HI (LIH).

[7] *See* Exhibit AS-4.

Application of Alaska Airlines, Inc.
Page 4

service.[8] SAN, with a "Passengers Per Day Each Way" ("PPDEW") measure of 225, is by far the U.S. airport with the greatest number of passengers without nonstop service to DCA.[9] For context, the second-largest domestic airport without nonstop service to DCA, San Antonio International Airport ("SAT"), has a PPDEW of 155.[10] As a significant hub for the defense, biotech, and communications technology industries, San Diego requires efficient nonstop service options to the nation's capital. In addition, DCA-SAN is one of the largest government-related travel markets and continues to grow in size. The General Services Administration ("GSA") estimates that over 28,000 government personnel (civilian and military) will travel between DCA and SAN in Fiscal Year ("FY") 2024, increasing to nearly 32,000 such personnel in FY 2025.[11] This demand reflects the location of key institutions in close proximity to DCA, like the Pentagon, the many federal agencies located in or close to downtown Washington, DC, and the numerous large military bases in the Washington, DC, area.

Currently, San Diego travelers must rely on connections to travel to DCA. Despite the current lack of nonstop service, in 2023, approximately 164,000 passengers traveled between SAN and DCA, accumulating an additional approximately 328,000 hours of annual travel time due to having to make a connection.[12] Alternatively, San Diego travelers may fly nonstop to

---

[8] US Airways operated a daily nonstop flight between DCA and SAN from June 2012 (*see* Docket DOT-OST-2012-0029, Notice of US Airways (Mar. 21, 2012)) until the spring of 2014, when, following the American Airlines/US Airways merger, American switched the DCA–SAN service to DCA–LAX service. *See* Docket DOT-OST-2012-0029, US Airways Change of Market for Beyond-Perimeter Slot Exemption (Jan. 15, 2014).

[9] *See* Exhibit AS-1.

[10] *See id.*

[11] *See* Exhibit AS-5. GSA also estimates approximately 42,000 additional government/military employees will travel between IAD and SAN in FY 2024 and FY 2025. *See id*.

[12] *See* Exhibit AS-6.

Application of Alaska Airlines, Inc.
Page 5

Washington Dulles International Airport ("IAD"), but that airport is located approximately 25 miles from downtown Washington, DC.

Washington, DC-San Diego is also a busy market for leisure and tourist travelers, with tourism generating $23.4 billion for San Diego[13] and $10.2 billion[14] for Washington, DC, in 2023. Alaska's DCA-SAN service will meaningfully increase nonstop capacity and service options between Washington, DC, and San Diego, further benefitting consumers with fares that are on average lower than those of Alaska's competitors. Following Alaska's entry into the IAD-SAN market in Q2 2023, average fares on that route decreased by approximately 26%.[15] Alaska expects this downward trend to continue with the introduction of its DCA-SAN service.

Second, Alaska's new nonstop DCA-SAN service will have a positive effect on the overall level of fare and service competition not only on a nonstop basis between Washington, DC, and San Diego, but also for passengers who will benefit from a broader range of connecting service options between the Washington, DC, area and communities in the western U.S.[16]

---

[13] *See* https://sdtmd.org/case-study-san-diego-tourism-authority/#:~:text=Tourism%20is%20the%20third%2Dlargest,related%20jobs%20in%20the%20County.

[14] *See* https://washington.org/press/destination-dc-announces-record-visitation-economic-impact#:~:text=Washington%2C%20DC%20welcomed%2025.95%20million,a%20record%20102%2C366%20local%20jobs.

[15] *See* Exhibit AS-7.

[16] Alaska's DCA-SAN service will also further the goals of President Biden's executive order addressing competition across the U.S. economy, which broadly directs the Department to take steps to "provide consumers with more flight options at better prices and with improved service, and to extend opportunities for competition and market entry as the industry evolves." Executive Order on Promoting Competition in the American Economy (July 9, 2021), at § 5(m)(ii). *See* Exhibit AS-11.

Application of Alaska Airlines, Inc.
Page 6

III.    **Alaska Has a Strong Record of Developing Service at DCA and SAN Through Product Offerings That Provide Consumer Choice**

    A.    *Alaska's DCA Services*

Alaska began service at DCA in September 2001. Since then, Alaska has established popular and successful nonstop DCA flights to major West Coast cities beyond the DCA perimeter: today, Alaska operates nonstop service between DCA and Seattle, Portland, San Francisco, and Los Angeles, offering customers a variety of product offerings on each flight. San Diego will be an important addition to this list. Alaska has made exceptionally productive use of the limited number of slot exemptions it has been allocated to serve these West Coast beyond-perimeter cities. Alaska operates its DCA flights at an average 87.76% load factor and a 99.78% completion factor—both of which are the highest of all carriers operating at DCA.[17] This performance exemplifies the efficiency with which Alaska operates its entire network. Systemwide, Alaska has an average completion factor of 99.28%, the second highest among the nation's largest carriers.[18] Alaska also has the second highest on-time performance of all U.S. carriers, and the seventh highest on-time performance among all global carriers.[19]

    B.    *San Diego is a Key Focus City for Alaska*

Alaska began serving SAN in 1985 and has continued to grow at the airport ever since. Alaska currently employs approximately 800 San Diego-based team members, including a labor-represented flight attendant base, and serves 38 nonstop markets from San Diego, 19 of which are served exclusively by Alaska on a nonstop basis.[20] Those destinations include airports

---

[17] *See* Exhibit AS-8.

[18] *See* Exhibit AS-9.

[19] *See id*.

[20] *See* Exhibit AS-4.

Application of Alaska Airlines, Inc.
Page 7

throughout the western U.S., as well as Los Cabos, Mexico, and Honolulu, Maui, Kona, and Lihue.

Since 2010, Alaska's departures at SAN have increased by 367%, its available seats at SAN have increased by 299%, and its available seat miles ("ASMs") at SAN have increased by 381%.[21] To date this year, all of these figures exceed pre-pandemic levels, with departures up by 19%, seats up by 21%, and ASMs up by 38% compared with 2019. Alaska currently averages 59 daily departures from SAN, 6,400 daily departing seats, and 15.9 million daily ASMs.[22] Alaska's ASMs at SAN have grown more than any other carrier since 2010.[23]

Nonstop service to/from DCA will be an important addition to Alaska's existing network at SAN,[24] establishing a key additional transcontinental route that will enable Alaska to further grow at SAN and serve a broad range of passenger demand.[25]

## IV. **Alaska Offers Consumers a Unique Combination of Low Fares and Award-Winning Service Across a Growing Network**

Alaska is renowned for its unique and innovative business model, delivering low fares, award-winning service, and operational excellence for a broad range of passengers. Alaska's DCA-SAN service will provide a new, attractive service option for consumers and lower-fare competition against higher-fare legacy network carriers between Washington, DC, and San Diego. Customers traveling between SAN and DCA will have lounge access at both airports through Alaska's premium lounge program.

---

[21] *See* Exhibit AS-10.

[22] *See id.*

[23] *See* Exhibit AS-11.

[24] *See* Exhibit AS-12.

[25] *See* Exhibit AS-13.

Application of Alaska Airlines, Inc.
Page 8

Alaska successfully competes against larger carriers (including at their hubs and focus cities) by providing consumers a unique combination of lower fares across four product offerings, high-quality guest service, and an award-winning Mileage Plan loyalty program, which consistently ranks as the industry's highest-value loyalty program. Alaska's Mileage Plan Program has been ranked as the best airline rewards program for *nine consecutive years* by U.S. News & World Report[26] and *five consecutive years* by NerdWallet.[27] Alaska's Mileage Plan is at or near the top of the industry for many categories, including "reward rates," "best basic economy tickets," "operations," "elite status benefits," "total fees," and "in-flight experience."[28] Alaska's co-branded credit card[29] has a relatively modest annual fee of $95, yet offers industry-leading benefits, including Alaska's "Famous Companion Fare,"[30] priority boarding, a free checked bag for the cardholder and up to six additional guests traveling on the same reservation, 20% off all Alaska inflight purchases and $100 off an annual Alaska Lounge+ Membership.[31] Moreover, at a time when many of the largest U.S. airlines have abandoned set redemption levels for award travel in favor of an opaque system that relies on dynamic pricing (often de-valuing how much a mile is worth), Alaska bases redemption on published award charts that clearly establish, by region, how many miles are needed for award travel, thus enabling members to

---

[26] *See* https://www.usnews.com/info/blogs/press-room/articles/2023-07-25/u-s-news-announces-the-2023-2024-best-travel-rewards-programs ("Alaska Airlines Mileage Plan holds on to the No. 1 spot for the ninth consecutive year in the Best Airline Rewards Programs ranking. The rewards program consistently outperforms others with its high earning power, and offers elite status members benefits like lounge access, upgrades and same-day confirmed flight changes.").

[27] *See* https://www.nerdwallet.com/article/travel/alaska-airlines-mileage-plan-your-complete-guide ("For the fifth year in a row, Alaska came in first in NerdWallet's airline rewards program analysis.").

[28] *See id.*

[29] *See* https://www.alaskaair.com/content/credit-card/visa-signature.

[30] Cardholders receive a $99 companion fare (plus taxes and fees from $23), valid on all Alaska flights booked on alaskaair.com, each account anniversary after spending $6,000 or more on purchases within the prior anniversary year.

[31] Alaska Lounge+ Members receive access to all Alaska lounges and nearly 90 partner airlines' lounges.

Application of Alaska Airlines, Inc.
Page 9

know when they join the Mileage Plan program and thereafter how many miles are needed for

award travel.[32]

Alaska also offers its guests a global network through its membership in the **one**world

Alliance and partnerships with 30 airlines. With annual operating revenue of $10.4 billion,

23,000 employees, and a fleet of 326 aircraft, Alaska has the resources to compete head-to-head

with the larger carriers and a strong record of doing so.

A.    *Alaska Continues to Invest in Growing Its Network to Enhance Competition Against the Much Larger "Big Four" Carriers*

Alaska has a history of network growth. During the pre-pandemic years of 2015-2019,

Alaska (i) grew to become the largest West Coast carrier, including one of the top three carriers

in six of the ten largest West Coast markets, and (ii) increased its number of destinations to

128.[33] Since 2010, Alaska grew faster than any of the Big Four carriers (American, Delta,

United, and Southwest).[34] Alaska's commitment to expansion at SAN is an important part of that

growth. As a member of the **one**world Alliance, Alaska's customers can book travel to more than

1,000 destinations on any of Alaska's 30 worldwide airline partners while earning miles and

redeeming award tickets.[35]

B.    *Alaska's High-Quality Services Appeal to All Types of Air Travelers*

Alaska offers four distinct fare products[36] that appeal to the broadest range of travelers:

- Alaska's First-Class product features the most legroom in any U.S. domestic airline, priority boarding, a dedicated flight attendant for the First-Class cabin,

---

[32] *See* https://www.alaskaair.com/content/mileage-plan/use-miles/award-charts.

[33] In April, Alaska announced new nonstop service between San Diego and Las Vegas, beginning October 1, 2024. *See* https://news.alaskaair.com/alaska-airlines/alaska-airlines-expands-presence-in-southern-california-with-new-routes-and-increased-service-to-popular-west-coast-destinations/.

[34] *See* Exhibit AS-14.

[35] *See* Exhibit AS-15.

[36] *See* Exhibit AS-16.

Application of Alaska Airlines, Inc.
Page 10

two complimentary checked bags, lounge access on select flights, and
complimentary food and drinks.

- Alaska's Premium Class product features include extra legroom, early boarding, and complimentary beer, wine and cocktails.

- Alaska's award-winning Main Cabin offers passengers an unrivaled inflight service, no change fees, and complimentary seat selection.

- Alaska's Saver Fare, popular among price-sensitive travelers, features Alaska's lowest rates and offers a complimentary carry-on bag and Alaska's Main Cabin inflight amenities.

Alaska offers high-speed internet access for purchase across all cabins. Alaska aircraft are equipped with a streaming entertainment system, enabling passengers to choose from a library of over 800 free movies and television shows to watch on their own device. Alaska offers hot and cold meal options for purchase by Premium, Main Cabin, and Saver Fare passengers.

C.    *Alaska's Award-Winning Service*

Alaska's ability to deliver high-quality service reliably and consistently over time is unmatched by the competition. It has earned countless awards, including: 2024 Best U.S. Airline & Frequent Flier Program (Wallet Hub); Top Airline Reputation (2024 Axios Harris Poll); 2023 Worldwide Airline of the Year (Centre for Aviation); Best Airline Overall and #1 for Crew, Comfort, Food, and Boarding (KAYAK 2023); Best Airline Rewards (US News 2023-2024); Best Employers for Diversity (Forbes 2024); Best Airline Rewards (NerdWallet 2023); Best Customer Service (Newsweek 2023); and Best Airline in North America (APEX 2022).[37]

D.    *Alaska's Environmental Commitment*

Alaska's growth has been guided by its core values, including a commitment to environmental stewardship. Alaska has set a long-term goal to achieve net-zero carbon emissions

---

[37] *See* Exhibit AS-17.

Application of Alaska Airlines, Inc.
Page 11

by 2040,[38] which exceeds the International Civil Aviation Organization's long-term net-zero target of 2050.[39] Since announcing this goal, Alaska has made historic orders for new, more efficient aircraft, built a coalition of sustainable aviation fuel partners, and advanced the use of artificial intelligence to fly more efficient routings that reduce fuel consumption.

Alaska is proud to be the first U.S. airline to eliminate plastic bottles, cups, straws, stir packs, and citrus picks. By partnering with Boxed Water and serving drinks in responsibly sourced paper cups, Alaska saves over 2.2 million pounds of plastic from landfills every year. Alaska also encourages guests to #FillBeforeYouFly, avoiding waste altogether by bringing refillable water bottles and filling them up at the airport before a flight.

## V.    Governmental, Business and Civic Leaders Strongly Support Alaska's DCA-SAN Service Proposal

Alaska's proposal to introduce daily nonstop service between DCA and San Diego has garnered strong support from a wide range of San Diego area and State of California government leaders, as well as the San Diego area business and civic communities. Exhibit AS-19 lists and provides copies of letters of support from those diverse interests for Alaska's proposal. These parties recognize the substantial public benefits that Alaska's service will generate for the San Diego area and other western U.S. communities, as well as for passengers, including business, government, military, and leisure travelers.

---

[38] *See* Exhibit AS-18.

[39] *See* https://www.icao.int/Newsroom/Pages/States-adopts-netzero-2050-aspirational-goal-for-international-flight-operations.aspx.

Application of Alaska Airlines, Inc.
Page 12

## VI.    <u>Conclusion</u>

For all of the foregoing reasons, Alaska Airlines, Inc. requests that the Department grant

it two slot exemptions at Ronald Reagan Washington National Airport to enable Alaska to

operate once-daily nonstop roundtrip service to/from San Diego International Airport.


Respectfully submitted,

_____
David Hefferan
Michael Deutsch
**COZEN O'CONNOR**
1200 19th Street, NW
Washington, DC 20036
dheffernan@cozen.com
mdeutsch@cozen.com

Counsel for
**ALASKA AIRLINES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served a copy of the foregoing Application of Alaska Airlines, Inc. by electronic mail upon the following:

| | |
|---|---|
| ABX Air/Air Transport Int'l: | bleopard@sgbdc.com |
| | mgoldman@sgbdc.com |
| Air Canada: | anita.mosner@hklaw.com |
| Allegiant Air: | agoerlich@ggh-airlaw.com |
| American Airlines: | molly.wilkinson@aa.com |
| | brent.alex@aa.com |
| Amerijet Int'l: | rleon@amerijet.com |
| Atlas Air: | sascha.vanderbellen@atlasair.com |
| | keinan.meginniss@atlasair.com |
| Centurion/Skylease: | john@mietuslaw.com |
| Delta Air Lines: | chris.walker@delta.com |
| | steven.seiden@delta.com |
| Federal Express: | anne.bechdolt@fedex.com |
| | brian.hedberg@fedex.com |
| | sllunsford@fedex.com |
| Frontier Airlines: | howard.diamond@flyfrontier.com |
| Hawaiian Airlines: | perkmann@cooley.com |
| JetBlue Airways: | robert.land@jetblue.com |
| | reese.davidson@jetblue.com |
| Kalitta Air: | jfoglia@cozen.com |
| | rschwartz@cozen.com |
| | hnicholl@kalittaair.com |
| | nwallace@wallaceair.com |
| National Airlines: | mbenge@kmazuckert.com |
| Northern Air Cargo: | acampbell@northernaviationservices.aero |
| Polar Air Cargo: | kevin.montgomery@polaraircargo.com |
| Southwest Airlines: | leslie.abbott@wnco.com |
| Spirit Airlines: | jyoung@yklaw.com |
| | dkirstein@yklaw.com |
| Sun Country Airlines: | rose.neale@suncountry.com |
| | eric.levenhagen@suncountry.com |
| United Airlines: | aarshad@crowell.com |
| | steve.morrissey@united.com |
| | dan.weiss@united.com |
| UPS: | anita.mosner@hklaw.com |
| FAA: | lawrence.fields@faa.gov |

_Michael Deutsch_
_____
Michael Deutsch

DATED: July 8, 2024

**EXHIBITS**

Exhibit AS-1      San Diego is By Far the Largest U.S. Airport Without Nonstop Service to DCA

Exhibit AS-2      Alaska's DCA-SAN Proposed Schedule

Exhibit AS-3      Alaska Will Operate DCA-SAN Service Using Boeing 737-800 or 737-8 MAX Aircraft

Exhibit AS-4      Alaska Serves 38 Airports Nonstop From San Diego

Exhibit AS-5      Alaska's DCA-SAN Nonstop Service Will Provide Substantial Benefits for U.S. Government and Military Travelers

Exhibit AS-6      Current DCA–SAN Passengers Experience 2hr+ Connections

Exhibit AS-7      Current IAD-SAN Nonstop Services

Exhibit AS-8      Alaska Has a Successful Track Record of Serving West Coast Cities From DCA

Exhibit AS-9      Alaska's Systemwide Operational Performance is Excellent

Exhibit AS-10      Alaska Has Achieved Consistent Growth at SAN

Exhibit AS-11      Alaska Has Grown at SAN More than Any Other Carrier Since 2010

Exhibit AS-12      Alaska's SAN Route Map

Exhibit AS-13      Alaska is Committed to Growing its Transcontinental Services at SAN

Exhibit AS-14      Since 2010 Alaska's Domestic Service Network Grew Far Faster Than American, Delta, United, and Southwest

Exhibit AS-15      Alaska's Membership in the **one**world Alliance Allows it to Connect Passengers to Destinations Throughout the World

Exhibit AS-16      Alaska Offers Four Distinct Categories of Fare Products, Which Demonstrates Alaska's Appeal to All Types of Travelers

Exhibit AS-17      Alaska Is Recognized as an Industry Leader Among U.S. Airlines

Exhibit AS-18      Alaska Prioritizes Sustainability, With a Commitment to Net Zero Emissions by 2040

Exhibit AS-19        Letters of Support for Alaska's DCA-SAN Nonstop Service Proposal



# San Diego is By Far the Largest U.S. Airport Without Nonstop Service to DCA



### Top 10 Unserved DCA Markets
*by Passengers Per Day Each Way (PPDEW)*

| | Destination | PPDEW |
|---|---|---|
| #1 unserved | **SAN** | 225 |
| | **SAT** | 155 |
| | **ABQ** | 123 |
| | **SMF** | 106 |
| | **SNA** | 82 |
| | **ONT** | 77 |
| | **HNL** | 76 |
| | **TUS** | 76 |
| | **ELP** | 69 |

*Source: Cirium: Passengers Per Day Each Way, YE Q4 2023*



Exhibit AS-1

USCA Case #24-1002    Document #2063824    Filed: 07/07/2025    Page 31 of 208



# Alaska's DCA–SAN Proposed Schedule

| Route | Flight # | Frequency | Equipment | Departure* | Arrival* | Elapsed Time |
|-------|----------|-----------|-----------|------------|----------|--------------|
| SAN-DCA | 14 | Daily | 737-800 or 737-8M | 8:30 a.m. | 4:30 p.m. | 5:00 |
| DCA-SAN | 15 | Daily | 737-800 or 737-8M | 5:30 p.m. | 7:50 p.m. | 5:20 |

*All times local



Exhibit AS-2



# Alaska Will Operate its DCA–SAN Service Using its Boeing 737-800 or Boeing 737-8 MAX Aircraft



 First Class     Premium Class    Main Cabin

**737-800 & 737-8 MAX**
 Total Seats: 159
 First: 12
 Premium:30
 Coach:117



Exhibit AS-3



# Alaska Serves 38 Airports Nonstop From San Diego

| ATL | HNL | OGG | SJD | FCA* |
|-----|-----|-----|-----|------|
| AUS | IAD | PAE | SLC | FLL* |
| BOI | JFK | PDX | SMF | HDN* |
| BOS | KOA | RDM | STS | JAC* |
| EUG | LAS | SBP | TPA | MSO* |
| EWR | LIH | SEA | ANC* | PVR* |
| FAT | MCO | SFO | BZN* | |
| GEG | MRY | SJC | CUN* | |

*Seasonal service

The following airports are served only by Alaska from SAN on a nonstop basis: ANC, BZN, CUN, EUG, FAT, FCA, GEG, HDN, JAC, KOA, LIH, MCO, MRY, MSO, PAE, PVR, RDM, SBP, and STS



Exhibit AS-4



# Alaska's DCA-SAN Nonstop Service Will Provide Substantial Benefits for U.S. Government and Military Travelers

DCA–SAN 80–160 – Scenario Analysis – Filed 01/24/2024 – Page 35 of 208

|  | **Projected FY 2024** | **Projected FY 2025** |
|---|---|---|
| DCA-SAN | 28,317 passengers | 31,692 passengers |
| IAD-SAN | 14,979 passengers | 27,734 passengers |

*Source: GSA Solicitations*



Exhibit AS-5



# Current DCA-SAN Passengers Experience 2hr+ Connections

In 2023, 164,000 passengers traveled between SAN and DCA, accumulating approximately 328,000 hours in connecting time.





| Connecting To/From DCA | Duration |
|---|---|
| DL | 7 hours |
| AA | 7.5 hours |
| UA | 7.5 hours |

| Nonstop to/from IAD | Duration |
|---|---|
| SAN-IAD | 5 hours |
| IAD-SAN | 5.2 hours |



*Sources: U.S. DOT O&D Dynamic Table Report for flights from DCA to SAN for travel YE Q4 2023; Cirium Mi O&D connection points are based off largest pax share from SAN-DCA by airline; Duration is an average of schedule.*



Exhibit AS-6



# Current IAD-SAN Nonstop Services

- United Airlines operates three (3) daily round-trip nonstop flights between IAD and SAN and Alaska operates one (1) daily round-trip nonstop flight between IAD and SAN.
- After Alaska entered the route in Q2 2023, average fares on the route decreased by nearly 26%, from Q4 2022 ($404.30) to Q4 2023 ($299.50).



*Sources: Metropolitan Washington Airports Authority March 2024 Air Traffic Statistics; U.S. DOT DB1B Database. Average nonstop one-way O&D fares including fees and taxes between IAD and SAN.*



Exhibit AS-7



# Alaska Has a Successful Track Record of Serving West Coast Cities From DCA

- Alaska began operations at DCA in September 2001.

- Alaska has the highest completion rate and load factor to/from DCA

### DCA Completion Rate

| Date | Op Carrier | Comp Rate | Comp Rank |
|------|-----------|-----------|-----------|
| **2023** | **AS** | **99.78%** | **1** |
| 2023 | WN | 99.30% | 2 |
| 2023 | DL | 98.93% | 3 |
| 2023 | UA | 98.70% | 4 |
| 2023 | AA | 98.70% | 5 |
| 2023 | F9 | 98.30% | 6 |
| 2023 | B6 | 98.25% | 7 |

*Source: Cirium 2023*

### DCA Load Factor

| Date | Op Carrier | Load Factor | Comp Rank |
|------|-----------|-------------|-----------|
| **Feb. 2024** | **AS** | **87.76%** | **1** |
| Feb. 2024 | DL | 84.43% | 2 |
| Feb. 2024 | UA | 83.77% | 3 |
| Feb. 2024 | F9 | 83.56% | 4 |
| Feb. 2024 | AA | 82.14% | 5 |
| Feb. 2024 | B6 | 82.00% | 6 |
| Feb. 2024 | WN | 77.44% | 7 |

*Source: US DOT T-100, YE Feb 2024*



Exhibit AS-8



# Alaska's Systemwide Operational Performance is Excellent

## Systemwide Completion Rate Among U.S. Carriers

| Date | Carrier | Comp Rate | Rank |
|------|---------|-----------|------|
| 2023 | Southwest | 99.38% | 1 |
| **2023** | **Alaska** | **99.28%** | **2** |
| 2023 | American | 99.09% | 3 |
| 2023 | Spirit | 99.04% | 4 |
| 2023 | Delta | 99.02% | 5 |
| 2023 | United | 98.59% | 6 |
| 2023 | Frontier | 98.35% | 7 |

*Source: Cirium 2023*

## Systemwide On-Time Performance Among U.S. Carriers

| Date | Carrier | On-Time Performance | Rank |
|------|---------|---------------------|------|
| 2023 | Delta | 83.21% | 1 |
| **2023** | **Alaska** | **81.04%** | **2** |
| 2023 | American | 79.11% | 3 |
| 2023 | United | 78.67% | 4 |
| 2023 | Southwest | 75.51% | 5 |
| 2023 | Spirit | 69.45% | 6 |
| 2023 | JetBlue | 68.52% | 7 |

*Source: OAG Schedules Analyser 2023. 80% coverage limit applied*



Exhibit AS-9



# Alaska Has Achieved Consistent Growth at SAN



- 2023 vs. 2010 SAN growth
  - Departures: +367%
  - Seats: +299%
  - ASMs: +381%



- Avg 51 daily departures in 2023
  - *Increases to 59 daily in 2024*



- 6.4 thousand daily departing seats in 2023



- 15.9 million daily ASMs in 2023

## SAN Capacity growth

| Year | Departures | Seats | ASMs |
|------|-----------|-------|------|
| 2011 | 16% | 17% | 30% |
| 2012 | 29% | 20% | 27% |
| 2013 | 28% | 26% | 32% |
| 2014 | 9% | 10% | 9% |
| 2015 | 4% | 5% | 5% |
| 2016 | 10% | 8% | 6% |
| 2017 | 25% | 19% | 20% |
| 2018 | 38% | 29% | 22% |
| 2019 | 11% | 11% | 5% |
| 2020 | (39%) | (45%) | (49%) |
| 2021 | 54% | 57% | 75% |
| 2022 | 11% | 16% | 22% |
| 2023 | (2%)* | 4% | 9% |

*In 2023, Alaska deployed larger-capacity aircraft at SAN, which resulted in a slight reduction in the number of departures while enabling Alaska to continue to increase its aircraft seats and ASMs at SAN.

*Source: Cirium YE Dec 2010 - YE Dec 2023*



Exhibit AS-10



# Alaska Has Grown at SAN More than Any Carrier Since 2010

## SAN Capacity growth
### 2023 vs 2010

| Carrier | ASMs |
|---------|------|
| **AS** | **381%** |
| F9 | 109% |
| AA | 105% |
| UA | 92% |
| B6 | 72% |
| DL | 54% |
| WN | 44% |

*Source: Cirium YE Dec 2010 vs YE Dec 2023*

## SAN Seats



- Southwest
- Alaska
- United
- Delta
- American
- Other

*Source: Cirium YE Dec 2024, SAN to North America seats*



Exhibit AS-11

# Alaska's SAN Route Map



Exhibit AS-12



# Alaska is Committed to Growing its Transcontinental Services at SAN





Exhibit AS-13

# Since 2010 Alaska's Domestic Service Network Grew Far Faster Than American, Delta, United, and Southwest



**Growth in Systemwide ASMs Since 2010**

%Growth in Sytemwide ASMs

Alaska 98.3%
Southwest 44.0%
GNCs (American, Delta, United) 15.4%

*Source: OAG as of May 2, 2024.*
*Notes: Data through May 2024. 12 month moving average. Carriers include predecessor airlines: Southwest Airlines (AirTran Airways), United (Continental Airlines), Delta Air Lines (Northwest Airlines), American Airlines (US Airways), Alaska Airlines (Virgin America).*



Exhibit AS-14



# Alaska's Membership in the oneworld Alliance Allows it to Connect Passengers to Destinations Throughout the World

REDACTED CAUSE NO. 18779    Document #0198326    Filed 07/12/2018    Page 45 of 208





Exhibit AS-15



# Alaska Offers Four Distinct Categories of Fare Products, Which Demonstrates Alaska's Appeal to All Types of Travelers

USCA Case #25-1002    Document #2128850    Filed: 07/14/2025    Page 66 of 255

- **First Class** – The most legroom of any U.S. domestic airline, priority boarding, two complimentary checked bags, a dedicated First Class flight attendant, lounge access on select flights, and complimentary food and drinks.

- **Premium Class** – Four extra inches of legroom, early boarding, and complimentary beer/wine/cocktails.

- **Main Cabin** – Complimentary advance seat selection, no change fees, and unrivaled inflight service

- **Saver** – Unlike ULCCs, Alaska's Saver fare permits a carry-on bag at no extra cost.

| Travel benefits | Saver fare<br>Budget-friendly<br>essentials | Main Cabin<br>Award-winning<br>classic | Premium Class<br>The elevated<br>standard | First Class<br>Alaska's luxury<br>experience |
|---|---|---|---|---|
| ⭐ Earn Mileage Plan miles | Limited | ⊘ | ⊘ | ⊘ |
| 🧳 Carry on included | ⊘ | ⊘ | ⊘ | ⊘ |
| 💺 Seat selection | | ⊘ | ⊘ | ⊘ |
| 🚶 Board and deplane early | | | ⊘ | ⊘ |
| 🪑 Extra legroom | | | ⊘ | ⊘ |
| 🍷 Free beer, wine, and cocktails | | | ⊘ | ⊘ |
| 🍽 Complimentary food and drinks | | | | ⊘ |
| 👤 Dedicated flight attendant | | | | ⊘ |
| 🛋 Access to Alaska Lounge* | | | | ⊘ |
| 🧳 Two free checked bags | | | | ⊘ |



Exhibit AS-16

# Alaska Is Recognized as an Industry Leader Among U.S. Airlines



**Best U.S. Airline &
Best Frequent Flier Program**
Wallet Hub 2024



**Top Airline Reputation**
Axios Harris Poll 2024



**Best Customer Service**
Forbes 2024



**Customer Experience All-Stars**
Forbes 2024



**Fortune 500® list**
Fortune 2024



**Most Family Friendly Airline**
Good Housekeeping 2024



**Best U.S. Airlines**
The Points Guy 2024



**Best Airline**
Newsweek 2024



**Best Employers for Diversity**
Forbes 2024



**Best Employers for Women**
Forbes 2023



**Corporate Equality Index**
Human Rights Campaign Foundation 2024



**World's Safest Airlines**
#1 U.S. airline, Top 10 in world
Airline Ratings 2018-2024



**Best Airline Rewards**
US News 2023-2024



**Best Airline Rewards**
NerdWallet 2023



**Best Large Employers**
Forbes 2023



**Best Airline Overall
And #1 for Crew, Comfort, Food, and Boarding**
KAYAK 2023



**Best Places to Work**
Disability Equality Index 2023



**Most Influential Companies**
TIME100 2022

**2022 Worldwide Airline of the Year**
Air Transport World

Exhibit AS-17

# Alaska Prioritizes Sustainability, With a Commitment to Net Zero Emissions by 2040

Case 2:23-cv-01877   Document 2-13   Filed 01/04/2023   Page 48 of 208



**5** Carbon Offsets and Removals
Credible, high-quality carbon removal solutions that meet our criteria, only as needed to close the gap to target

**4** New Technologies
Including electrified, hydrogen and hybrid-electric aircraft, and other innovations

**3** Sustainable Aviation Fuel (SAF)
Safe, drop-in, alternative jet fuel with significantly lower lifecycle carbon footprint, made from recycled carbon sources

**2** Fleet Renewal
Bringing new, more fuel-efficient aircraft into our fleet

**1** Operational Efficiency
Continued fuel saving and route optimizing initiatives—Flyways, Required Navigation Performance, single-engine taxi procedures, and more



*Source: Alaska Air Group 2022 Investor Day presentation, https://investor.alaskaair.com/static-files/3aab3fff-1c8c-44ca-9efa-6d4d96bfdd1c.*

Exhibit AS-18

**Exhibit AS-19**
**Letters of Support for Alaska's DCA-SAN Nonstop Service Proposal**

**Elected Officials:**
1. Members of Congress Representing San Diego – Rep. Sara Jacobs, Rep. Juan Vargas, Rep. Scott H Peters, Rep. Mike Levin, Rep. Darrell Issa
2. San Diego Mayor Todd Gloria
3. California State Senator Toni Atkins (39th Senate District and Senate President pro Tempore Emeritas)
4. California State Senator Stephen Padilla (18th Senate District)
5. California State Senator Catherine Blakespear (38th Senate District)
6. California State Senator Brian Jones (40th Senate District)
7. Assemblymember Chris Ward (78th Assembly District)
8. Assemblymember David Alvarez (80th Assembly District)
9. Assemblymember Akilah Weber (79th Assembly District)
10. Assemblymember Brian Maienschein (76th Assembly District)
11. Chairwoman, Nora Vargas, San Diego Board of Supervisors
12. Supervisor Joel Anderson, San Diego Board of Supervisors
13. Vice Chair Terra Lawson-Remer, San Diego Board of Supervisors
14. Supervisor Monica Montgomery Steppe, San Diego Board of Supervisors
15. Supervisor Jim Desmond, San Diego Board of Supervisors
16. Council President Sean Elo-Rivera, San Diego City Council (District 9)
17. Council President Pro Tem Joe LaCava, San Diego City Council (District 1)
18. Councilmember Stephen Whitburn, San Diego City Council (District 3)
19. Councilmember Henry Foster III, San Diego City Council (District 4)
20. Councilmember Marni von Wilpert, San Diego City Council (District 5)
21. Councilmember Kent Lee, San Diego City Council (District 6)
22. Councilmember Raul Campillo, San Diego City Council (District 7)
23. Councilmember Vivian Moreno, San Diego City Council (District 8)
24. Oceanside Mayor Esther Sanchez
25. Poway Mayor Steve Vaus
26. Imperial Beach Mayor Paloma Aguirre
27. Chula Vista Mayor John McCann
28. Vista Mayor John Franklin
29. Solana Beach Mayor Lesa Heebner
30. Escondido Mayor Dane White
31. San Marcos Mayor Rebecca Jones

**Labor:**
1. Alaska Airlines Master Executive Council – Air Line Pilots Association, International
2. Aircraft Mechanics Fraternal Association
3. San Diego and Imperial Counties Labor Council, AFL-CIO

**Airport & Port**
1. San Diego International Airport

2. Port of San Diego

**Associations**
1. San Diego Tourism Authority
2. California Travel Association
3. San Diego Regional Chamber of Commerce
4. East County Chamber of Commerce
5. North San Diego Business Chamber
6. San Diego County Lodging Association
7. San Diego Regional Economic Development Council
8. San Diego East County Economic Development Council
9. South County Economic Development Council
10. Imperial Valley Economic Development Corporation
11. Downtown San Diego Partnership
12. San Diego Sport Innovators/Sports San Diego
13. San Diego Working Waterfront
14. San Diego Convention Center Corporation
15. Asian Business Association of San Diego
16. CA State Hispanic Chamber of Commerce
17. CA State African American Chamber of Commerce
18. Cyber Center of Excellence
19. NAIOP Commercial Real Estate Development Association
20. Cleantech
21. San Deigo Sport Innovators

**Businesses:**
1. SeaWorld San Diego
2. Lockheed Martin Corporation
3. General Atomics
4. Qualcomm
5. Deloitte
6. Boston Consulting Group – San Diego
7. Clark Construction
8. Cox
9. Cultura
10. TaylorMade Golf Company
11. Evans Hotels
12. Firestorm
13. Aquacycl
14. GKN Aerospace
15. Biocom
16. Health Innovation Products
17. Intesa Communications Group

18. Quantum Applied Science and Research (QUASAR) and Wearable Sensing
19. Epitope Diagnostics, Inc.
20. Visaic, Inc.
21. Ace Parking
22. Illumina
23. Harland Brewing Company
24. Scout Distribution
25. REP Publishing, Inc.

**Government & Education:**
1. San Deigo Association of Governments
2. San Diego County Water Authority
3. San Diego Gas & Electric
4. San Diego State University
1. University of California SD Chancellor Pradeep K. Khosla
2. UCSD Jacobs School of Engineering
3. MiraCosta College
4. California State University, San Marcos
5. Point Loma Nazarene University

**Military/Veterans Organizations:**
1. San Diego Military Advisory Council (SDMAC)
2. Veterans In Business Network
3. Coalition of retired military leaders

**Nonprofits:**
1. San Diego Zoo Wildlife Alliance
2. Burnham Center
3. The Leukemia and & Lymphoma Society, Southern California/Hawaii Region
4. United Way of San Diego County
5. Policy & Innovation Center

# Congress of the United States

## Washington, DC 20515

May 16, 2024

The Honorable Pete Buttigieg
Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

Dear Secretary Buttigieg,

We write to you regarding the recently passed Federal Aviation Administration Reauthorization Act, as Members of Congress representing San Diego, California. We are thrilled that this reauthorization included additional slots at Washington, D.C.'s Ronald Reagan National Airport (DCA), and we are respectfully requesting that the Department of Transportation, under your leadership, ensure that at least one of the newly approved slot pairs allows for a non-stop flight to and from San Diego, CA.

As the eighth largest city in the United States, San Diego is the largest passenger market located outside the perimeter without non-stop service to DCA. Terminal 1 of the San Diego International Airport is currently undergoing upgrades and renovations to add 30 new gates to meet the existing and growing demand of travelers. In 2023 alone, visitors spent roughly $14.3 billion in San Diego and the city welcomed 31.8 million visitors.

San Diego is also home to 110,000 active-duty military personnel and more than 118,000 of their family members, making it the largest military community in the United States. Our nation's service members should have an efficient route from one of San Diego's four installations to the Pentagon, but expensive plane tickets and additional time on flights hinder their job performance. A direct flight would dramatically improve their commute to Washington, D.C. and their ability to focus on their mission. Given San Diego's military presence and its status as a binational tourist destination, a direct non-stop flight to and from DCA would improve our community's ability to thrive, grow, and meet the national security demands of our country.

We appreciate your work to implement this FAA Reauthorization, and we appreciate your urgent consideration of this important request.

Sincerely,

Sara Jacobs
Member of Congress

Juan Vargas
Member of Congress

Scott H. Peters
Member of Congress

Mike Levin
Member of Congress

Darrell Issa
Member of Congress

Filed: 01/24/2025     Page 54 of 208     Document #2096321     USCA Case #25-1002



THE CITY OF SAN DIEGO

## TODD GLORIA

MAYOR

June 3, 2024

The Honorable Pete Buttigieg
Secretary
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**RE:** Alaska Airlines' application for SAN–DCA

Dear Secretary Buttigieg:

As Mayor of the City of San Diego, I am writing to express my strong support for Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). As the largest market in the country not serviced by DCA, this new route is vital for enhancing the connectivity between these two strategic regions, but also will support the growing demand for nonstop service for both business and leisure passengers.

As you know, San Diego and Washington, D.C. are hubs of significant defense, economic, and tourism industries. San Diego's core sectors in defense, biotech and communications technology require efficient access to key institutions closest to DCA including the Pentagon, Department of Homeland Security, and the U.S. Congress.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, but the SAN–DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000-passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

I am confident that Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it an ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and, in the last 10 years, has grown by more than 75%. Today, that means about 6,500 passengers served daily and 60 average daily departures from SAN.

Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Thank you for your consideration of this application.

Sincerely,

TODD GLORIA
Mayor
City of San Diego



CAPITOL OFFICE
1021 O ST  SUITE 8610
SACRAMENTO, CA 95814
TEL (916) 651 4039
FAX (916) 651 4939

DISTRICT OFFICE
7575 METROPOLITAN DR  SUITE 100
SAN DIEGO  CA 92108
TEL (619) 688-6700
FAX (619) 688 6712

SENATOR ATKINS@SENATE CA GOV

## SENATOR TONI G. ATKINS
PRESIDENT PRO TEMPORE EMERITUS

June 21, 2024

The Honorable Pete Buttigieg
Secretary
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington DC 20590

Subject: Alaska Airlines' Application for SAN-DCA

Dear Secretary Buttigieg:

I write in strong support of the application submitted by Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). As significant defense, economic, and social activity hubs, San Diego and Washington, D.C. will stand to mutually benefit from enhancing connectivity between the two regions.

San Diego's economic engines of defense, biotech, and communications technology require efficient access to the core of the national capital region, but there is a critical gap in the air service network between SAN and DCA at this moment. Although San Diego is the second biggest government related travel market in the United States, it is presently the largest domestic market not serviced by DCA. With over 225 passengers that fly each direction daily, San Diego is the largest origin-destination market without service to Reagan National.

Alaska Airlines' positive reputation for service, reliability, and customer satisfaction make it an exceptional carrier to bridge the markets of San Diego and Washington, D.C. Alaska Airlines began serving SAN in 1985 and has grown by more than 75 percent in the last 10 years. This now means that Alaska Airlines is responsible for serving 6,500 guests and 60 departures from SAN on average each day.

Adding nonstop service from DCA to Alaska Airlines' daily destinations from SAN not only bridges two strategic regions, but also supports sectors of national and regional



importance. A nonstop route will help benefit the greatest number of travelers by fulfilling growing demand from business and leisure passengers, increasing connectivity, and offering a more efficient service.

Thank you for your favorable consideration of this application.

Warmly,

TONI G. ATKINS
Senate President pro Tempore Emeritus
39th Senate District

TGA:cr

Page 57 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

Page 58 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

CAPITOL OFFICE
1021 O STREET SUITE 6640
SACRAMENTO, CA 95814
TEL (916) 651-4018
FAX (916) 651-4918

SAN DIEGO COUNTY DISTRICT OFFICE
780 BAY BOULEVARD, SUITE 204
CHULA VISTA  CA 91910
TEL (619) 409-7690

IMPERIAL COUNTY DISTRICT OFFICE
1224 STATE STREET, SUITE D
EL CENTRO, CA 92243
TEL (760) 335-3442

RIVERSIDE COUNTY DISTRICT OFFICE
82013 DR  CARREON BOULEVARD  SUITE L
INDIO  CA 92201
TEL (760) 398-6442

WWW SENATE CA GOV/PADILLA
SENATOR PADILLA A4SENATE CA GOV

# California State Senate

## SENATOR
## STEPHEN C. PADILLA
### EIGHTEENTH SENATE DISTRICT



COMMITTEES

BUDGET SUBCOMMITTEE #4 ON
STATE ADMINISTRATION AND
GENERAL GOVERNMENT
CHAIR

MEMBER

AGRICULTURE

BUDGET

GOVERNMENTAL ORGANIZATION

HOUSING

NATURAL RESOURCES AND WATER

REVENUE AND TAXATION

June 27, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Support for Alaska Airlines' Application for SAN-DCA**

Dear Secretary Buttigieg:

As the California State Senator representing South San Diego County, I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego, California and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotechnology, and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government-related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and has grown by more than 75% in the last 10 years. Today, that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

By providing this critical service to my constituents in South San Diego, I look forward to the increased access to travel options that will bridge them to our nation's capital and everything it has to offer. From visiting cultural and historical landmarks to accessing their federal representatives and resources, Alaska Airlines will also provide a critical resource to a community that is remotely far from where key policies are made that affects the whole nation.

I hope to hear of your favorable response to this request in the coming weeks. Should you have any questions, please do not hesitate to contact my office at (619) 409-7690. Thank you for your consideration.

Sincerely,

Senator Stephen C. Padilla
18th Senate District

Filed: 01/24/2025     Document #2096321     USCA Case #25-1002

CAPITOL OFFICE
1021 O STREET, SUITE 7340
SACRAMENTO CA 95814
TEL (916) 651 4038

DISTRICT OFFICES
189 SAXONY ROAD SUITE 200
ENCINITAS CA 92024
TEL (760) 642 0809

24031 EL TORO ROAD SUITE 201A
LAGUNA HILLS CA 92653
TEL (949) 598 5850

SENATOR BLAKESPEAR@SENATE CA GOV
WWW SENATE CA GOV-BLAKESPEAR

# California State Senate

**SENATOR**
**CATHERINE BLAKESPEAR**
**THIRTY-EIGHTH SENATE DISTRICT**



STANDING COMMITTEES
ELECTIONS AND CONSTITUTIONAL
AMENDMENTS
CHAIR
BUDGET AND FISCAL REVIEW

HOUSING

HUMAN SERVICES

TRANSPORTATION

SUBCOMMITTEES
LOSSAN RAIL CORRIDOR RESILIENCY
CHAIR
BUDGET SUBCOMMITTEE #2
RESOURCES, ENVIRONMENTAL PROTECTION
AND ENERGY

JOINT COMMITTEES
CLIMATE CHANGE POLICIES
FAIRS ALLOCATION & CLASSIFICATION

**June 26, 2026**

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

As a California State Senator representing parts of the County of San Diego, I enthusiastically advocate for the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This essential new route will not only facilitate relations between the two strategic regions, but will support the increasing demand for nonstop service for both business and leisure passengers as well.

Both San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. Because of their interrelatedness, San Diego's sectors in defense, biotech, and communications technology require efficient access to the core of the national capital region. The demand for access to institutions like the Pentagon and the Department of Homeland Security has significantly contributed to San Diego's achievement of the second largest government-related travel market in the nation.

Yet at 225 passengers daily in each direction, not only is San Diego the largest origin-destination market without service to Reagan National, but the SAN-DCA market is the largest in the entire domestic network without nonstop service, as demonstrated by data from the U.S. Department of Transportation (DOT). The annual 180,000 passenger population between SAN and DCA has endured connections that add more than 360,000 hours annually of time inefficiency. Quick and reliable airline options between my home airport and Washington, D.C. are vitally important to the California Legislature's coordination with our federal partners. Additionally, their commitment to environmental values and implementation of low-waste standards on flights are important to me and all Californians and we would welcome their greater partnership.

Since Alaska Airlines began serving SAN in 1985, the airline has grown exponentially (by more than 75% in the last 10 years alone) and has developed a reputation for exceptional service, reliability, and customer satisfaction, making it the ideal carrier to bridge these two crucial markets. Today that means about 6,500 guests served daily and 60 average daily departures from SAN.

Filed: 01/24/2025        Page 60 of 208

Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will result in enhanced connectivity between our communities, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application and look forward to hearing your response to this request in the coming weeks.

Sincerely,



**SENATOR CATHERINE BLAKESPEAR**
SENATE DISTRICT 38

# California State Senate

## SENATE MINORITY LEADER BRIAN W. JONES
### FORTIETH SENATE DISTRICT



June 20, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for nonstop service from SAN-DCA**

Dear Secretary Buttigieg,

I am writing to offer my support for the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

I appreciate your consideration of this application. If you have any questions about my support, please do not hesitate to contact my office at 858-547-3818.

Sincerely,

Brian W. Jones
Senator 40th District

Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

**STATE CAPITOL**
P.O. BOX 942849
SACRAMENTO, CA 94249-0078
(916) 319-2078
FAX (916) 319-2178

**DISTRICT OFFICE**
2700 ADAMS AVENUE, SUITE 102
SAN DIEGO, CA 92116
(619) 280-7801
FAX (619) 280-7806

**E-MAIL**
Assemblymember.Ward@assembly.ca.gov



# Assembly
## California Legislature

**CHRISTOPHER M. WARD**
ASSEMBLYMEMBER, SEVENTY-EIGHTH DISTRICT

**COMMITTEES**
CHAIR, HOUSING AND COMMUNITY
    DEVELOPMENT
BUDGET
LABOR AND EMPLOYMENT
LOCAL GOVERNMENT
PRIVACY AND CONSUMER PROTECTION
TRANSPORTATION

June 19, 2024

The Honorable Pete Buttigieg
Secretary of Transportation
United States Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C., 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

I am writing this letter in support of the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National).

San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security. This new route is crucial for enhancing the connectivity between the two strategic regions. It also supports the growing demand for nonstop service for both business and leisure passengers.

Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN.

Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers. I am pleased to support Alaska Airlines' application for SAN-DCA nonstop air service.

Thank you for your consideration of this application.

Sincerely,

CHRISTOPHER M. WARD
Assemblymember, 78th District

CMW:am



STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0080
(916) 319-2080
FAX (916) 319-2180

DISTRICT OFFICE
270 CHURCH AVENUE, SUITE D
CHULA VISTA, CA 91910
(619) 498-8560
FAX (619) 498 8508

**Assembly**
**California Legislature**

**DAVID A. ALVAREZ**
ASSEMBLYMEMBER, EIGHTIETH DISTRICT

COMMITTEES
CHAIR, BUDGET SUBCOMMITTEE NO. 3 ON
  EDUCATION FINANCE
BUDGET
EDUCATION
INSURANCE
MILITARY AND VETERANS AFFAIRS
WATER, PARKS, AND WILDLIFE

June 17, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

I am writing in support of Alaska Airlines' request to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is vital for supporting the growing demand for nonstop service for both business and leisure passengers as the SAN-DCA market is the largest in the entire domestic network without nonstop service.

As you may know, San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

The U.S. Department of Transportation (DOT) data demonstrates that San Diego is the largest origin-destination market without service to Reagan National. Alaska Airlines is the ideal carrier to bridge these two important markets as they began serving SAN in 1985 and in the last 10 years, has grown by more than 75% in daily passenger travel. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Thank you for your consideration of this request.

Sincerely,

David Alvarez
Assemblymember, 80th District



**STATE CAPITOL**
P.O. BOX 942849
SACRAMENTO, CA 94249-0079
(916) 319-2079
FAX (916) 319-2179

**DISTRICT OFFICE**
4700 SPRING STREET, SUITE 301
LA MESA, CA 91942
(619) 465-7903
FAX (619) 465-7909

## Assembly
## California Legislature

**AKILAH WEBER, M.D.**
ASSEMBLYMEMBER, SEVENTY-NINTH DISTRICT

**COMMITTEES**
APPROPRIATIONS
COMMUNICATIONS AND CONVEYANCE
HEALTH
HIGHER EDUCATION
WATER, PARKS, AND WILDLIFE

CO-CHAIR: ASSEMBLY LEGISLATIVE ETHICS

**SELECT COMMITTEE**
CHAIR: SOCIAL DETERMINANTS OF HEALTH

June 19, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

I write to enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Akilah Weber, M.D.
Assemblymember, 79th District

**STATE CAPITOL**
P.O. BOX 942849
SACRAMENTO, CA 94249-0076
(916) 319-2076
FAX (916) 319-2176

**DISTRICT OFFICE**
12396 WORLD TRADE DRIVE, SUITE 118
SAN DIEGO, CA 92128
(858) 675-0760
FAX (858) 675-0688

**E-MAIL**
Assemblymember.Maienschein@assembly.ca.gov

# Assembly
## California Legislature

**BRIAN MAIENSCHEIN**
ASSEMBLYMEMBER, SEVENTY-SIXTH DISTRICT

**COMMITTEES**
BANKING AND FINANCE
COMMUNICATIONS AND CONVEYANCE
HEALTH
JUDICIARY
RULES

**SELECT COMMITTEES**
CALIFORNIA'S MENTAL HEALTH CRISIS
MASTER PLAN FOR HIGHER EDUCATION
IN CALIFORNIA
SERVING STUDENTS WITH DISABILITIES

June 18, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-**

Dear Secretary Buttigieg:

I strongly support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government-related travel market – driven by demand to key institutions closest to DCA, including the Pentagon and the Department of Homeland Security.

At 225 passengers daily in each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop Alaska Airlines flight from SAN to DCA will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We hope to hear of your favorable response to this request in the coming weeks. Should you have any questions about this letter, please do not hesitate to contact my District Office.

Best Regards,

Brian Maienschein
Assemblymember, 76th District

BM:km

Page 66 of 208

Filed: 01/24/2025

Document #2096321

USCA Case #25-1002



**NORA VARGAS**
SUPERVISOR, FIRST DISTRICT
SAN DIEGO COUNTY BOARD OF SUPERVISORS

June 04, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

As Chairwoman of the San Diego County Board of Supervisors I strongly support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

I appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**Serving the cities of:**
El Cajon
Poway
Santee

**Serving the San Diego communities of:**
Allied Gardens
Carmel Mountain Ranch
Del Cerro
Grantville
Kearny Mesa
MCAS Miramar
Miramar Ranch
Rancho Bernardo
Sabre Springs
San Carlos
San Pasqual Valley
Scripps Ranch
Serra Mesa
Stonebridge
Tierrasanta

**Serving the County communities of:**
4S Ranch
Alpine
Barret
Blossom Valley
Bostonia
Boulevard
Campo
Crest
Cuyamaca
Dehesa
Del Dios
Descanso
Dulzura
Eucalyptus Hills
Fernbrook
Flinn Springs
Granite Hills
Guatay
Harbison Canyon
Jacumba
Jamul
Johnstown
Julian
Lake Hodges
Lake Morena
Lakeside
Moreno Village
Mount Laguna
Pine Hills
Pine Valley
Potrero
Ramona
San Diego Country Estates
San Pasqual
Santa Fe Valley
Tecate
Tierra del Sol
Winter Gardens
Wynola

**Serving the tribal governments of:**
Barona
Campo
Capitan Grande
Ewiiaapaayp
Inaja-Cosmit
Jamul Indian Village
La Posta
Manzanita
Sycuan
Viejas



# JOEL ANDERSON

June 4, 2024

The Honorable Pete Buttigieg
Secretary
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

## Re: Support for Alaska Airlines' application for SAN-DCA Nonstop Service

Dear Secretary Buttigieg:

I am writing to express my support for the application filed by Alaska Airlines to restore nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA). This route is vital for enhancing the connectivity between these two strategic regions and supporting the growing demand for nonstop service for both business and leisure passengers.

San Diego County and the Washington metropolitan area serve as significant defense-related economic hubs, with military spending accounting for over twenty-three percent of San Diego's gross regional product. The San Diego region, home to six Navy/Marine bases and one Coast Guard Air Station, remains the largest concentration of military assets in the world and the largest military workforce in the country. It is critical for our local military personnel and civilians working in the defense, biotech and communications technology, and related fields to have efficient access to our nation's capital and defense headquarters.

San Diego continues to rank as the second largest government-related travel market – driven by demand to key institutions closest to DCA, including the Pentagon and Department of Homeland Security. Department of Transportation (DOT) data, which identifies 225 passengers daily in each direction, demonstrates that San Diego is the largest origin-destination market lacking nonstop service to Reagan National Airport. The SAN-DCA market is also the largest in the entire domestic network without nonstop service, resulting in 360,000 hours annually of time inefficiency for the 180,000 passengers traveling between SAN and DCA each year.

I commend Alaska Airlines for recognizing the critical need for nonstop SAN-DCA service and for submitting its application to DOT to restore this important route. Adding nonstop DCA service to Alaska Airlines' daily destinations from SAN will greatly benefit our community by filling a critical gap in the national air service network, providing a more streamlined and efficient service that will benefit the greatest number of passengers.

Accordingly, I urge you to approve Alaska Airlines' application to reestablish nonstop SAN-DCA service and thank you in advance for considering my request.

Sincerely,

Joel Anderson
Supervisor, Second District

Filed: 01/24/2025    Page 69 of 208

Document #2096321

USCA Case #25-1002

USCA Case #25-1002    Document #2096321



**TERRA LAWSON-REMER**
SUPERVISOR THIRD DISTRICT
COUNTY OF SAN DIEGO BOARD OF SUPERVISORS

**June 3rd, 2024**

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

As the County Supervisor representing San Diego County, District 3, I enthusiastically **support Alaska Airlines' application to establish nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA).**

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require direct and efficient access to our nation's capital and the surrounding communities. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

Department of Transportation data reveals that San Diego is the largest origin-destination market without service to Reagan National, with 225 passengers traveling each way daily. The SAN-DCA market is the largest in the entire domestic network without nonstop service, affecting 180,000 passengers annually and causing over 360,000 hours of travel inefficiencies. Just imagine how much more we could accomplish without those 360,000 hours lost each year!

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**Terra Lawson-Remer**
**Supervisor, District 3**
**County of San Diego**

County Administration Center • 1600 Pacific Highway, Room 335 • San Diego, CA 92101
(619) 531-5533 • www.SupervisorTerraLawsonRemer.com
Email: Terra.Lawson-Remer@sdcounty.ca.gov

Page 71 of 208     Filed: 01/24/2025     Document #2096321     USCA Case #25-1002



## MONICA MONTGOMERY STEPPE

SUPERVISOR, FOURTH DISTRICT
SAN DIEGO COUNTY BOARD OF SUPERVISORS

May 10, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers. We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Respectfully submitted,

Monica Montgomery Steppe
Supervisor, District Four
County of San Diego

1600 Pacific Highway, Room 335, San Diego, CA, 92101
Monica.MontgomerySteppe@sdcounty.ca.gov | (619) 531-5544

USCA Case #25-1002     Document #2096321     Filed: 01/24/2025     Page 72 of 208



**JIM DESMOND**
**SUPERVISOR, FIFTH DISTRICT**
**SAN DIEGO COUNTY BOARD OF SUPERVISORS**

**1600 PACIFIC HIGHWAY, ROOM 335, SAN DIEGO, CALIFORNIA 92101-2470**

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**San Diego County Supervisor, Jim Desmond** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Page 73 of 208     Filed: 01/24/2025     Document #2096321     USCA Case #25-1002

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

JIM DESMOND
Supervisor, Fifth District



### THE CITY OF SAN DIEGO

### COUNCIL PRESIDENT SEAN ELO-RIVERA

NINTH DISTRICT

June 20, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

On behalf of Council District 9, I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

I appreciate your consideration of this application. I hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Sean Elo-Rivera
Council President Elo-Rivera, San Diego City Council

Filed: 01/24/2025    Document #2096321    USCA Case #25-1002



## COUNCIL PRESIDENT PRO TEM JOE LACAVA
### FIRST COUNCIL DISTRICT

June 21, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**RE: Support for Alaska Airlines' application for SAN-DCA**

Dear Secretary Buttigieg,

I write to extend my support for Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan International). This newly proposed route is vital for enhancing the connectivity between the two strategic regions and supporting the growing demand by business and leisure passengers for nonstop service from SAN to DCA.

San Diego and Washington D.C. are centers of significant defense, economic, and tourism industries. San Diego's core sectors in defense, biotech, and communications technology require efficient access to the key institutions closest to DCA, including the Pentagon, Department of Homeland Security, and the U.S. Congress.

Data from the U.S. Department of Transportation demonstrates not only that San Diego is the largest origin-destination market without direct service to Reagan International, but the SAN-DCA market is the largest in the entire domestic network without nonstop service. This represents significant untapped potential for connectivity and growth between the two cities.

I respectfully request your consideration of Alaska Airlines' proposed nonstop service between San Diego International Airport and Ronald Reagan Washington National Airport. Please contact Victoria Joes, (VCJoes@sandiego.gov) of my office with any questions.

Thank you for your time and consideration.

Sincerely,

Council President Pro Tem Joe LaCava

City of San Diego, 202 C Street, San Diego, CA 92101 | 619-236-6611 | joelacava@sandiego.gov

Filed: 01/24/2025   Page 77 of 208

USCA Case #25-1002   Document #2096321



**CITY OF SAN DIEGO**
**COUNCILMEMBER STEPHEN WHITBURN**
THIRD DISTRICT

June 18, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

As the Councilmember of District 3 in the City of San Diego, I am writing to enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Page 78 of 208          Filed: 01/24/2025          Document #2096321          USCA Case #25-1002

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Thank You,

Stephen Whitburn

Stephen Whitburn
City of San Diego Councilmember, District 3

Page 79 of 208      Filed: 01/24/2025      Document #2096321      USCA Case #25-1002



THE CITY OF SAN DIEGO

# HENRY L. FOSTER III
COUNCILMEMBER • DISTRICT FOUR

June 21, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN–DCA

Dear Secretary Buttigieg:

I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin–destination market without service to Reagan National, the SAN–DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community and will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Henry L. Foster III
Councilmember, District Four
City of San Diego



THE CITY OF SAN DIEGO

## Marni von Wilpert
### Councilmember • Fifth District

June 18, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

RE: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

On behalf of my constituents in San Diego's 5th Council District, I write to you in enthusiastic support of the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers traveling from the San Diego Metropolitan region to our Nation's Capital.

San Diego and Washington, D.C. are hubs of significant military, defense, economic, and social activity. San Diego's sectors in military readiness and defense, biotech, and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured mid-continental connections that add more than 360,000 hours annually of travel time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger



THE CITY OF SAN DIEGO

## MARNI VON WILPERT
### COUNCILMEMBER • FIFTH DISTRICT

community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Marni von Wilpert
San Diego City Councilmember, District 5



THE CITY OF SAN DIEGO
# COUNCILMEMBER KENT LEE
SIXTH DISTRICT

June 14, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

San Diego Councilmember Kent Lee enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National. the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Personally, I make a few trips a year in my role as Chair of both Land Use and Housing and Budget and Government Efficiency Committees to advocate for San Diego's needs. This service would greatly improve these efforts and make it easy to expand them. We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Councilmember Kent Lee
Council District 6

CITY ADMINISTRATION BUILDING · 202 C STREET · SAN DIEGO, CALIFORNIA 92101



THE CITY OF SAN DIEGO

# RAUL A. CAMPILLO

COUNCILMEMBER • SEVENTH DISTRICT

June 20, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' Application for SAN-DCA

Dear Secretary Buttigieg:

As the Councilmember representing the Seventh District of the City of San Diego, I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). As the largest market in the country not serviced by DCA, this new route is not only vital for enhancing the connectivity between the two strategic regions, but will also support the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and tourism industries. San Diego's core sectors in defense, biotech, and communications technology require efficient access to key institutions closest to DCA including the Pentagon, Department of Homeland Security, and the U.S Congress.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN.

Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network,

and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Thank you for your consideration of this application.

Sincerely yours,

Raul A. Campillo

RAC:cs

City Administration Building • 202 C Street • San Diego, California 92101
Tel: (619) 236-6677 • Raul.Campillo@sandiego.gov

Page 84 of 208   Filed: 01/24/2025   Document #2096321   USCA Case #25-1002

Page 85 of 208     Filed: 01/24/2025     Document #2096321     USCA Case #25-1002



# COUNCILMEMBER VIVIAN MORENO

### EIGHTH DISTRICT
### CITY OF SAN DIEGO

June 21, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**RE: Alaska Airlines' application for SAN-DCA**

Dear Secretary Buttigieg,

On behalf of the Eighth Council District in the City of San Diego, please accept this letter of support for the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

The U.S. Department of Transportation (DOT) data states that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

For these reasons, I strongly support Alaska Airlines' application. Thank you for your consideration of this important matter and please feel free to contact me at (619) 236-6688 or vivianmoreno@sandiego.gov if you have any questions.

Sincerely,

Vivian Moreno
Councilmember, District Eight

2

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 87 of 208



## Mayor Esther C. Sanchez, Esq.

May 29, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re:    Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

The City of Oceanside enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Delegations from our city travel to DC at least once a year for our annual meetings with federal representatives and other department representatives related to our city's critical projects, such as with the Army Corp of Engineers, U.S. Bureau of Reclamation, Department of the Interior, Housing and Urban Development, and others. City staff are also members of professional organizations with main offices and/or conferences in DC. With direct flights, we would be able to travel much more frequently.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Best regards,

*Esther C. Sanchez*

Esther C. Sanchez, Mayor
City of Oceanside

STEVE VAUS, Mayor
CAYLIN FRANK, Deputy Mayor
PETER DE HOFF, Councilmember
ANITA EDMONDSON, Councilmember
BRIAN PEPIN, Councilmember

# CITY OF POWAY



May 29, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024

Dear Secretary Buttigieg:

The City of Poway enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN.

Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application and hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Steve Vaus
Mayor

City Hall Located at 13325 Civic Center Drive
Mailing Address: P.O. Box 789, Poway, California 92074-0789
www.poway.org



# CITY OF IMPERIAL BEACH

## ——— OFFICE OF THE MAYOR ———
**PALOMA AGUIRRE, MAYOR**
825 IMPERIAL BEACH BLVD., IMPERIAL BEACH, CA 91932
TEL: 619.423.8303 | FAX: 619.628.1395

May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

As Mayor of the City of Imperial Beach, I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

Our San Diego region and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Paloma Aguirre
Mayor, City of Imperial Beach

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 91 of 208



# MAYOR JOHN McCANN

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-**

Dear Secretary Buttigieg:

The City of Chula Vista enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

John McCann

John McCann
Mayor
City of Chula Vista

Chula Vista City Hall · 276 4th Avenue · Chula Vista · CA 91910 · jmccann@chulavistaca.gov

Page 92 of 208     Filed: 01/24/2025     Document #2096321     USCA Case #25-1002



**MAYOR &
CITY COUNCIL**

**John B. Franklin**
Mayor

**Katie Melendez**
Deputy Mayor

**Joe Green**
Councilmember

**Corinna Contreras**
Councilmember

**Dan O'Donnell**
Councilmember

**CITY MANAGER**

**John Conley**

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024

Dear Secretary Buttigieg:

The City of Vista enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

John B. Franklin
Mayor
City of Vista



**CITY OF SOLANA BEACH**    www.cityofsolanabeach.org

635 SOUTH HIGHWAY 101 • SOLANA BEACH, CA 92075 • (858) 720-2400 • Fax (858) 720-2455

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for SAN-DCA**

Dear Secretary Buttigieg:

The City of Solana Beach enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

*Lesa Heebner*

Lesa Heebner
Mayor



**Dane M. White, Mayor**
**201 North Broadway, Escondido, CA 92025**
**Phone: 760-839-4883**
**E-mail: dane.white@escondido.gov**

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024

Dear Secretary Buttigieg:

The City of Escondido enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

The Honorable Pete Buttigieg
June 3, 2024
Page 2

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Dane M. White
Mayor

Page 95 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002



SAN MARCOS
DISCOVER LIFE'S POSSIBILITIES

June 14, 2024

Page 96 of 208        Filed: 01/24/2025        Document #2096321        USCA Case #25-1002

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

As Mayor of the City of San Marcos, I enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Rebecca Jones
Mayor
City of San Marcos

Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

**ALASKA AIRLINES MEC**
**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**
18000 International Blvd., Suite 300 | Seattle, WA 98188 | 206-241-3138 | Fax 206-241-3908

THE WORLD'S LARGEST PILOTS UNION | WWW.ALPA.ORG

May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA service.

Dear Secretary Buttigieg,

We are writing on behalf of Alaska Airlines' pilots in support of our airline's application to provide new daily roundtrip flights to Washington Reagan National Airport (DCA) originating from San Diego International Airport (SAN).

Alaska Airlines is a financially strong carrier with hard-working, dedicated employees. Alaska Airlines has a proven track record of exceptional customer service and operational reliability. These factors speak to Alaska Airlines' ability to provide maximum consumer benefits to SAN-DCA nonstop travelers.

The San Diego and Southern California region has been a long-time priority for Alaska Airlines and is an ideal candidate for nonstop service. San Diego is currently the largest market to Washington, D.C. without a nonstop route to DCA. A direct route from SAN to DCA will allow Southern California residents, particularly those in the San Diego metropolitan region, to benefit from enhanced competition, and they no longer will be forced to use less convenient, more time-consuming service to reach our nation's capital.

Alaska Airlines is ideally suited to provide this service. Alaska and its regional sister carrier Horizon Air have a large presence at SAN, operating an annual average of 60 departures per day to destinations up and down the West Coast and Hawaii. As a result, Alaska's nonstop flight would also improve service levels to Washington, D.C., not only for San Diego area passengers, but for connecting passengers and the entire California region.

Since 1985, Alaska Airlines has been growing its presence in San Diego, recently adding new nonstop destinations to its SAN network. Alaska serves the most destinations of any airline in San Diego and has grown by more than 75 percent in the last 10 years, providing competition to other carriers in this market. Alaska Airlines is also engaged in the regional community and

Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

partners with several business and non-profit organizations, including serving as the official airline sponsor of San Diego State University athletics and Snapdragon Stadium. Awarding this new route will also allow Alaska to continue to grow, compete, and create more jobs at one or more of our four pilot domiciles in Alaska, Washington, Oregon, and California.

We respectfully urge you to grant Alaska Airlines an application to provide SAN-DCA service. Thank you for your consideration.

Sincerely,

Alaska Airlines Master Executive Council

Capt. Will McQuillen
MEC Chairman

Capt. Garin Tentschert
MEC Vice Chairman

Capt. Dan Richards
MEC Treasurer

Capt. Scott Rubin
MEC Secretary

Capt. Robert Lane
ANC LEC Chairman

Capt. Bruce Sherry
ANC LEC Vice-Chair

F/O Steven Bush
ANC LEC Secretary-Treasurer

Capt. Matt Richardson
PDX LEC Chairman

F/O Scott Horning
PDX LEC Vice-Chair

F/O Sara Gamblin
PDX LEC Secretary-Treasurer

Capt. Arna Harris
SFO LEC Chair

F/O John Owens
SFO LEC Vice-Chair

Capt. Sam Quady
SFO LEC Secretary-Treasurer

Capt. Brendan Harkin
LAX LEC Chairman

F/O Robin Kim
LAX LEC Vice-Chair

F/O Nicholas Markham
LAX Secretary - Treasurer

Capt. Tony Lind
SEA LEC Chairman

Capt. Michael Headt
SEA LEC Vice-Chair

Capt. Steve Savage
SEA LEC S/T

Capt. Chad Rabinowitz
SEA LEC Block Rep



# AIRCRAFT MECHANICS FRATERNAL ASSOCIATION

National Office: 7853 E. Arapahoe Court, Suite 1100 • Centennial, CO 80112
Tel: 303.752.AMFA (2632) • Fax: 303.362.7736

May 24, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Re: Alaska's application for SAN-DCA service

Dear Secretary Buttigieg:

On behalf of the Aircraft Mechanics Fraternal Association (AMFA), the union that represents the technicians in the service of Alaska Airlines, I am writing in support of the application of Alaska Airlines to provide one daily roundtrip flight between Washington Reagan National Airport (DCA) and San Diego International Airport (SAN).

Alaska Airlines has a proven track record of strong customer service and operational reliability, which is a testament to the hard work and dedication of its employees. Alaska Airlines is ideally suited to provide this service. Alaska and its regional sister carrier Horizon Air have a large presence at SAN, operating an annual average of 60 departures per day to destinations up and down the West Coast and Hawaii. As a result, Alaska's nonstop flight would also improve service levels to Washington, D.C., not only for San Diego area passengers, but for connecting passengers and the entire California region. These factors speak to Alaska Airlines' ability to provide maximum consumer benefits to travelers through this new DCA route.

The San Diego and Southern California region has been a long-time priority for Alaska Airlines and is an ideal candidate for nonstop service. San Diego is currently the largest market to Washington, DC without a nonstop route to DCA. A direct route from SAN to DCA will allow Southern California residents, particularly those in the San Diego metropolitan region, to benefit from enhanced competition and they no longer will be forced to use less convenient, more time-consuming service to reach our nation's capital.

Since 1985 Alaska Airlines has been growing its presence in San Diego, recently adding new nonstop destinations to its SAN network. Alaska serves the most destinations of any airline in San Diego and grown by more than 75% in the last 10 years providing competition to other carriers in this market. Alaska Airlines is also engaged in the regional community and partners with a number of business and non-profit organizations, including serving as the official airline sponsor of San Diego State University athletics and Snapdragon Stadium.

Finally, awarding this new route will also allow Alaska to continue to grow, compete, and create more jobs. On behalf of AMFA members, hardworking Alaska Airlines employees, I respectfully urge you to grant Alaska Airlines' application to provide SAN-DCA service. Thank you for your consideration.

Sincerely,

Robert Cush

Director of Government Affairs – AMFA

**SAFETY IN THE AIR BEGINS WITH QUALITY MAINTENANCE ON THE GROUND**

Page 100 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002



# San Diego and Imperial Counties Labor Council

**June 4th 2024**

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

The San Diego & Imperial Counties Labor Council and the San Diego County Building Trades Council enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, labor and social activity. San Diego's working families' organizations and their more than 200,000 members in the region require efficient access to the capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the House of Representatives and the White House, the Department of Health and Human Services, Department of Commerce, Department of Transportation and the myriad of agencies that are tasked with implementing federal legislation that directly impact our national affiliates.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Brigette Browning
Secretary-Treasurer
San Diego & Imperial



June 4, 2024

The Honorable Pete Buttigieg
Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**Subject: Alaska Airlines Application for SAN-DCA**

Dear Secretary Buttigieg,

San Diego Metropolitan Transit System (MTS) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Sharon Cooney
Sharon Cooney
Chief Executive Officer

**1255 Imperial Avenue, Suite 1000, San Diego, CA 92101-7490 • (619) 231-1466 • sdmts.com**




San Diego Metropolitan Transit System (MTS) is a California public agency comprised of San Diego Transit Corp., San Diego Trolley, Inc. and San Diego and Arizona Eastern Railway Company (nonprofit public benefit corporations). MTS member agencies include the cities of Chula Vista, Coronado, El Cajon, Imperial Beach, La Mesa, Lemon Grove, National City, Poway, San Diego, Santee, and the County of San Diego. MTS is also the For-Hire Vehicle administrator for nine cities.








July 2, 2024

The Honorable Pete Buttigieg
Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-0065

Dear Secretary Buttigieg:

The San Diego County Regional Airport Authority, operator of San Diego International Airport
(SAN) is pleased to support the application of Alaska Airlines for nonstop service between SAN and
Ronald Reagan Washington National Airport (DCA). San Diego has the largest unserved passenger
market demand to DCA – more than 30% higher than the next largest unserved market.
Additionally, at approximately 225 daily passengers each way, SAN-DCA is the largest unserved
airport pair in the entire country.

San Diego has highly diverse business relationships with Washington, DC. San Diego is home to
key industrial clusters such as health science, mobile telecommunications, and national defense.
These clusters collaborate frequently with private industry and regulatory bodies in the Nation's
Capital. Convention and leisure travelers in both regions could benefit from quick and convenient
access between SAN and DCA, significantly reducing downtown to downtown travel times. One
cannot understate the efficiencies gained by having the closest airport to the Pentagon linked nonstop
to the closest airport to Navy Region Southwest headquarters. Both installations are situated 3 miles
from their respective airports.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal
carrier to bridge these two important markets. This nonstop flight will fill a critical gap in the national air
service network and provide a more efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to
this request in the coming weeks.

Sincerely,

Kimberly J. Becker
President / CEO



June 14, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for SAN-DCA**

Dear Secretary Buttigieg:

The San Diego Unified Port District (Port) enthusiastically supports Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National).  This new route enhances the connectivity between the two strategic regions and supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are defense, economic, and social hubs.  San Diego's defense, biotech, and communications technology sectors require efficient access to the core of the national capital region.  San Diego is the second largest government-related travel market – driven by demand for key institutions closest to DCA, including the Pentagon, the Department of Transportation (DOT), and Department of Homeland Security (DHS).

At 225 passengers daily in each direction, not only does DOT data demonstrate that San Diego is the largest origin-destination market without service to Reagan National.  The annual 180,000 passenger population between SAN and DCA has endured connections that add more than 360,000 hours annually of time inefficiency.

The Port of San Diego team has worked closely with our partners in the federal government to advance clean transportation, port infrastructure investments, maritime and harbor security, invasive species management and eradication, regional investments to address cross-border pollution, and many other initiatives.  Adding a direct connection between our cities benefits our ongoing collaboration and joint leadership in these areas.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction makes it the ideal carrier to bridge these two important markets.  Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application.

Sincerely,

Job Nelson
Vice President of Strategy and Policy



750 B Street, Suite 1500
San Diego, CA 92101

**SANDIEGO.ORG**

TOURISM AUTHORITY

Filed: 01/24/2025        Document #2096321        USCA Case #25-1002

May 23, 3024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 2059

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024

Dear Secretary Buttigieg,

The San Diego Tourism Authority, which is a private non-profit organization dedicated to promoting San Diego as a world-class travel destination, enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market and is driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National and the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Furthermore, the lack of a direct flight option severely impacts the business travel sector, which is a crucial component of both cities' economies. This new service would be a welcome option for business travelers bound for San Diego. Currently, travelers from the D.C. Metro area bound for San Diego face lengthy commutes of 45 minutes or more to reach other hubs like Dulles and BWI, not to mention inconvenient stopover flights that can add hours to travel times. This is especially burdensome for more than 1,000 non-profit associations and numerous government agencies headquarter in our nation's capital, which accounts for tens of thousands of



Page 105 of 208     Filed: 01/24/2025     Document #2096321     USCA Case #25-1002

attendees traveling to conferences and meetings in San Diego. A SAN-DCA service will allow these organizations to maximize productivity by minimizing unnecessary stress as a result of potential delays and missed connecting flights.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Julie Coker

Julie Coker
President & CEO
San Diego Tourism Authority



Filed: 01/24/2025     Document #2096321     USCA Case #25-1002



**CALIFORNIA
TRAVEL
ASSOCIATION**

Tourism's United Voice

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

California Travel Association (CalTravel) enthusiastically supports the application of Alaska Airlines
to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan
Washington National Airport (DCA or Reagan National). This new route is not only vital for
enhancing the connectivity between the two strategic regions, but also supports the growing demand
for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San
Diego's sectors in defense, biotech and communications technology require efficient access to the
core of the national capital region. San Diego is the second largest government related travel market
– driven by demand to key institutions closest to DCA including the Pentagon and Department of
Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data
demonstrate that San Diego is the largest origin-destination market without service to Reagan
National, the SAN-DCA market is the largest in the entire domestic network without nonstop service.
The annual 180,000 passenger population between SAN and DCA have endured connections that add
more than 360,000 hours annually of time inefficiency.

Since 1981, CalTravel has been the influential and unified voice of advocacy for the travel and
tourism industry in California. We also serve on the board of the U.S. Travel Association and
advocate on a federal level for the travel and tourism industry. We strongly believe that approving
Alaska Airlines to add this new route will positively impact both business and leisure travel.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the
ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985
and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests

USCA Case #25-1002     Document #2096321     Filed: 01/24/2025     Page 107 of 208

served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Barbara Newton,
President & CEO
California Travel Association

USCA Case #25-1002      Document #2096321      Filed: 01/24/2025      Page 108 of 208



402 West Broadway, Suite 1000
San Diego, CA 92101-3585
p. 619.544.1300

www.sdchamber.org

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Subject:** Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

On behalf of the San Diego Regional Chamber of Commerce (Chamber) and the over 2,000 members and over 300,000 employees we represent, I am writing to express our enthusiastic support for Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

The Chamber has long been a proud advocate for establishing direct routes between SAN and DCA. We recently embarked on our annual delegation trip to Washington D.C. this April, where we were joined by over 170 delegates including businesses leaders, community leaders, and elected officials. Advocating for a direct connection between our region and the nation's capital was a top priority for our delegation this year, and we expressed the dire need to create this direct route during a meeting we held with the Department of Transportation. A direct route between SAN and DCA will unlock more economic opportunities for San Diego and will promote future economic growth and prosperity for our region.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it an ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last

Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

The Chamber proudly supports Alaska Airlines' application, and kindly requests your support. We appreciate your consideration of this application and hope to hear of your favorable response to this request in the coming weeks. Should you have any questions, please do not hesitate to contact Justine Murray, Executive Director of Public Affairs, at jmurray@sdchamber.org.

Sincerely,

**Jerry Sanders**
President & CEO



May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

The San Diego Regional East County Chamber of Commerce enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Rick Wilson
President & CEO
San Diego Regional East County Chamber of Commerce


NORTH **SAN DIEGO**
**BUSINESS CHAMBER**
CONNECTIONS START HERE.

Chris Thorne
Chief Executive Officer
North San Diego Business Chamber
10875 Rancho Bernardo Rd, Suite 104
San Diego, CA 92127

April 26, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024- (PENDING)

Dear Secretary Buttigieg:

I write to you today on behalf of the more than 800 represented employers, and more than 300,000 represented employees of the North San Diego Business Chamber to enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

The North San Diego Business Chamber, it's leadership, and it's Members, are intimately familiar with the challenges that current service routes impose on reasonable travel, and ultimately, the diminished voice of the business community in the seat of our National government due to lack of adequate and reasonable business travel routes.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will



mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Chris Thorne

CEO, North San Diego Business Chamber

chris@sdbusinesschamber.com



May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024**

Dear Secretary Buttigieg:

The San Diego County Lodging Association supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

This places San Diego at a competitive disadvantage compared to other cities with direct access in the following areas:

**Economic Growth** – In general, commerce thrives when it has access to a more reliable and faster logistics options. Improved connectivity can attract business and investment opportunities fostering economic development. Along with direct government opportunities, there are also indirect opportunities that having a direct flight could facilitate. Due to its role as the political and regulatory hub, Washington DC is home to over 2,000 industry and trade associations representing a variety of industries, whom at this point, have not had direct access to San Diego.

**Tourism and Hospitality** – Direct flights can boost tourism by making it easier for travelers to visit the connected cities. This increased activity generates employment opportunities in hotels, restaurants, and local attractions.

These impacts are significant for San Diego. Currently, the total economic impact of travel to San Diego is $22 billion dollars. This supports close 9,500 businesses that employ 1-in-8 San Diegans.

**-CONTINUED-**

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Fred Tayco
Executive Director
San Diego County Lodging Association

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 114 of 208



1100 Market Street, Suite 438
San Diego, CA 92101
p. 619.234.8484

**sandiegobusiness.org**

May 22, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re:     Alaska Airlines' application for SAN-DCA service

Dear Secretary Buttigieg:

San Diego Regional Economic Development Corporation (EDC) enthusiastically supports
the application of Alaska Airlines to initiate nonstop air service between San Diego
International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or
Reagan National). This new route is not only vital for enhancing the connectivity between
the two strategic regions, but also supports the growing demand for nonstop service for
both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social
activity. San Diego's sectors in defense, biotech and communications technology require
efficient access to the core of the national capital region. San Diego is the second largest
government related travel market – driven by demand to key institutions closest to DCA
including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation
(DOT) data demonstrate that San Diego is the largest origin-destination market without
service to Reagan National, the SAN-DCA market is the largest in the entire domestic
network without nonstop service. The annual 180,000 passenger population between SAN
and DCA have endured connections that add more than 360,000 hours annually of time
inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction
make it the ideal carrier to bridge these two important markets. Alaska Airlines began
serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that
means about 6,500 guests served daily and 60 average daily departures from SAN. Adding
a nonstop SAN to DCA option to Alaska Airlines' daily destinations will mean increased
connectivity for our larger community, will fill a critical gap in the national air service

REGIONALLY
FOCUSED.
GLOBALLY
COMPETITIVE.

Filed: 01/24/2025      Document #2096321      USCA Case #25-1002

network, and will also provide a more streamlined, efficient service benefitting the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Mark Cafferty
President & CEO

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 116 of 208

 **San Diego East County Economic Development Council**

June 1, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

The East County Economic Development Council enthusiastically supports the application of
Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN)
and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is
not only vital for enhancing the connectivity between the two strategic regions, but also supports
the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity.
San Diego's sectors in defense, biotech and communications technology require efficient access
to the core of the national capital region. San Diego is the second largest government related
travel market – driven by demand to key institutions closest to DCA including the Pentagon and
Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT)
data demonstrate that San Diego is the largest origin-destination market without service to
Reagan National, the SAN-DCA market is the largest in the entire domestic network without
nonstop service. The annual 180,000 passenger population between SAN and DCA have endured
connections that add more than 360,000 hours annually of time inefficiency.

Local San Diego businesses and stakeholders would benefit from direct flights to and from DC
by gaining easier access to important government and business centers, facilitating efficient
communication, fostering new partnerships, and increasing opportunities for economic growth
and development. As an economic development council, the East County Economic
Development Council maintains strong connections with local businesses and stakeholders,
ensuring their needs and priorities are well-represented. The increased accessibility would lead to
tangible benefits such as enhanced business relationships, improved productivity, and boosted
economic activity. Additionally, feedback from local businesses and stakeholders has indicated a
strong demand for direct flights to and from DC to support their operations and growth
opportunities.

**San Diego East County Economic Development Council**

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

James Sly
President and CEO
East County Economic Development Council

127 East Lexington Avenue
El Cajon, CA 92020
P. (619) 258-3670
F. (619) 258-3674
www.eastcountyedc.org



South County Economic
Development Council

May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

The South County Economic Development Council enthusiastically supports the application of
Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and
Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only
vital for enhancing the connectivity between the two strategic regions, but also supports the growing
demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San
Diego's sectors in defense, biotech and communications technology require efficient access to the
core of the national capital region. San Diego is the second largest government related travel market
– driven by demand to key institutions closest to DCA including the Pentagon and Department of
Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data
demonstrate that San Diego is the largest origin-destination market without service to Reagan
National, the SAN-DCA market is the largest in the entire domestic network without nonstop service.
The annual 180,000 passenger population between SAN and DCA have endured connections that add
more than 360,000 hours annually of time inefficiency.

The South County Economic Development Council (SCEDC) is dedicated to fostering economic
growth and enhancing the quality of life in the region. By encouraging private investment and
promoting diversified residential and business development, SCEDC aims to create a vibrant and
sustainable community. The council actively publicizes the area's rich cultural, educational, social,
and geographical opportunities, serving as a strong advocate for both public and private interests.
Additionally, SCEDC promotes bi-national business growth, working closely with the Economic
Development Administration (EDA) and other federal agencies to attract investment and build a
resilient workforce, ensuring long-term prosperity for the region.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the
ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and
in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily
and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily
destinations from SAN will mean increased connectivity for our larger community, will fill a critical
gap in the national air service network, and also provide a more streamlined, efficient service that
will benefit the greatest number of passengers.

Filed: 01/24/2025

Document #2096321



We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Jim O'Callaghan
President and CEO
South County Econoic Development Council

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590



**IMPERIAL VALLEY ECONOMIC
DEVELOPMENT CORPORATION**

Re: Alaska Airlines' application for SAN-DCA          **July 2, 2024**

Dear Secretary Buttigieg:

Imperial Valley Economic Development Corporation enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Imperial Valley Economic Development Corporation is a partnership of private enterprise and local government that is united by the common vision to expand and diversify our economy. Our investors include a host of public and private organizations that benefit from the growth of our regional economy. The Imperial County has a thriving agricultural industry of over $2.6 billion annually and we are the second largest in renewable energy generation by County in the State of California. With the new Lithium Industry starting in our region, our connection to Washington, D.C. is more important than ever before. Having this new nonstop air service route would allow our regions representatives, officials and leaders to efficiently conduct business to further improve our county.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. A percentage of those guests are Imperial County residents as SAN is their preferred airport due to its proximity. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our communities, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

*Timothy E. Kelley*

Timothy E. Kelley
President & CEO
Imperial Valley Economic Development Corporation

USCA Case #25-1002    Document #2096321



DOWNTOWN
**SAN DIEGO**
PARTNERSHIP

May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

The Downtown San Diego Partnership (DSDP) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security. Additionally, with recent news of both San Diego and Washington, D.C. announcing their respective Zoos to have Giant Pandas, this new route will further connect two tourist destinations.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

For over three decades, the DSDP has remained committed to bolstering the economic prosperity and cultural vitality of Downtown. Our organization has successfully operated the Downtown Property and Business Improvement District for the past two decades implementing various measures to enhance maintenance, safety, and the overall vibrancy of the district. DSDP is also the managing organization for the City Center Business Improvement District which includes over 730 business in 53 blocks.

Having efficient transportation for local residents and tourists to a variety of destinations is especially critical for the downtown community, given its high density of housing, job opportunities, and popular tourist destinations. SAN's proximity to the Downtown community is not just beneficial to our residents, workforce, and tourists, but also to the whole San Diego – Tijuana region.

D O W N T O W N
# SAN DIEGO
P A R T N E R S H I P

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Betsy Brennan

Besty Brennan
Downtown San Diego Partnership



May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Sports San Diego enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

As San Diego's sports commission responsible for producing economic impact for the region, Sports San Diego is heavily dependent on our ability to travel throughout the country to proactively recruit world-class sporting events to San Diego. Alaska Airlines' exceptional reputation and service in the tourism industry makes them a perfect candidate to open new service to DCA.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding



a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

*Mark Neville*

Mark Neville (May 30, 2024 14:51 PDT)

Mark Neville

CEO, Sports San Diego

*OFFICERS*
**Sarah Marsh, Chair**
*DOLE FRESH FRUIT CO.*
**Sean Clancy, Vice Chair**
*SHERATON SAN DIEGO HOTEL & MARINA*
**Sharon Bernie-Cloward, President**
*SAN DIEGO WORKING WATERFRONT*
**Sophie Silvestri, Secretary**
*PASHA AUTOMOTIVE SERVICES*
**Brian Carr Treasurer**
*CONSIDINE & CONSIDINE*

*BOARD OF DIRECTORS*
**Raymond Ashley**
*MARITIME MUSEUM OF SAN DIEGO*
**Lydia Bartell**
*HUMPHREYS HALF MOON INN*
**Richard Bartell**
*BARTELL HOTELS*
**William Bartsch**
*SAN DIEGO BAY PILOTS ASSOCIATION*
**Susan Baumann**
*BALI HAI & TOM HAM'S LIGHTHOUSE*
**Bill Dubbs**
*MOFFATT & NICHOL*
**Gregory Boeh**
*GB CAPITAL HOLDINGS, LLC*
**Ray Carpenter**
*WE STATE ENGINEERING*
**Donna Chong**
*SAN DIEGO MARRIOT MARQUIS & MARINA*
**Lee Clark**
*DIXIELINE*
**Andy Crowe**
*SAFE HARBOR SOUTH BAY*
**Karen Driscoll**
*DRISCOLL INC.*
**Bill Dubbss**
*MOFFATT AND NICHOL*
**Chris Durrant**
*CITY CRUISES*
**Brad Engel**
*FLAGSHIP CRUISES & EVENTS*
**Syd Feldman**
*SYNROAD ENTERPRISES*
**Jim Garegnani**
*SOLAR TURBINES*
**Bill Harju**
*PACIFIC MARITIME GROUP*
**Kip Howard**
*ALLEGIS DEVELOPMENT*
**Eric Icke**
*BAE SYSTEMS SAN DIEGO SHIP REPAIR*
**Brian Jones**
*GENERAL DYNAMICS NASSCO*
**Trevor Jones**
*CONTINENTAL MARITIME OF SAN DIEGO*
**Dave Koontz**
*USS MIDWAY MUSEUM*
**Daniel Kuperschmid**
*MANCHESTER GRAND HYATT SAN DIEGO*
**John Laun**
*SAN DIEGO YACHT CLUB*
**Eric Leslie**
*HARBOR ISLAND WEST MARINA*
**Jonathan Litvack**
*CORONADO ISLAND MARRIOTT*
**Nicole Madcour-Masri**
*RESIDENCE INN & SPRINGHILL SUITES SAN DIEGO DOWNTOWN BAYFRONT*
**Ruben Mora**
*CSA MARINE*
**Alissa Murray**
*BNSF RAILWAY*
**Scott Ostrander**
*KONA KAI RESORT*
**Nate Pearson**
*SAFE HARBOR SHELTER ISLAND, SUNROAD, CABRILLO*
**Frank Plant**
*HARBORSIDE*
**P. "Sandy" Purdon**
*SHELTER COVE MARINA*
**Todd Roberts**
*MARINE GROUP BOAT WORKS*
**Scott Scheper**
*STRATEGY LAW*
**Scott Siebert**
*BAYLORD PACIFIC RESORT & CONVENTION CENTER*
**Jimmy Silveria**
*CHULA SEAFOOD*
**Frank Ursitti**
*H&M LANDING*

*DIRECTORS EMERITUS*
**Ken Franke**
**Edward Plant**

*STAFF & CONSULTANT*
**Summer Benton**
*DIRECTOR, MEMBERSHIP, EVENTS & SOCIAL MEDIA*
**Irene McCormack**
*DIRECTOR, PUBLIC POLICY*
**Aimee Faucett, Consultant**
*AGENDA SETTING LLC*



June 2, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024

Dear Secretary Buttigieg:

The San Diego Working Waterfront enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide

*2390 SHELTER ISLAND DRIVE, SUITE 210 · SAN DIEGO, CALIFORNIA 92106 · (619) 226-6546 · FAX (619) 566-4056*
*EMAIL: Sharon@sdworkingwaterfront.com Summer@sdworkingwaterfront.com, Irene@sdworkingwaterfront.com*
*Web: www.sdworkingwaterfront.com*

The Honorable Pete Buttigieg
U.S. Department of Transportation
June 2, 2024
Page 2

a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Sharon Cloward
President & CEO
San Diego Working Waterfront

Filed: 01/24/2025    Page 127 of 208

Document #2096321

USCA Case #25-1002


SAN DIEGO
convention center

111 W Harbor Drive, San Diego, CA 92101
visitsandiego.com | 619.525 5000

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

On behalf of the San Diego Convention Center Corporation, I write to express our support for the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is vital for enhancing the connectivity between two strategic regions and supports the growing demand for nonstop service for both business and leisure passengers.

This route is particularly important for group business travel because San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. Similarly, many trade associations within these sectors prefer to hold conventions, trade shows, and conferences at the San Diego Convention Center because of our proximity to these industries locally. Furthermore, many meeting planners are based in Washington, D.C., and stand to benefit from nonstop service between both destinations. By streamlining travel to conventions and other professional gatherings, this new route will support collaboration, research, and innovation across critical industries.

San Diego is the second largest government-related travel market – driven by demand to key institutions closest to DCA, including the Pentagon and Department of Homeland Security. At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines began serving SAN in 1985 and, in the last 10 years, has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will increase connectivity for our larger community, fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Thank you for your consideration of this application.

Sincerely,

Clifford "Rip" Rippetoe, CVE
President and CEO
San Diego Convention Center Corporation



The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg,

The Asian Business Association of San Diego is pleased to support Alaska Airlines' application for direct service connection from San Diego International Airport (SAN) to Washington, D.C.'s Reagan National Airport (DCA).

Today, there are more than 33,000 Asian and Pacific Islander (API) owned businesses throughout San Diego County. Our research has found API-owned businesses generated $5 billion in regional economic impact, a significant figure that underscores the sales activity and revenue from these businesses. Their continued success depends on expanding opportunities and access to other markets across the country.

As the single largest market in the United States *without* nonstop service to DCA, San Diego would benefit immensely from this new route, allowing San Diegans a more efficient connection to our nation's capital and simultaneously, providing direct access on Alaska Airlines' diverse routes, creating new opportunities for economic growth as individuals connect through San Diego.

San Diego is the second largest government-related travel market, driven by the demand for convenient access to key institutions including the Pentagon and Department of Homeland Security. Both San Diego and Washington, D.C. serve as crucial centers for defense, economic and social activities. San Diego's thriving defense, biotech and communications technology sectors require seamless and efficient access to the center of the nation's capital region.

This new service will allow for the continued expansion of San Diego's nearly $300 billion regional economy and the 1.6 million jobs. This includes the nearly $20 billion the San Diego region received last year in direct Department of Defense contracts, and the resulting 355,000 jobs and $56 billion in economic impact. This level of spending allows our small and minority owned businesses to thrive.

For these reasons, we are pleased to support this application and urge your approval. If you have any questions, please feel free to contact me at jason@abasd.org or (858) 277-2822.

Sincerely,

Jason Paguio
President & CEO



CALIFORNIA
HISPANIC
CHAMBERS OF COMMERCE

May 23, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**Re:     Alaska Airlines' application for SAN-DCA**

Dear Secretary Buttigieg:

The California Hispanic Chambers of Commerce (CHCC) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, but the SAN ALSO-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**JULIAN CANETE**
**President & CEO**



USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 131 of 208

**CALIFORNIA AFRICAN AMERICAN**
**CHAMBER OF COMMERCE**

May 29, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

The **California African American Chamber of Commerce** enthusiastically supports Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is vital for enhancing the connectivity between the two strategic regions and supporting the growing demand for nonstop service for business and leisure passengers.

San Diego and Washington, D.C., are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech, and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government-related travel market, driven by demand for key institutions closest to DCA, including the Pentagon and Department of Homeland Security.

At 225 passengers daily in each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, but the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction makes it the ideal carrier to bridge these two critical markets. Alaska Airlines began serving SAN in 1985 and has grown by more than 75% in the last ten years. Today means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the most significant number of passengers.

Sincerely,

*Ahmad Holmes*

**Ahmad R. Holmes, MBA**
**President & CEO**
**California African American Chamber of Commerce**

**Board of Directors**

**Chairman**
Timothy Alan Simon, Esq.
*TAS Strategies*

**Vice Chair**
Patricia Watts
*FCI Management*

**Treasurer**
Joe Chow
*Southern California Gas Company*

**Advisory Council Chair**
James L. McGhee
*JLM Management Group*

**Government Relations Chair**
Deborah Robertson
*Mayor City of Rialto*

**Chair By-Laws, Governance & Nomination**
Dr. Victor Baker
*EquitiFy*

**Chair Audit Committee & Political Action Committee**
Derek Smith
*Marinship Development Interest LLC*

**Director**
Sharon Evans
*Business Resource Group*

**Director**
Dail St. Claire
*St. Claire Consultants*



Cyber Center of Excellence
451 A Street
Suite 500
San Diego, CA 92101
www.sdccoe.org

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Cyber Center of Excellence (CCOE) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

Now celebrating 10 years of service to the San Diego cyber community, CCOE maintains strong ties to Washington, D.C. and was highlighted as an "Ecosystem in Action" in the White House National Cyber Workforce & Education Strategy report. CCOE is currently working with the White House ONCD and CISA to organize San Diego innovation tours, and we're partnering with the Joint Cyber Defense Collaborative (JCDC) on their cyber resources map with CISA that will feature CCOE and San Diego's efforts as part of the White House Ecosystems in Action highlight. Maintaining strong connections between San Diego and Washington, D.C. is essential for fostering collaboration, innovation, economic prosperity, and national security.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security. Adding an Alaska Airlines' nonstop flight to DCA from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Lisa Easterly
President & CEO, Cyber Center of Excellence

www.naiopsd.org

NAIOP
COMMERCIAL REAL ESTATE DEVELOPMENT ASSOCIATION
SAN DIEGO CHAPTER

**2024 Officers:**
Eric Hepfer
Hines
President

Kaitlin Arduino
Murphy Development
President Elect

Jeff Stoke
Procopio
Secretary General Counsel

Gary Katz
Presidio Property Trust
Treasurer

Kelly Moden
cREate Development
Immediate Past President

**2024 Board of Directors:**
Brant Aberg
Cushman & Wakefield

Nick Alford
Dempsey Construction

Devin Beale
Black Diamond Construction

Scott Bedingfield
Cavignac & Associates

Greg Bowman
Breakthrough Properties

Jack Burger
Burger Construction

Annie Caldwell
Kilroy Realty Corporation

Aldon Cole
JLL

Alysse Cooper
ICE

Rachael Eckardt
Irvine Company Office Properties

Jeffrey Forrest
Sheppard Mullin

Carly Glover
Building Careers

Ryan Grove
Ryan Companies

Kevin Hendy
Gensler

Chris High
Newmark

Freya Huggett
CGS3

Derek Hulse
Cushman & Wakefield

John Kenney
The Casey Brown Company

Randy LaChance
Voit Real Estate Services

Andy LaDow
Cushman & Wakefield

Fernando Landa
Harvest LLP

Cory LaShell
H.G. Fenton Company

Todd Majcher
LOWE

Scott Moffatt
Lincoln Property Company

Bret Morris
CAST Capital Partners

Sumeet Parekh
HP Investors

[illegible]
[illegible]

[illegible]
CBRE

Adam Robertson
RPG

Brent Schertzer
Holland Partner Group

[illegible]
CONAM

Ted Shaw
Atlantis Group

Pete Shearer
Hines

[illegible]
[illegible]

[illegible]
[illegible]

[illegible]
IOS Real Estate Group

[illegible]
[illegible]

**Developing Leader Co-Chairs**
[illegible]
[illegible]

[illegible]
CONAM

June 12, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**NAIOP** San Diego enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Karen Burges
Chief Operating Officer
NAIOP San Diego

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 134 of 208



May 29, 2024

401 WEST A STREET
SUITE 200
SAN DIEGO, CA 92101
858-568-7777

cleantechsandiego.org

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

**RE: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-**

**MISSION:**
To accelerate
clean technology
innovation and
promote the
equitable
deployment
of sustainable
solutions across
the San Diego
region for the
benefit of the
economy, the
environment, and
all members of
the community.

Dear Secretary Buttigieg:

On behalf of Cleantech San Diego please accept this letter of support for the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

Cleantech San Diego is a member-based business organization founded 16 years ago that positions the San Diego region as a leader in the cleantech economy by fostering collaborations across the private-public-academic landscape, engaging in advocacy efforts to promote cleantech priorities, supporting energy entrepreneurs through the Southern California Energy Innovation Network, and encouraging more equitable investment across the San Diego region. For well over a decade, Cleantech San Diego has partnered extensively with SAN on strategic initiatives that benefit of the economy, the environment, and all members of the community.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, cleantech, biotech, and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

We appreciate your consideration of this application.

Sincerely,

Jason Anderson
President and CEO
Cleantech San Diego

May 29, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**San Diego Sport Innovators** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

SDSI is a sport, Active and Healthy living business development organization, chaired by the late legendary, Bill Walton. Our daily business activities touch the vital industries and segments here in San Diego, including the 1.3 million active duty, retired and military families as well as the Pro Sport teams and their fans. Military and tech industries are crucial to the nation, making a direct flight to Reagan National Airport a logical necessity. As a San Diegan, I can confidently say there is no better destination for outbound travelers than San Diego. Our sunny beaches and So Cal charm are the perfect antidote to Washington DC!

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Bob Rief

Executive Director, SDSI

**Bill Walton**

**Chairman Emeritus**

Filed: 01/24/2025 Document #2096321 USCA Case #25-1002



**SeaWorld.**
*San Diego*

June 18, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

SeaWorld San Diego enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

Travel related to tourism is what is most important to SeaWorld and San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security. Furthermore, San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Aviation is indispensable for tourism, and it relies on tourism to generate demand and fill seats. In 2023, U.S. airlines carried 819.3M passengers domestically while 66.5M international visitors arrived in the United States by air. California was the third most visited location for international travelers. Although these numbers are significant, international air travel has not reached pre-pandemic levels and we seek to encourage every opportunity to make travel seamless and recover each sector of tourism.

Tourism is a major contributor to our local and regional economy. According to the San Diego Tourism Authority, in 2023, total direct visit spending contributed $14.23B to the local economy and the well-being of San Diego's communities. The tourism industry supported more than 214,000 direct and indirect jobs and hotel stays drove more than $418 million in transient occupancy tax (TOT) revenue for local municipalities.

The impact of tourism can be even more profound with new air services increasing the propensity to travel. Although it is not considered a traditional low-cost carrier, Alaska Airlines offers saver fares and is one the most affordable non-budget airlines. Direct flight between SAN and DCA allows for greater access to those traveling on a budget to enjoy San Diego providing an additional social impact. It also is beneficial that Alaska Airlines has a reputation for exceptional service, reliability, and customer satisfaction, make it the ideal carrier to bridge these two important markets.

SeaWorld relies on local, statewide, national and international visitors. Well-functioning borders, airports and ports are essential to our park's success.  Adding a non-stop flight opportunity from such an important city as Washington D.C. will be another enhancement to the affordability and convenience of our San Diego location.

We appreciate your consideration of this application.  We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Tyler Carter
Park President
SeaWorld San Diego

**June 27, 2024**

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**Lockheed Martin** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**Mark Stansbury**
**Senior Manager, Global Travel**
**Lockheed Martin Corporation**

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 139 of 208

**June 14, 2024**

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. **Alaska Airlines SAN-DCA**

Dear Secretary Buttigieg:

**General Atomics** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,


**Mary Motycka**

**General Atomics**

**Mary.motycka@ga.com**

**Qualcomm**

**Qualcomm Incorporated**

5775 Morehouse Drive, San Diego, CA 92121

www.qualcomm.com

Page 140 of 208

Filed: 01/24/2025

Document #2096321

USCA Case #25-1002

June 11, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

On behalf of Qualcomm, I am writing to express our enthusiastic support for Alaska Airlines nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, but the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

SAN - Washington DC is among Qualcomm's top 10 domestic travel markets. Flying nonstop to DCA from SAN would be a considerable improvement over our current Travel options, which require layovers that can result in result in travel delays, or additional transportation costs and time for our travelers between IAD and the metro DC area.

Qualcomm has had a long and successful relationship with Alaska Airlines, which is designated as a Qualcomm Preferred Airline for our employees. We can attest to Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction, and believe it would be the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily, including many Qualcomm employees, and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Anne Otsuka
Global Travel Category Manager
Qualcomm Inc.

# Deloitte.

**Deloitte & Touche LLP**
12830 El Camino Real
Suite 600
San Diego, CA 92130
USA

Tel:+1 619 232 6500
Fax:+1 619 237 6802
www.deloitte.com

June 13, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Deloitte enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

This direct flight would provide a much needed flight option between our two Washington DC Deloitte offices and San Diego for our 5000+ professionals in DC and 1000+ professionals in San Diego. Deloitte provides professional services to a number of Defense sector clients and Government and Public sector clients.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Juli Moran

San Diego Office Marketplace Leader
Managing Director | LCSP/Life Sciences, Deloitte Consulting, LLP

Filed: 01/24/2025

Document #2096321

USCA Case #25-1002

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**Boston Consulting Group – San Diego** enthusiastically supports the application of Alaska Airlines
to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan
Washington National Airport (DCA or Reagan National). This new route is not only vital for
enhancing the connectivity between the two strategic regions, but also supports the growing demand
for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San
Diego's sectors in defense, biotech and communications technology require efficient access to the
core of the national capital region. San Diego is the second largest government related travel market
– driven by demand to key institutions closest to DCA including the Pentagon and Department of
Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data
demonstrate that San Diego is the largest origin-destination market without service to Reagan
National, the SAN-DCA market is the largest in the entire domestic network without nonstop service.
The annual 180,000 passenger population between SAN and DCA have endured connections that add
more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the
ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in
the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60
average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from
SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air
service network, and also provide a more streamlined, efficient service that will benefit the greatest
number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to
this request in the coming weeks.

Sincerely,

**Jason Jager**

**Managing Director and Senior Partner**

**Founding Partner of BCG San Diego**
**Boston Consulting Group**



May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Clark Construction Group - CA, LP enthusiastically supports the application of Alaska
Airlines to initiate nonstop air service between San Diego International Airport (SAN) and
Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is
not only vital for enhancing the connectivity between the two strategic regions, but also
supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social
activity. San Diego's sectors in defense, biotech and communications technology require
efficient access to the core of the national capital region. San Diego is the second largest
government related travel market – driven by demand to key institutions closest to DCA
including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation
(DOT) data demonstrate that San Diego is the largest origin-destination market without
service to Reagan National, the SAN-DCA market is the largest in the entire domestic
network without nonstop service. The annual 180,000 passenger population between SAN
and DCA have endured connections that add more than 360,000 hours annually of time
inefficiency.

As a local builder with national reach, our offices span across the country from San Diego to
Washington, DC. With our deep roots in the DMV our corporate leadership teams frequently
traverse the country to support our people and projects. A nonstop flight would seamlessly
bridge the geographical gap between our operations on the West Coast and our vital presence
in the nation's capital. This enhanced connectivity not only boosts our operational efficiency,
but also reinforces our commitment to delivering excellence.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction
make it the ideal carrier to bridge these two important markets. Alaska Airlines began
serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that
means about 6,500 guests served daily and 60 average daily departures from SAN.

**Clark Construction Group -
California, LP**           525 B Street, Suite 250          Phone: (619) 578-2650
                          San Diego, California 92101      www.clarkconstruction.com



Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Carlos Gonzalez, Division President
Clark Construction Group – CA, LP

**Clark Construction Group -**
**California, LP**

525 B Street, Suite 250
San Diego, California 92101

Phone: (619) 578-2650
www.clarkconstruction.com



June 3rd, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Cox Communications enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market -- driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Cox Communications serves over 580,000 business and residential customers in San Diego County and with more federal focus on the funding of Broadband infrastructure and adoption efforts. It is critical to our business that we have access to the federal lawmakers and agencies that are crafting and executing polices that directly impact us in the San Diego region.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 80 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and will provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Ingo Hentschel
San Diego Market Vice President
Cox Communications



**June 3, 2024**

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**Cultura** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

**Cultura has long time employees with families in the greater DC area and also supports the federal government as a client.**

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**Anne Benge**
**CEO**

CULTURA | 5010 Shoreham Place, Suite 110, San Diego, CA 92122 | www.wearecultura.com | Phone 858-755-1390

Filed: 01/24/2025    Page 148 of 208    Document #2096321    USCA Case #25-1002

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**TaylorMade Golf** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**Laura Garrett**
**SVP, Global Human Resources**
**TaylorMade Golf Company**



May 29, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C. 20590

**Re: Alaska Airlines' application for SAN-DCA**

Dear Secretary Buttigieg:

As the President and CEO of Evans Hotels, I am writing to express our strong support for Alaska Airlines' application to initiate nonstop service between San Diego International Airport (SAN) and Washington, DC's Ronald Reagan National Airport (DCA).

The critical importance of connecting San Diego's economy to other significant markets cannot be overstated. Adding a direct flight between SAN and DCA is vital for several reasons:

1. Economic Growth: San Diego is home to thriving sectors such as biotech, defense, and academia. Direct access to the nation's capital will cultivate new business opportunities, attract investment, and facilitate closer collaboration with federal agencies and policymakers.

2. Tourism: As a top destination known for its beautiful beaches, cultural attractions, and pleasant climate, improved connectivity to Washington, DC, will bolster tourism. This influx benefits hotels, restaurants, and other local enterprises, providing employment opportunities, and strengthening the overall economy.

3. Conferences and Meetings: Our hotels frequently host national and international conferences, including association and government meetings from the DC and surrounding areas. Ease and travel convenience are critical factors in site selection for event organizers and attendees. Adding a nonstop flight to DCA would make San Diego a more attractive choice for many organizations, bringing increased revenue and visibility to our hotels and region as well as additional employment opportunities.

Despite the critical economic and security linkages between our region's academic, innovation, and defense clusters and our nation's capital, San Diego remains the largest metropolitan area without nonstop service to DCA. This gap hampers our potential for growth and collaboration on a national level.

**Evans Hotels** is proud to support Alaska Airlines in this initiative. We believe that establishing nonstop service between SAN and DCA is essential to meeting the evolving needs of our community and maintaining our competitive edge.

Thank you for considering this request and we urge you to approve Alaska Airlines application. We look forward to the positive impact that this service will bring to our region.

Sincerely,

Robert H. Gleason, JD, CHAE
President and Chief Executive Officer
Evans Hotels

Filed: 01/24/2025    Page 150 of 208    Document #2096321    USCA Case #25-1002

May 29, 2024



The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Firestorm Labs Inc. enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

At Firestorm, being a drone manufacturer, we are constantly making trips from our HQ in San Diego to Washington DC. We have demos, meetings and engagements on the hill that we attend multiple times a month. If San Diego offered a direct flight it would greatly increase our productivity and ability to continue to use San Diego as our hub, but also allow us to continue to take valuable in person meetings in a timely and efficient manner.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

*Daniel Magy*

CEO & Founder

May 29, 2024



The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Firestorm Labs Inc. enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

At Firestorm, being a drone manufacturer, we are constantly making trips from our HQ in San Diego to Washington DC. We have demos, meetings and engagements on the hill that we attend multiple times a month. If San Diego offered a direct flight it would greatly increase our productivity and ability to continue to use San Diego as our hub, but also allow us to continue to take valuable in person meetings in a timely and efficient manner.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely, *Sarah Mendenhall*

**Sarah Mendenhall**

Chief of Staff at Firestorm Labs Inc.



www.aquacycl.com

Friday, June 07, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave. SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Aquacycl Inc. enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

1

 AQUACYCL

www.aquacycl.com

Sincerely,

**Jill Litschewski, COO**
**Aquacycl Inc.**
(760)519-9454
jlitschewski@aquacycl.com

 **GKN AEROSPACE**

**GKN Aerospace – Chem-tronics Inc.**
1150 West Bradley Ave.
El Cajon, CA 92020
USA
T  (619) 448-2320
F  (619) 258-5270

June 6th 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

GKN Aerospace enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

As a Tier 1 aerospace and defense supplier along with contributor to FAA programs located in San Diego area, having a direct flight from San Diego to Washington, D.C. would be great convenience and time savings for travelers.

**EXPECT>MORE**



Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Doug Ramey
Global Sales & Business Development
GKN Aerospace

EXPECT>MORE


**Biocom California**

USCA Case #25-1002      Document #2096321      Filed: 01/24/2025      Page 156 of 208

May 29, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN–DCA

Dear Secretary Buttigieg:

Biocom California supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route will enhance the connectivity between the two strategic regions, and supports the growing demand for nonstop service for both business and leisure passengers.

San Diego's significant defense, life science, and technology sectors require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin–destination market without service to Reagan National, the SAN–DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passengers between SAN and DCA experience connections that add more than 360,000 hours annually of time inefficiency.

Biocom California is the state's life science association, headquartered in San Diego. We represent over 1,800 members in California and beyond with 650 of them having a presence in San Diego. This direct connection would facilitate greater ease of access for those working in the industry from basic researcher connecting with government sources of funding to pursue life changing treatments and cures, to those traveling to San Diego to attend the BIO Conference in June – our industry's largest annual gathering.

Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today, about 6,500 guests are served daily on 60 average departures. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a gap in the national air service network, and will provide more streamlined, efficient service.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Joe Panetta
President & CEO
Biocom California

06/06/2024

The Honorable Pete Buttigieg

U.S. Department of Transportation

1200 New Jersey Ave, SE

Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

As the founder of Health Innovation Products, we would like to enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

Additionally, I am a native of Maryland and have family members who live in both Maryland and Virginia. This additional option will be an additional choice given to people who need to go back and forth between the two coasts.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Shirin A. Dorin, DDS
Health Innovation Products, LLC

**Intesa**

Communicate and advocate with confidence.

June 7, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Intesa Communications Group enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community and will fill a critical gap in the national air service network.

We appreciate your consideration of this application.

Sincerely,

Maddy Kilkenny
Partner, Intesa Communications Group



  

 

June 6, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

**Quantum Applied Science and Research (QUASAR)** and **Wearable Sensing** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security. At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

**QUASAR**'s research and development efforts include collaborations with Children National's hospital, the Naval base at Patuxent River, the Army Research Labs at Aberdeen, as well as interactions with the National Institute of Health (NIH), and the Food and Drug Administration (FDA), which have all benefited from travel to the region. Furthermore, **Wearable Sensing**'s sales team regularly travels to the Washington DC area to meet with customers at research universities and for scientific conferences.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide more efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Walid Soussou
QUASAR, CEO
Wearable Sensing, Founder and President

1


**Epitope Diagnostics,Inc.**

Epitope Diagnostics, Inc.
7110 Carroll Road
San Diego, CA 92121 USA
Tel: (858) 693 7877

June 07, 2024

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 161 of 208

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Epitope Diagnostics, Inc. enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Laura Mendez
**Epitope Diagnostics, Inc**
7110 Carroll Road San Diego CA 92121
lmendez@epitopediagnostics.com

EPITOPE DIAGNOSTICS, INC. IS A US FDA REGISTERED AND STATE OF CALIFORNIA DEPARTMENT OF HEALTH SERVICES FOOD AND                                                    DRUG BRANCH LICENSED MEDICAL DEVICE MANUFACTURER

FDA    DEVICE MANUFACTURING LICENSE NO: 59121 ISO13485:2016 CERTIFIED

USCA Case #25-1002      Document #2096321      Filed: 01/24/2025      Page 162 of 208



June 10, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Visaic, Inc., enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Kanaan Jemili
Visaic, Inc.

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 163 of 208

June 13, 2023



The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

ACE PARKING enthusiastically supports the application of Alaska Airlines to initiate nonstop air service
between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or
Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic
regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's
sectors in defense, biotech and communications technology require efficient access to the core of the national
capital region. San Diego is the second largest government related travel market - driven by demand to key
institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data
demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the
SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000
passenger population between SAN and DCA have endured connections that add more than 360,000 hours
annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal
carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years
has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures
from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased
connectivity for our larger community, will fill a critical gap in the national air service network, and also provide
a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this
request in the coming weeks.

Sincerely,

Keith B. Jones

Executive Chairman

**ACE PARKING**

**645 Ash Street San Diego, California 92101**

**illumina®**

June 13, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

On behalf of Illumina, Inc., I am writing to express our support for the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

Illumina is a leading developer and manufacturer of life science tools and integrated systems for large-scale analysis of genetic variation and function. Our systems are critical in the progress toward the realization of personalized medicine. With nearly 9,100 employees worldwide, and almost 4,100 in its San Diego headquarters, Illumina drives the development of better, faster applications of its technology.

San Diego and Washington, D.C. are hubs of significant activity for Illumina. With an office in Washington, D.C. and Baltimore, MD., adding an additional airline with direct access to Reagan National Airport, would be a considerable improvement over our current corporate travel options.

Current U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service with 225 daily passengers. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks. Should you have any questions or concerns, please contact at me nmagallanes@illumina.com.

Sincerely,

*[signature]*

Nick Magallanes
Illumina, Inc.
Vice President and Head, Government Affairs & Public Policy for U.S., Canada, and Latin America

USCA Case #25-1002    Document #2096321

# HARLAND
**BREWING CO**

10115 Carroll Canyon Road, San Diego, CA 92131 | Phone: 858-800-4566
info@harlandbeer.com | www.harlandbeer.com

June 18th, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Harland Brewing Co., LLC enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Harland Brewing Co. is a local craft brewery known for our innovative styles of quality beers. We are also an active member of the California Brewer's Association (CBA) and the San Diego Brewers Guild (SDBG), who advocate for breweries across California on a range of regulatory and legislative issues. The CBA and SDBG frequently send representatives to Washington, D.C. to engage with federal lawmakers and regulators to ensure that the interests of California's brewing industry are well-represented. Efficient travel to D.C. is essential for these advocacy efforts, and the absence of a direct flight between SAN and DCA hinders this critical work. A nonstop route would significantly enhance the ability of our representatives and those of the CBA and SDBG to effectively engage with policymakers and support beneficial policies for our industry.



# HARLAND
## BREWING CO

10115 Carroll Canyon Road, San Diego, CA 92131 | Phone: 858-800-4566
Info@harlandbeer.com | www.harlandbeer.com

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Naomi Marron, Chief of Staff
Harland Brewing Co., LLC



# SCOUT
10119 Carroll Canyon Rd, San Diego, CA 92131 | Phone: 858-401-7707
info@scoutdist.com | www.scoutdist.com

June 18, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

Scout Distribution, LLC enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Scout Distribution, LLC, headquartered in San Diego, is a prominent distributor of alcoholic beverages. Our business relies on the effective advocacy of our interests in Washington, D.C., where federal regulatory agencies, trade associations, and policymakers are located. Officials and representatives who advocate on our behalf travel regularly to D.C. to ensure our voice and position are heard and defended in legislative and regulatory discussions. The absence of a nonstop flight between SAN and DCA creates inefficiencies that hinder these essential activities. Establishing a direct route would significantly enhance the ability of our representatives to engage with government officials and advocate for policies beneficial to our industry and the broader business community.





Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Jeff Hansson, CEO
Scout Distribution, LLC



USCA Case #25-1002     Document #2096321     Filed: 01/24/2025     Page 169 of 208

May 28, 2024

PO Box 3679

Rancho Santa Fe, CA 92067-3679

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington D.C. 20590

**Re: Alaska Airlines" application for SAN-DCA , Docket No. DOT-OS-2024**

Dear Secretary Buttigieg:

REP Publishing, Inc., a San Diego-based multi-media company, enthusiastically supports the application of Alaska Airline to initiate nonstop service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA) or Reagan National). This new route is not only vital for enhancing the connectivity between two strategic regions , but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington D.C. are hubs of significant defense, economic and social activity. San Diego's sector in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market -driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily in each direction, not only does U.S Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

 As a frequent Alaska Airlines flier, and specially to Washington for both business and family reasons it is an inordinate inconvenience to be forced to fly through LAX or SEA and then transfer to SAN . Alaska Airlines is my preferred choice. Its reputation for exceptional service, reliability and customer satisfaction is well earned.

USCA Case #25-1002     Document #2096321     Filed: 01/24/2025     Page 170 of 208

I appreciate your consideration of this application . I hope Alaska Airlines will receive a favorable response from you and DOT in the coming weeks.

Cordially

Robert E. Page
Chief Executive Officer

REP Publishing, Inc.



June 10, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

Dear Secretary Buttigieg:

Subject:    Alaska Airlines' application for nonstop air service between SAN-DCA

The San Diego Association of Governments (SANDAG) supports Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN or San Diego) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route will enhance connectivity between the two strategic regions, supporting the growing demand for nonstop service for business and leisure.

San Diego and Washington, DC, are hubs of significant defense, biotech, economic, technology, and social activity that require efficient access to the core of the national capital region. San Diego is the second largest government-related travel market, driven by demand for key institutions closest to DCA, including the Pentagon and Department of Homeland Security.

The US Department of Transportation's (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National yet is the largest domestic network without nonstop service. Adding nonstop daily destinations from San Diego will increase regional connectivity, fill a critical gap in the national air service network, and provide a more streamlined, efficient service to passengers.

SANDAG appreciates your consideration of this application for nonstop air service between San Diego International Airport and Reagan National to keep up with the region's growth and demand.

Sincerely,

Ray Major
Deputy Chief CEO





**San Diego County Water Authority**

**The Honorable Pete Buttigieg**
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

May 30, 2024

**Dear Secretary Buttigieg,**

San Diego County Water Authority enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

San Diego County Water Authority sustains a $268 billion regional economy and the quality of life for 3.3 million residents through a multi-decade water supply diversification plan, major infrastructure investments and forward-thinking policies that promote fiscal and environmental responsibility. It is imperative that the San Diego County Water Authority continues to engage with leaders in DC on a regular basis.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

**Sincerely,**

Dan Denham
General Manager



Brittany Applestein Syz
Director, Regional Public Affairs

8330 Century Park Ct. CP31A
San Diego, CA 92123

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: SAN-DCA

Dear Secretary Buttigieg:

San Diego Gas & Electric enthusiastically supports the application to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

SDG&E is a regulated public utility that provides energy service to 3.7 million people through 1.5 million electric meters and 900,000 natural gas meters in San Diego and southern Orange counties. Our service area spans 4,100 square miles. Not only would this route be useful for business purposes, but also for our 4,500 employees and our customers to more seamlessly fly to Washington D.C.

Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the

greatest number of passengers.  We appreciate your consideration of this application. We
hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

*Brittany Applestein Syz*

Brittany Applestein Syz
Director, Regional Public Affairs
San Diego Gas & Electric

USCA Case #25-1002     Document #2096321     Filed: 01/24/2025     Page 175 of 208



**SDSU** | Fowler College of Business
**Wendy Gillespie Center for
Advancing Global Business**

Filed: 01/24/2025    Page 176 of 208

Document #2096321

USCA Case #25-1002

July 2, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

On behalf of the 37,000 students and 7,700 faculty and staff at San Diego State University, I write in support of Alaska Airlines' application for nonstop service between San Diego International Airport (SAN) and Washington, DC Reagan National Airport (DCA). This route is essential for enhancing connectivity and meeting the growing demand for nonstop travel for business and leisure.

San Diego and Washington, DC are hubs of significant defense, academic, economic and social activity. San Diego's sectors in defense, biotech, higher-education, and communications technology require efficient access to the core of the national capital region.  San Diego is the second largest GSA travel market – driven by demand to key institutions closest to the Reagan National Airport including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does DOT data demonstrate that San Diego is the largest origin-destination market without service to Washington Reagan National Airport, the SAN-DCA market is the largest in the entire domestic network without nonstop service.  The average annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

San Diego State University is a distinguished public research institution, proudly serving over 37,000 students with more than 200 degree programs. Our diverse student body hails from over 100 countries, and our annual research funding surpasses $192 million. We maintain strong ties to Washington, DC, a vital hub for our academic and research endeavors. As a result, many of our faculty, students, and staff frequently travel to the DC area to engage in pivotal academic programs and research opportunities, further enhancing our university's impact and connections on a national scale.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets.  The introduction of this nonstop flight will not only fill a critical gap in the national air service network, but also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We look forward to your favorable response to this request in the coming weeks.

Sincerely,

*Mark J. Ballam*

**Mark J. Ballam**
Managing Director
mballam@sdsu.edu | O: 619-594-3947| M: 619-767-8068

# UNIVERSITY OF CALIFORNIA SAN DIEGO

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO  SANTA BARBARA • SANTA CRUZ

**OFFICE OF THE CHANCELLOR**

9500 Gilman Drive # 0005
La Jolla, California 92093-0005
Tel: (858) 534-3135
Fax: (858) 534-6523
chancellor@ucsd.edu
chancellor.ucsd.edu

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

Dear Secretary Buttigieg,

The University of California, San Diego (UC San Diego) enthusiastically supports Alaska Airlines' application to initiate nonstop air service between San Diego International Airport (SAN) and Washington National Airport (DCA). This new route is vital for enhancing the connectivity between two nationally strategic regions, and would streamline access to the unique industries that shape our region's contributions to the U.S. economy.

San Diego and Washington, D.C. are hubs of defense, economic, political, and social activity, with a reciprocal need for direct access to each others' markets. For San Diego, the region's leadership in defense, biotech, and communications technology require efficient access to the core of the national capital region. At UC San Diego in particular, our faculty and researchers are working to solve the most challenging questions in these fields, often with equipment and projects funded by the federal government. Collaborating closely with DC-based federal partners is an essential component to simplifying this work, and direct access between SAN and DCA will support this effort.

UC San Diego serves as a regional hub of learning and public service, with our experts participating in research and education in hundreds of interdisciplinary fields of national interest. Our researchers earn more than $1.76 billion in federal funding for their work annually, making our campus one of the federal government's largest academic research partners, and a critical contributor to the innovation economy San Diego's international reputation is founded on. Whether for policymakers traveling to campus to learn about innovative new technologies that are changing the world, for principal investigators meeting with program managers at a federal science agency to discuss their research, or for expert witnesses speaking to congressional committees or agency working groups, direct access between San Diego and Washington, D.C. is necessary for UC San Diego to reach its full potential, and for our federal partners to fully benefit from all our campus has to offer.

At 225 passengers daily each direction, not only does the U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Washington National Airport, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency and climate impact.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a

critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Pradeep K. Khosla
Chancellor
Joan and Irwin Jacobs Chancellor's Endowed Chair

# UNIVERSITY OF CALIFORNIA SAN DIEGO

 SANTA BARBARA • SANTA CRUZ

ALBERT ("AL") P. PISANO, DEAN
IRWIN AND JOAN JACOBS SCHOOL OF ENGINEERING
WALTER J. ZABLE PROFESSOR OF ENGINEERING
7313 JACOBS HALL

9500 GILMAN DRIVE
LA JOLLA CALIFORNIA 92093-0403
TEL: (858) 534-6237 FAX: (858) 822-3004
EMAIL: DeanPisano@ucsd.edu

31 May 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

RE: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg

**Jacobs School of Engineering** enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

The Jacobs Scholl of Engineering is the largest engineering school in California with extensive international research relationships. Travel to Washington DC is frequent and essential to our mission.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community,

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 179 of 208

will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,



Albert ("Al") P. Pisano
Member, US National Academy of Engineering
Member, US National Academy of Inventors
Walter J. Zable Distinguished Professor & Dean
Irwin and Joan Jacobs School of Engineering
Special Adviser to the Chancellor
University of California San Diego

Page 180 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

Page 181 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002



## OFFICE OF THE PRESIDENT

May 31, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines application for SAN-DCA

Dear Secretary Buttigieg:

MiraCosta College enthusiastically supports Alaska Airlines' application to initiate
nonstop air service between San Diego International Airport (SAN) and Ronald Reagan
Washington National Airport (DCA or Reagan National). This new route is vital for
enhancing connectivity between these two strategic regions and supports the growing
demand for nonstop service for business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social
activity. San Diego's defense, biotech, and communications technology sectors require
efficient access to the core of the national capital region. San Diego is the second-
largest government-related travel market, driven by demand for key institutions closest
to DCA, including the Pentagon and the Department of Homeland Security.

At 225 passengers daily in each direction, U.S. Department of Transportation (DOT)
data demonstrates that San Diego is the largest origin-destination market without
service to Reagan National. The SAN-DCA market is the largest domestic network
without nonstop service. The annual 180,000-passenger population between SAN and
DCA endures connections that add more than 360,000 hours annually of time
inefficiency.

Direct access to Washington, D.C., is crucial for MiraCosta College and the broader
community college network. This access facilitates our participation in national
advocacy visits, policy discussions, and community college activities. It allows us to
engage directly with policymakers, attend important conferences, and collaborate with
other educational institutions, which are vital for advancing the mission of community
colleges nationwide.



**MIRACOSTA COMMUNITY COLLEGE DISTRICT**
COMMUNITY LEARNING CENTER • OCEANSIDE CAMPUS • SAN ELIJO CAMPUS
TECHNOLOGY CAREER INSTITUTE & NORTH SAN DIEGO SMALL BUSINESS DEVELOPMENT CENTER

1 BARNARD DRIVE, OCEANSIDE, CA 92056 • P 760.795.6610 • F 760.795.6609 • MIRACOSTA.EDU • SCOOKE@MIRACOSTA.EDU

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction makes it the ideal carrier to bridge these two critical markets. Alaska Airlines began serving SAN in 1985 and has grown by more than 75% in the last ten years. Today, that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop DCA to Alaska Airlines' daily destinations from SAN will increase connectivity for our larger community, fill a critical gap in the national air service network, and provide more streamlined, efficient service benefiting the most significant number of passengers.

We appreciate your consideration of this application and hope to hear your favorable response to this request in the coming weeks.

Sincerely,

Sunita V. Cooke, Ph.D.
Superintendent/President

Page 183 of 208    Filed: 01/24/2025    Document #2096321    USCA Case #25-1002

 **California State University**
**SAN MARCOS** | COMMUNITY RELATIONS
AND UNIVERSITY ENGAGEMENT

**Office of the Chief Community Engagement Officer**   California State University San Marcos   333 S. Twin Oaks Valley Road   San Marcos, CA 92096
**Tel:** 760.750.8700    **Fax:** 760.750.3537    pprado@csusm.edu    www.csusm.edu/ce

July 2, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

California State University San Marcos (CSUSM) enthusiastically supports the application of Alaska Airlines to
initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington
National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity
between the two strategic regions, but also supports the growing demand for nonstop service for both business
and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's
sectors in defense, biotech and communications technology require efficient access to the core of the national
capital region. San Diego is the second largest government related travel market – driven by demand for key
institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily in each direction, not only does U.S. Department of Transportation (DOT) data
demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the
SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000
passenger population between SAN and DCA has endured connections that add more than 360,000 hours
annually of time inefficiency.

CSUSM maintains active relationships in the DC area that support student success, faculty research,
community engagement and government affairs. All these areas are critical to our mission as a regional anchor
institution of higher education. Furthermore, as responsible fiscal stewards, we are diligent in our efforts to
travel economically. A direct, nonstop flight between SAN and DCA will support these efforts.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction makes it the ideal
carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10
years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily
departures from SAN. Adding a nonstop DCA to Alaska Airlines' daily destinations from SAN will mean
increased connectivity for our larger community, fill a critical gap in the national air service network, and
provide a more streamlined, efficient service that will benefit the greatest number of passengers.

**The California State University**

Bakersfield  |  Channel Islands  |  Chico  |  Dominguez Hills  |  East Bay  |  Fresno  |  Fullerton  |  Humboldt  |  Long Beach  |  Los Angeles  |  Maritime Academy
Monterey Bay  |  Northridge  |  Pomona  |  Sacramento  |  San Bernardino  |  San Diego  |  San Francisco  |  San Jose  |  San Luis Obispo  |  San Marcos  |  Sonoma  |  Stanislaus

We appreciate your consideration of this application. We hope to hear your favorable response to this request in the coming weeks.

Sincerely,

Patricia L. Prado-Olmos, Ph.D.
Chief Community Engagement Officer
Community Relations and University Engagement
Office of the President
CSU San Marcos

Page 184 of 208

Filed: 01/24/2025

Document #2096321

USCA Case #25-1002



NAZARENE UNIVERSITY

Page 185 of 208        Filed: 01/24/2025        Document #2096321        USCA Case #25-1002

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

May 30th, 2024

Dear Secretary Buttigieg:

Point Loma Nazarene University (PLNU) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

First, San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Second, being a member of the Council for Christian Colleges and Universities (CCCU) located in Washington, D.C., PLNU would greatly benefit from a daily connection to the Ronald Reagan Washington National Airport to strengthen our involvement in a network of like-minded, mission-driven, academically excellent Christian colleges and universities around the world.

Finally, Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Matthieu Rouffet, Ph.D.
Professor and Chair of Chemistry
Point Loma Nazarene University
3900 Lomaland Drive, San Diego, CA 92106



**SDMAC**
SAN DIEGO MILITARY ADVISORY COUNCIL

**Interim President & CEO**
Paul Pearigen
RDML, USN (Ret)

**Board of Directors**

**Board Chair**
Victor Ramsauer
LevitZacks CPA

**Vice Chair**
George Scheel
IT Mentor Group

**Treasurer**
Tom Garcia

Jeffrey Ames
Ames Karanjia LLP

Susan Couch
Bank of America

David Dearie
USAA

Dennis Dubard

Brandi Gill

David Horowitz
Cox Communications

Brian Hutcherson
CBRE

David Inmon
Redhorse

Steve Kappes

Michael McCloskey
Col, USMCR (Ret)
Wilson Elser LLP

Terry McKearney
The Ranger Group

Karl Miller
Jingoli Power

Crystal Norman
General Dynamics NASSCO

Jenna Paukstis
Northrop Grumman

Paul Pearigen
RDML, USN (Ret)

Robert Pennoyer
IT Mentor Group

Joseph Pierzina
SDG&E

Meg Redlin
BAE Systems

Natalie Sherod
Cavignac & Associates

Marisa Silva
Booz Allen Hamilton

Timothy Slentz
Boeing Defense

Earl Wederbrook

Mark Wernig
Corient

Mike Woiwode
Wodeworks

Alan Worthy
Lockheed Martin

Page 186 of 208      Filed: 01/24/2025      Document #2096321      USCA Case #25-1002

June 2, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

The San Diego Military Advisory Council (SDMAC) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

SDMAC is a 501(c)(6) nonprofit organization that supports our local military community by advancing the partnership and communication between the military, elected officials, and the business community while serving as a strong advocate for those who serve and their families. SDMAC advocates, informs and connects leadership across sectors to advance the role of defense as a significant part of the regional economy and beyond. Many companies and fellow nonprofits among our membership regularly conduct business nationwide, in particular in the Washington, D.C. area where they may have headquarters, affiliates, and partners or where they frequently interact with federal departments and agencies.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, and the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA endure connections that add over 360,000 hours annually of lost efficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Paul D. Pearigen
Rear Admiral, U.S. Navy (Retired)
Interim President & CEO
Email: ceo@sdmac.org
Office: 619-299-3763

USCA Case #25-1002     Document #2096321     Filed: 01/24/2025     Page 187 of 208



Veterans in Business Network
3621 Hawthorn Street
San Diego, CA 92104

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

The Veterans In Business (VIB) Network enthusiastically supports the application of Alaska Airlines
to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan
Washington National Airport (DCA or Reagan National). This new route is not only vital for
enhancing the connectivity between the two strategic regions, but also supports the growing demand
for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San
Diego's sectors in defense, biotech and communications technology require efficient access to the
core of the national capital region. San Diego is the second largest government related travel market
– driven by demand to key institutions closest to DCA including the Pentagon and Department of
Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data
demonstrate that San Diego is the largest origin-destination market without service to Reagan
National, the SAN-DCA market is the largest in the entire domestic network without nonstop service.
The annual 180,000 passenger population between SAN and DCA have endured connections that add
more than 360,000 hours annually of time inefficiency.

Last year, I was appointed to the US SBA Advisory Council on Veteran Business Affairs, a position
that has helped give another voice for Veteran business owners nationwide. With this new
appointment, I find that I'm frequently having to travel to DC from San Diego to ensure that the
issues and successes of the Veteran business community are communicated with impactful in-person
meetings.

USCA Case #25-1002      Document #2096321      Filed: 01/24/2025      Page 188 of 208

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application.  We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Rebecca Aguilera-Gardiner, CEO

June 4, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg,

We enthusiastically support the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon, Department of Veterans Affairs, and the Department of Homeland Security.

As you may know, the San Diego region is host to significant military installations including Marine Corps Recruit Depot, Naval Base San Diego, Marine Corps Air Station Miramar, Naval Base Point Loma, Marine Corps Base Camp Pendleton, Coast Guard Sector/Air Station San Diego, Naval Base Coronado, as well as national guard and reserve centers for every branch of military service.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Today, there are more than 6,500 guests served daily by Alaska Airlines to and from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity and provide a more streamlined, efficient service for our larger community including those who serve, their families as well as our veterans.

We appreciate your consideration of this application.

Sincerely,

Anthony L. Jackson
Major General, USMC (Ret)

Gregg A. Sturdevant
Major General, USMC (Ret)

Scott F. Smith
Major General, USAF (Ret)

Terry B. Kraft
Rear Admiral, USN (Ret)

John P. Farnam
Colonel, USMC (Ret)



**BOARD OF TRUSTEES**

**Officers**

Steven S. Simpson, *Chair*
Steven G. Tappan, *Vice Chair*
Rolf Benirschke, *Vice Chair*
Gary E. Knell, *Treasurer*
E. Jane Finley, *Secretary*

**Trustees**

Kathleen Cain Carrithers
Javade Chaudhri
Adam Day
Clifford W. Hague
Bryan B. Min
Kenji M. Price
'Aulani Wilhelm

**Trustees Emeriti**

Berit N. Durler
Thompson Fetter
Richard B. Gulley
Robert B. Horsman
John M. Thornton

**EXECUTIVE TEAM**

Paul A. Baribault
*President and
Chief Executive Officer*

Shawn Dixon
*Chief Operating Officer*

David Franco
*Chief Financial Officer*

Erika Kohler
*Senior Vice President
and Executive Director
San Diego Zoo*

Lisa Peterson
*Senior Vice President
and Executive Director
San Diego Zoo Safari Park*

Nadine Lamberski
*DVM, DACZM, DECZM (ZHM)
Chief Conservation and
Wildlife Officer*

Wendy Bulger
*General Counsel*

David Gillig
*Chief Philanthropy Officer*

Aida Rosa
*Chief Human Resources Officer*

David Miller
*Chief Marketing Officer*

June 3, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

San Diego Zoo Wildlife Alliance (SDZWA) enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

San Diego Zoo Wildlife Alliance (SDZWA) is supportive of this new non-stop route from both a business and tourism point of view. SDZWA has employees in both locales, a new non-stop SAN-DCA is helpful in providing flexibility in travel schedules to/from each location. Additionally, as a major tourism destination in San Diego, we remain committed to ease and flexibility of travel to San Diego. SDZWA welcomes more than 5 million guests each year, many of whom travel from other locations. Adding additional routes to San Diego will make it easier for guests to travel to San Diego and enhance the guest experience.



**San Diego Zoo
Wildlife Alliance**

**BOARD OF TRUSTEES**

**Officers**

Steven S. Simpson, *Chair*
Steven G. Tappan, *Vice Chair*
Rolf Benirschke, *Vice Chair*
Gary E. Knell, *Treasurer*
E. Jane Finley, *Secretary*

**Trustees**

Kathleen Cain Carrithers
Javade Chaudhri
Adam Day
Clifford W. Hague
Bryan B. Min
Kenji M. Price
'Aulani Wilhelm

**Trustees Emeriti**

Berit N. Durler
Thompson Fetter
Richard B. Gulley
Robert B. Horsman
John M. Thornton

**EXECUTIVE TEAM**

Paul A. Baribault
*President and
Chief Executive Officer*

Shawn Dixon
*Chief Operating Officer*

David Franco
*Chief Financial Officer*

Erika Kohler
*Senior Vice President
and Executive Director
San Diego Zoo*

Lisa Peterson
*Senior Vice President
and Executive Director
San Diego Zoo Safari Park*

Nadine Lamberski
*DVM, DACZM, DECZM (ZHM)
Chief Conservation and
Wildlife Officer*

Wendy Bulger
*General Counsel*

David Gillig
*Chief Philanthropy Officer*

Aida Rosa
*Chief Human Resources Officer*

David Miller
*Chief Marketing Officer*

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Shawn Dixon
Chief Operating Officer



**burnham center for community advancement**

## Board of Directors

**Malin Burnham**
*Co-Founder.*
*Board Chair Emeritus*

**Paula A. Cordeiro**
*Board Chair*

**Vincent Mudd**
*Board Treasurer.*
*Vice Chair*

**Jack McGrory**
*Board Secretary*

**Tad Seth Parzen**
*Co-Founder.*
*CEO & President*

**Peter Ellsworth**
*Board Member*

**Lisette Islas**
*Board Member*

**Patricia Prado-Olmos**
*Board Member*

**Kirby Brady**
*Board Member*

**Let's Talk**
619 329 8389
together@burnhamcenter.org

**Address**
1100 Market Street, Suite 424
San Diego, CA 92101

**Follow Us**
@BurnhamCenterSD
f in

May 23, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

The Burnham Center for Community Advancement is a San Diego regional nonprofit dedicated to helping make our region a better place to live work and play for all.

The Burnham Center for Community Advancement supports strong consideration of nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is important to enhance the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, and the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

Adding a nonstop to DCA to San Diego International Airport's daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application.

Sincerely,

Tad Seth Parzen
President & CEO, Burnham Center for Community Advancement

*The Burnham Center for Community Advancement is a 501(c)3 tax-exempt organization (84-4770687), and your donation is tax-deductible within the guidelines of the law. No goods or services were received in exchange for this donation. Please retain this letter as your documentation for tax purposes.*

DRAFT 5/22/24v.2

May 23, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA

Dear Secretary Buttigieg:

The Leukemia and Lymphoma Society Southern California – Hawaii Region enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C. are hubs of significant defense, economic and social activity. San Diego's sectors in defense, biotech and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government related travel market – driven by demand to key institutions closest to DCA including the Pentagon and Department of Homeland Security.

At 225 passengers daily each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA have endured connections that add more than 360,000 hours annually of time inefficiency.

The Leukemia & Lymphoma (LLS) stands upon three mission pillars – research, patient support, and advocacy. As you can imagine, many of our local San Diego advocates often fly to Washington, DC to represent our organization and advocate for policy changes. With more direct flights to Washington, DC LLS could afford to send more advocate to the Capital with the homes of many bigger change for many of the cancer patients we support and even those who might not yet be affected. Alaska Airlines is a well-known, respected, and trusted airline within our demographic. Our volunteers would be ecstatic at the added SAN to DCA flight path.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction make it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and in the last 10 years has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

Abbey Gill

Campaign Development Manager – The Leukemia & Lymphoma Society
abbey.gill@lls.org

## United Way of San Diego County

4699 Murphy Canyon Road
San Diego, CA 92123
Tel 858.492.2000
Fax 858.492.2059
uwsd.org



**United Way**
**of San Diego County**

May 30, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Re: Alaska Airlines' application for SAN-DCA, Docket No. DOT-OST-2024-

Dear Secretary Buttigieg:

United Way of San Diego County enthusiastically supports the application of Alaska Airlines to initiate nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is not only vital for enhancing the connectivity between the two strategic regions, but also supports the growing demand for nonstop service for both business and leisure passengers.

San Diego and Washington, D.C., are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech, and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government-related travel market – driven by demand to key institutions closest to DCA, including the Pentagon and Department of Homeland Security.

At 225 passengers daily in each direction, not only does U.S. Department of Transportation (DOT) data demonstrate that San Diego is the largest origin-destination market without service to Reagan National, but the SAN-DCA market is the largest in the entire domestic network without nonstop service. The annual 180,000 passenger population between SAN and DCA has endured connections that add more than 360,000 hours annually of time inefficiency.

United Way of San Diego County supports nonstop air service between SAN and DCA because it would not only benefit our greater community but make our connection to United Way Worldwide headquarters in Alexandria, VA, more accessible. As a nonprofit leader in San Diego County for over 100 years, accessible, efficient travel to our nation's capital would also allow us to further our work with the United Way Worldwide National Advisory Council and advocate for policy change affecting education and economic mobility that would benefit our region.

Alaska Airlines' reputation for exceptional service, reliability, and customer satisfaction makes it the ideal carrier to bridge these two important markets. Alaska Airlines began serving SAN in 1985 and, in the last 10 years, has grown by more than 75%. Today that means about 6,500 guests served daily and 60 average daily departures from SAN. Adding a nonstop to DCA to Alaska Airlines' daily destinations from SAN will mean increased connectivity for our larger community, will fill a critical gap in the national air service network, and also provide a more streamlined, efficient service that will benefit the greatest number of passengers.

We appreciate your consideration of this application. We hope to hear of your favorable response to this request in the coming weeks.

Sincerely,

**Nancy L. Sasaki**
President & CEO
United Way of San Diego County
858.636.4141
Nancy.sasaki@uwsd.org


**POLICY &
INNOVATION
CENTER**

Filed: 01/24/2025    Page 195 of 208

USCA Case #25-1002    Document #2096321

June 4, 2024

The Honorable Pete Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, D.C. 20590

Subject: Alaska Airlines' Application for SAN-DCA

Dear Secretary Buttigieg,

The Policy & Innovation Center (PIC) fully supports Alaska Airlines' application to establish nonstop air service between San Diego International Airport (SAN) and Ronald Reagan Washington National Airport (DCA or Reagan National). This new route is crucial for improving connectivity between these two important regions and meeting the increasing demand for nonstop air service for both business and leisure travelers.

San Diego and Washington, D.C. are hubs of significant defense, economic, and social activity. San Diego's sectors in defense, biotech, and communications technology require efficient access to the core of the national capital region. San Diego is the second largest government-related travel market, driven by demand for key institutions closest to DCA, including the Pentagon and the Department of Homeland Security.

With 225 passengers daily in each direction and with U.S. Department of Transportation (DOT) data showing that San Diego is the largest origin-destination market without service to Reagan National, the SAN-DCA market is the largest in the entire domestic network without nonstop service. This gap in the market has led to an annual 180,000 passenger population between SAN and DCA enduring connections that result in more than 360,000 hours annually of time inefficiency.

PIC is a think tank and social-impact incubator founded in partnership with the Washington, D.C.-based Brookings Institution, the County of San Diego, and the San Diego Foundation. PIC conducts research and policy analysis to identify creative solutions to the region's biggest problems, and we build cross-sector, multijurisdictional partnerships to advance those solutions. PIC is deeply interested in improving connectivity with Washington, D.C., as our work often involves collaboration with federal agencies and national organizations based in the capital. Better air service between SAN and DCA will enable more effective engagement with key stakeholders and allow us to better serve the San Diego region through our initiatives and partnerships. Enhanced connectivity between San Diego and D.C. is essential for fostering these relationships and ensuring the timely and effective execution of our initiatives.

Alaska Airlines' outstanding reputation for service, reliability, and customer satisfaction makes it the ideal carrier to bridge these two important markets. Having served SAN since 1985 and grown by over


**POLICY &
INNOVATION
CENTER**

USCA Case #25-1002    Document #2096321    Filed: 01/24/2025    Page 196 of 208

75% in the last ten years, Alaska Airlines currently serves about 6,500 guests daily with 60 average daily departures from SAN. Introducing a nonstop DCA to Alaska Airlines daily destinations from SAN will lead to increased connectivity for our larger community, fill a critical gap in the national air service network, and provide more streamlined, efficient service for the benefit of a greater number of passengers.

Thank you for considering this application. We hope to receive your favorable response to this request in the coming weeks. If you need additional assistance, please contact me at ewier@sdrpic.org.

Sincerely,

*Emily Wier*

Emily Wier
VP, Chief Policy & Strategy Officer
Policy & Innovation Center

**EXHIBIT B:**
**COMMENTS OF ALASKA AIRLINES, INC.,**
**ON SHOW CAUSE ORDER (OCT. 30, 2024),**
**DOT-OST-2024-0065-23590**

**BEFORE THE
DEPARTMENT OF TRANSPORTATION
OFFICE OF THE SECRETARY
WASHINGTON, DC**

_____

)

Establishment of Slot Exemption Proceeding    )

At Ronald Reagan Washington National Airport    )    Docket DOT-OST-2024-0065

Pursuant to 49 U.S.C. § 41718    )

_____)

**COMMENTS OF ALASKA AIRLINES, INC.
ON SHOW CAUSE ORDER 2024-10-11**

Communications with respect to this document should be addressed to:

Kyle Levine

Senior Vice President,

Legal & General Counsel

Cameron Cloar-Zavaleta

Deputy General Counsel

& Managing Director,

Litigation & Regulatory Law

**ALASKA AIRLINES, INC.**

19300 International Boulevard

Seattle, Washington 98188

**DATED:** October 30, 2024

David Heffernan

Michael Deutsch

**COZEN O'CONNOR**

2001 M Street, NW

Washington, DC 20036

(202) 912-4800

dheffernan@cozen.com

mdeutsch@cozen.com

Counsel for

**ALASKA AIRLINES, INC.**

**BEFORE THE**
**DEPARTMENT OF TRANSPORTATION**
**OFFICE OF THE SECRETARY**
**WASHINGTON, DC**

_____
                                                          )
Establishment of Slot Exemption Proceeding     )
At Ronald Reagan Washington National Airport   )          Docket DOT-OST-2024-0065
Pursuant to 49 U.S.C. § 41718                        )
_____)

**COMMENTS OF ALASKA AIRLINES, INC.**
**ON SHOW CAUSE ORDER 2024-10-11**

Alaska Airlines, Inc. ("Alaska") applauds the Department's tentative decision to grant

Alaska two slot exemptions to operate daily nonstop roundtrip service between Ronald Reagan

Washington National Airport ("DCA") and San Diego International Airport ("SAN").[1] Alaska

appreciates the Department's findings that Alaska's proposal will introduce new nonstop flights

for the largest community outside the DCA perimeter without such service[2] while generating

substantial new competition and benefitting both nonstop and connecting passengers. A final

order affirming the tentative decision will enable Alaska to restore nonstop DCA service at San

Diego, which is the eighth largest U.S. city, home to the nation's largest military community, and

located in the fifth largest U.S. county.

_____

[1] Order 2024-10-11.

[2] _See_ id. at 24 ("SAN is the largest local origin/destination market from DCA currently without nonstop service").

Comments of Alaska Airlines, Inc.
Page 2

## I.     DOT is Correct That Alaska's DCA-SAN Proposal Satisfies Congress's and DOT's Requirements.

Congress directed DOT to consider two criteria in selecting carriers to receive slot exemptions in this proceeding:

1)     whether a proposal will "enhance options for nonstop travel to beyond-perimeter airports that do not have nonstop service from [DCA] as of" May 16, 2024; or

2)     whether a proposal will "have a positive impact on the overall level of competition in the markets that will be served."[3]

DOT tentatively found that Alaska's proposal satisfies both of those criteria. Alaska will:

- Introduce daily nonstop DCA service for San Diego, as it "is the largest local origin/destination market from DCA currently without nonstop service."[4]

- Increase nonstop capacity and service options for local market travelers between Washington, DC, and San Diego, a key focus city for Alaska,[5] benefiting business and leisure travelers with fares that on average are lower than those of Alaska's competitors.

- "Enhance options for [Washington, DC-originating passengers traveling] to SAN, a beyond-perimeter airport that does not presently have nonstop service from DCA."[6]

- Increase fare competition between DCA and SAN – a market where fares "are currently 30% higher than the average for DCA, as well as the average air fare for the greater Washington, DC, market, and the U.S. national average."[7]

- "[H]ave a positive impact on the overall level of competition in the Washington, DC-San Diego, CA market." Alaska "currently carries a negligible share (less

---

[3] *Id.* at 3.

[4] *Id.* at 24.

[5] Alaska began serving SAN in 1985 where it today employs approximately 800 team members and maintains a flight attendant base. While Alaska continues to grow its presence at SAN, it is not the largest carrier at the airport and competition there is intense and will remain so.

[6] *Id.*

[7] *Id.* at 24 & nn.105, 106. Alaska has a proven track record of reducing fares when it enters a route. Average fares on the IAD-SAN route decreased by approximately 26% following Alaska's entry into the market. Application of Alaska Airlines, Inc., July 8, 2024 (Docket DOT-OST-2024-0065) ("Alaska Application") at 5. Alaska expects this downward fare trend to continue with the introduction of its DCA-SAN service.

than 1%) of local O&D customers between DCA-SAN, and approximately 8% of local O&D customers between all Washington, DC, airports and SAN." [8]

- Increase competition at DCA, where "Alaska does not have a dominant presence, holding only approximately 2% of allocated slots, and carrying approximately 3% of O&D traffic." [9]

- "[P]rovide a new, convenient flight option, and enhance competition by increasing the number of air carriers in the WAS-SAN market." [10]

- Enhance fare and service competition in other markets in the western U.S. and Hawai'i, where passengers travelling to and from Washington, DC, will benefit from additional connecting service via SAN. [11]

- Provide San Diego's large community of government personnel (civilian and military) [12] with convenient nonstop access to DCA [13] and its nearby government and military facilities, including the Pentagon, numerous federal agencies, and many large military bases. [14]

Alaska's DCA-SAN nonstop service has attracted strong support from the San Diego County Regional Airport Authority, a wide range of San Diego area and California federal, state and local government leaders, as well as San Diego area business and civic organizations. These parties recognize the substantial public benefits that Alaska's service will generate for the San

---

[8] Order 2024-10-11 at 24.

[9] *Id.*

[10] *Id.*

[11] *See* Alaska Application at 2 n.6; Order 2024-10-11 at 24 ("customers may also benefit from access to [Alaska's] nonstop network at SAN"). Alaska will operate nonstop service to a total of 39 destinations from SAN, 19 of which will be served exclusively by Alaska on a nonstop basis. *See* Comments of Alaska Airlines, Inc., July 17, 2024 (Docket DOT-OST-2024-006), at 6-7, Exhibit AS-R-1.

[12] San Diego is home to the largest concentration of active-duty military personnel in the United States. Alaska Application, Exhibit AS-1.

[13] Currently, local San Diego travelers must rely on connections to travel to DCA. In 2023, approximately 164,000 passengers traveled between SAN and DCA, accumulating approximately 328,000 hours of additional annual travel time in the aggregate due to having to make a connection. *See* Alaska Application at 4.

[14] The General Services Administration estimates that in fiscal year 2025 nearly 32,000 government personnel will travel between DCA and SAN. *Id.*

Comments of Alaska Airlines, Inc.
Page 4

Diego area and other Californian and western U.S. communities, as well as for passengers,

including business, government, military, and leisure travelers.[15]

>   **II.    DOT is Correct That Alaska Qualifies as "Limited Incumbent Air Carrier,"
>   But Spirit and Frontier Do Not.**

Spirit Airlines, Inc. ("Spirit") and Frontier Airlines, Inc. ("Frontier") filed applications

for slot exemptions to serve San Jose and San Juan, respectively, on the basis that they qualify as

"limited incumbent air carriers."[16] They also question Alaska's (and each other's) eligibility as a

limited incumbent air carrier. DOT is correct in its tentative decision that Alaska qualifies as a

limited incumbent air carrier, while Spirit and Frontier do not.[17]

As DOT correctly explained, for a carrier to be eligible for an allocation of slot

exemptions as a "limited incumbent air carrier," it must satisfy both prongs of a two-part test:

1)    "[A] carrier must be an incumbent [at DCA] on the date of enactment of the [FAA

Reauthorization Act of 2024]," *i.e.*, May 16, 2024. DOT, assigning a plain meaning to the

statutory text, defines "incumbent air carrier" as one that was "engaged in air transportation at

DCA as of [May 16, 2024]."[18]

2)    "[A] carrier must also qualify for status as a limited incumbent [air carrier]…." 49

U.S.C. § 41714(h)(5)(A) defines a "limited incumbent air carrier" by reference to 14 C.F.R. Part

93, Subpart S:

---

[15] *See* id., Exhibit AS-19.

[16] Application of Spirit Airlines, Inc., July 8, 2024; Application of Frontier Airlines, Inc., July 8, 2024 (Docket DOT-OST-2024-0065).

[17] Although DOT's decision is tentative, it confirmed DOT's initial determination regarding which carriers are (and are not) eligible to receive slot exemptions in this case. DOT reached that determination after conferring with the FAA Slot Administration Office. DOT Notice, Establishment of Slot Exemption Proceeding at Ronald Reagan Washington National Airport Pursuant to 49 U.S.C. § 41718, June 24, 2024 (Docket DOT-OST-2024-0065) ("DOT Notice") at 2.

[18] Order 2024-10-11 at 19.

Comments of Alaska Airlines, Inc.
Page 5

> [A]n air carrier or commuter operator that holds or operates fewer than [40][19] air carrier or commuter slots, in any combination, at a particular airport, not including international slots, Essential Air Service Program slots, or slots between the hours of 2200 and 0659 at [DCA]. However, for the purposes of this [14 C.F.R. § 93.213](a)(5), the carrier is considered to hold the number of slots at [DCA] that the carrier has, since December 16, 1985: (i) Returned to the FAA; (ii) Had recalled by the FAA under [14 C.F.R.] § 93.227(a); or (iii) Transferred to another party other than by trade for one or more slots at the same airport.[20]

Section 41714(h)(5)(B)(i) also provides that, for purposes of defining "limited incumbent air carrier," the term "slot" shall not include slot exemptions.[21]

A.      *Alaska Qualifies as a "Limited Incumbent Air Carrier."*

Alaska satisfies both elements of the test. First, it is an incumbent at DCA because, on May 16, 2024, it operated roundtrip flights at DCA. Second, it is a "limited incumbent air carrier" because, although Alaska only operates flights at DCA using slot exemptions (which are specifically excluded from the definition), Alaska also holds non-exemption DCA slots that it leases to Southwest Airlines. Those count as slots that, since December 16, 1985, Alaska has "[t]ransferred to another party other than by trade…."

Neither Spirit nor Frontier disputes Alaska's qualification as a "limited incumbent air carrier," but argue that it should be disqualified under a different statutory provision, 49 U.S.C. § 41714(k), which states that:

> [A]n air carrier that … has entered into a code-share agreement with any other air carrier shall not qualify for a new slot or slot exemption as a new entrant or limited incumbent air carrier at an airport if the total number of slots and slot exemptions held by the two carriers at the airport exceed 20 slots and slot exemptions.

---

[19] *See* 49 U.S.C. § 41714(h)(5)(A) (substituting "40" for "12" in 14 C.F.R. §§ 93.213(a)(5), 93.223(c)(3), and 93.225(h)).

[20] 14 C.F.R. § 93.213(a)(5).

[21] 49 U.S.C. § 41714(h)(5)(B)(i).

Comments of Alaska Airlines, Inc.
Page 6

The sole focus of this objection is that Alaska has a codeshare agreement with American Airlines, Inc. ("American") and that if Alaska's modest DCA slot holdings were combined with American's much larger holdings at the airport, the combined number would exceed 20 slots. The Department, however, rejected Spirit and Frontier's contention that Alaska's codeshare relationship with American disqualifies Alaska from receiving slot exemptions as a "limited incumbent air carrier" in this case.[22]

As the Order to Show Cause explains, Alaska's codesharing with American is strictly limited by the terms of a 2017 formal settlement agreement with the U.S. Department of Justice ("DOJ") relating to Alaska's acquisition of Virgin America.[23] Under those terms, Alaska is legally prohibited from displaying American's code on any Alaska flight that originates or terminates at DCA: "Alaska does not presently place the American Airlines code on any nonstop flight it operates at DCA, and would not be permitted to do so for any service operated with a new slot exemption award. . . . Therefore, Alaska does not receive any meaningful access to the DCA market via its relationship with American."[24]

As the Department also correctly pointed out, the purpose of section 41714(k) is to prevent an "affiliated" carrier (*i.e.*, one that operates under the same code as, or displays the code of, a non-limited incumbent carrier on flights it operates to or from a particular airport) "from

---

[22] Order 2024-10-11 at 21-22.

[23] *Id.* (the DOJ "agreement prohibits … American from marketing any Alaska flight that originates or terminates at a "Key American Airport[,]" which includes DCA). DOT also noted that the Alaska/American agreement "does not include any slot sharing provisions." *Id.* at 22.

[24] *Id*. at 22. Spirit and Frontier's argument that section 41714(k) disqualifies Alaska from eligibility to receive slot exemptions as a "limited incumbent air carrier" in this case is based on the erroneous assumption that American's display of Alaska's code on its flights that originate or terminate at DCA would be disqualifying. *See* Letter of Spirit Airlines to DOT, dated June 26, 2024 (Docket DOT-OST-2024-0065) at 3 & n.12, Exhibit A; Comments of Frontier Airlines, Inc., July 17, 2024, at 3-4. As the Department tentatively determined, however, that is incorrect and inconsistent with legislative intent.

Comments of Alaska Airlines, Inc.
Page 7

gaining preferential access to slots or slot exemptions as a new entrant or limited incumbent, only to market and operate those slots on behalf of a larger, incumbent mainline carrier."[25] As explained above, however, Alaska cannot display American's code on any Alaska-operated flights to or from DCA and thus is not an "affiliated carrier" for purposes of section 41714(k). Alaska has applied for slot exemptions to serve SAN in its own right and has no legal authority or intention to display American's code on those DCA-SAN flights.[26]

B.    Neither Spirit Nor Frontier Qualifies as a "Limited Incumbent Air Carrier."

As DOT explained, neither Spirit nor Frontier is eligible to receive an allocation of slot exemptions in this case in the "limited incumbent air carrier" category. Both Spirit and Frontier fail the two-part test required for eligibility purposes.

Spirit fails the test's first prong: it was not an incumbent air carrier at DCA on May 16, 2024, because it did not "engage in air transportation" at the airport on that date.[27] In fact, as DOT notes, "Spirit has not engaged in air transportation at DCA since 2012. . . .Therefore, Spirit does not meet the prerequisite of incumbency under [49 U.S.C.] § 41718(i)(3)."[28] Spirit previously held four slots at DCA, but sold them to Southwest, ceased operating at DCA, and has never since returned to the airport.[29]

---

[25] Order 2024-10-11 at 21-22.

[26] This case is not the first occasion in which Alaska has been selected for an award of slot exemptions at DCA since Alaska entered into a codeshare agreement with American more than 20 years ago. As DOT noted, "[i]n 2012, Alaska received two slot exemption awards as a new entrant/limited incumbent carrier." *Id.* at 21 & n.93, citing Order 2012-5-12 at 8 (a DCA beyond-perimeter slot exemption allocation case in which Frontier was also an applicant).

[27] Order 2024-10-11 at 20-21. Nowhere in Spirit's application or other filings in this docket does Spirit claim that it engaged in air transportation at DCA on May 16, 2024.

[28] *Id.* at 21.

[29] *Id.* at 20. Spirit argues that it meets the second prong of the eligibility test for a "limited incumbent air carrier" by reference to the statute and related FAA regulations because it held those four slots "after December 16, 1985 and subsequently transferred those slots to another party other than by trade for one or more slots at the same airport." *Id.*That argument is moot, however, because it is indisputable that Spirit fails to satisfy the test's first prong.

Comments of Alaska Airlines, Inc.
Page 8

Frontier is likewise ineligible, but for a different reason. It satisfies the test's first prong, but not the second. Frontier was an incumbent carrier at DCA on May 16, 2024, because it operated roundtrip flights using slot exemptions. Frontier, however, does not satisfy the test's second prong: it is not a "limited incumbent air carrier" as that term is defined in the statute and related FAA regulations. As the Department stated, the statute (49 U.S.C.§ 41714(h)(5)(B)(i)) "excludes an air carrier's count of slot exemptions at DCA for purposes of determining a carrier's status as a limited incumbent air carrier in order to allocate slot exemptions at DCA."[30] Although Frontier may qualify as a new entrant air carrier (under 49 U.S.C.§ 41714(h)(3)) because, as of May 16, 2024, Frontier did not hold or operate any non-exemption slots at DCA, nor has it sold or given up a slot at DCA after December 16, 1985, as the Department explained, "Congress did not make any of the ten slot exemptions from the [FAA Reauthorization Act of 2024] available to new entrant air carriers."[31]

Because DOT has correctly reaffirmed its prior determination that neither Spirit nor Frontier is eligible to receive slot exemptions as a "limited incumbent air carrier" in this case, Alaska will not address the applications of Spirit or Frontier on their specific respective merits except to note that neither application offers even a fraction of the consumer service and competition benefits of Alaska's DCA-SAN proposal.

---

[30] *Id*.

[31] *Id*. DOT succinctly explained why Frontier's new entrant status renders it ineligible in this case: "while § 41714(h) states that limited incumbent carriers are also new entrants, the reverse is not true, i.e., all new entrant carriers are not limited incumbent carriers." *Id*.

Comments of Alaska Airlines, Inc.
Page 9

### III.    Conclusion

Alaska urges the Department to expeditiously issue a final order confirming its tentative selection of Alaska so that Alaska can complete the additional steps necessary to begin daily nonstop roundtrip service between DCA and SAN as soon as possible.

Respectfully submitted,

_____

David Heffernan
Michael Deutsch
**COZEN O'CONNOR**
2001 M Street, NW
Washington, DC 20036
(202) 912-4800
dheffernan@cozen.com
mdeutsch@cozen.com

Counsel for
**ALASKA AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Comments of Alaska Airlines, Inc. by electronic mail upon the following:

| | |
|---|---|
| Air Canada: | anita.mosner@hklaw.com |
| American Airlines: | molly.wilkinson@aa.com |
| | roncevert.almond@aa.com |
| | brent.alex@aa.com |
| Breeze Aviation Group, Inc.: | perkmann@cooley.com |
| Delta Air Lines: | chris.walker@delta.com |
| | steven.seiden@delta.com |
| Frontier Airlines: | howard.diamond@flyfrontier.com |
| | foont@foontlaw.com |
| JetBlue Airways: | robert.land@jetblue.com |
| | reese.davidson@jetblue.com |
| Southwest Airlines: | leslie.abbott@wnco.com |
| Spirit Airlines: | jyoung@yklaw.com |
| | dkirstein@yklaw.com |
| | dcrowell@yklaw.com |
| United Airlines: | aarshad@crowell.com |
| | steve.morrissey@united.com |
| | dan.weiss@united.com |
| DOT/FAA: | todd.homan@dot.gov |
| | peter.irvine@dot.gov |
| | kevin.bryan@dot.gov |
| | fahad.ahmad@dot.gov |
| | jason.horner@dot.gov |
| | albert.muldoon@dot.gov |
| | brett.kruger@dot.gov |
| | robert.finamore@dot.gov |
| | lawrence.fields@faa.gov |

_Michael Deutsch_

Michael Deutsch

**DATED:** October 30, 2024