UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
FRONTIER AIRLINES, INC.,             )
                                    )
        Petitioner,                  )
                                    )
v.                                  )   Docket No. 25-1002
                                    )
UNITED STATES DEPARTMENT            )
OF TRANSPORTATION,                  )
                                    )
        Respondent,                  )
                                    )
ALASKA AIRLINES, INC.,               )
                                    )
        Respondent-Intervenor.       )
_____)

**UNDERLYING DECISION FROM WHICH PETITIONER**
**FRONTIER AIRLINES, INC.'S PETITION ARISES**

Pursuant to the Court's Order of January 3, 2025, Petitioner Frontier Airlines, Inc. (Frontier) hereby submits the underlying decision from which this petition arises:

DOT Order 2024-12-8, Docket DOT-OST-2024-0065-23605 (Dec. 17, 2024), https://www.regulations.gov/document/DOT-OST-2024-0065-23605.

A true and correct copy of the same was filed electronically with the United States Court of Appeals for the District of Columbia Circuit under Docket Number 25-1002 as Exhibit A to Frontier's Petition for Review on January 3, 2025 and as Exhibit I to Frontier's Emergency Motion to Partially Stay the Department of

Transportation's December 17, 2024 Final Order and for Expedited Consideration of the Appeal on January 17, 2025.

DATED: February 3, 2025

Respectfully submitted:

/s/ Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

*Counsel for Petitioner Frontier Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing submission regarding the Underlying Decision From Which Petitioner Frontier Airlines, Inc.'s Petition Arises with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Service of a true and accurate copy of the same occurred through the appellate CM/ECF system upon the following:

Michael S. Raab
Simon Christopher Brewer
*Attorneys for Respondent*

Shay Dvoretzky
Parker Andrew Rider-Longmaid
Sarah Leitner
*Attorneys for Respondent-Intervenor*

Respectfully submitted:

/s/ Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

*Counsel for Petitioner Frontier Airlines, Inc.*