UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
FRONTIER AIRLINES, INC.,            )
                                    )
           Petitioner,              )
                                    )
v.                                  )   Docket No.  25-1002
                                    )
UNITED STATES DEPARTMENT            )
OF TRANSPORTATION,                  )
                                    )
           Respondent,              )
                                    )
ALASKA AIRLINES, INC.,              )
                                    )
           Respondent-Intervenor.   )
_____ )

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Petitioner Frontier Airlines, Inc. (Frontier) in Case No. 25-1002 hereby submits this updated certificate as to parties, rulings, and related cases, certifying as follows:

**(A)   Parties and Amici.**

Petitioner

The Petitioner in this matter is Frontier. Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, a Corporate Disclosure Statement for Frontier was provided to the Court with the Petition for Review filed January 3, 2025 and assigned Docket No. 25-1002.

<u>Respondent</u>

The Respondent in this matter is the United States Department of Transportation (DOT).

<u>Intervenors</u>

On January 27, 2025, the Court granted the motion of Alaska Airlines, Inc. (Alaska) to intervene in support of Respondent.

<u>*Amici*</u>

Frontier is not aware of any *amici* in this matter to date.

**(B)   Rulings Under Review.**

Pursuant to 49 U.S.C. § 46110(a) and (c), 5 U.S.C. § 706, and Federal Rule of Appellate Procedure 15(a), Frontier seeks partial review of DOT's Final Order styled as DOT Order 2024-12-8, Docket DOT-OST-2024-0065-23605, as well as all interlocutory orders, decisions, determinations, and conclusions supporting the above Final Order.

**(C)   Related Cases.**

The case on review has not previously been before this Court or any other court. Frontier is not aware of any other related cases currently pending in this Court or any other court within the meaning of Circuit Rule 28(a)(1)(C).

[*Signature on Following Page*]

|  |  |
|---|---|
| | Respectfully submitted: |
| | /s/ Lorene L. Boudreau |
| | Lorene L. Boudreau |
| | D.C. Circuit #55126 |
| | BALLARD SPAHR LLP |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103-7599 |
| | Direct: 215.864.8245 |
| | Fax: 215.864.8999 |
| | boudreaul@ballardspahr.com |
| | |
| | *Counsel for Petitioner Frontier Airlines, Inc.* |
| DATED: February 3, 2025 | |

3

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Service of a true and accurate copy of the same occurred through the appellate CM/ECF system upon the following:

Michael S. Raab
Simon Christopher Brewer
*Attorneys for Respondent*

Shay Dvoretzky
Parker Andrew Rider-Longmaid
Sarah Leitner
*Attorneys for Respondent-Intervenor*

Respectfully submitted:

/s/ Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

*Counsel for Petitioner Frontier Airlines, Inc.*