# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FRONTIER AIRLINES, INC., | |
| Petitioner, | No. 25-1002 |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, | |
| Respondent, | |
| ALASKA AIRLINES, INC., | |
| Intervenor. | |

## CERTIFIED INDEX OF RECORD

I certify that, to the best of my knowledge, the attached index is a list of all the documents and materials considered by the agency in the Competitive Selection Proceeding for DCA Slot Exemptions in Docket No. DOT-OST-2024-0065. The documents comprise the administrative record in the matter under review in the above-captioned case.

This list is filed instead of the record itself, which is being kept by the agency pursuant to Fed. R. App. P. 17(b).

Respectfully submitted,

ALBERT JOSEPH MULDOON
Digitally signed by ALBERT JOSEPH MULDOON
Date: 2025.02.11 08:40:24 -05'00'

_____

Albert Muldoon
Associate Director
Office of Aviation Analysis
Office of the Secretary of Transportation
United States Department of Transportation

February 11, 2025

**Index to the Administrative Record for Competitive Selection Proceeding for DCA Slot Exemptions, Docket No. DOT-OST-2024-0065**
*Frontier v. DOT*, No. 25-1002 (D.C. Cir. 2025)

| | **Public Docket** | |
|---|---|---|
| DOT-OST-2024-0065-0001 | Establishment of Slot Exemption Proceeding at Ronald Reagan Washington National Airport Pursuant to 49 U.S.C. 41718 | June 24, 2024 |
| DOT-OST-2024-0065-0007 | Spirit Airlines, Inc. (Intent to Apply for 2 Limited Incumbent Slot Exemptions) | June 26, 2024 |
| DOT-OST-2024-0065-3975 | Ex Parte Correspondence to Brian E. Foont, counsel for Frontier Airlines | June 27, 2024 |
| DOT-OST-2024-0065-4565 | Blue Future (Correspondence) | June 28, 2024 |
| DOT-OST-2024-0065-5276 | Nevada Congressional Delegation (Correspondence) | July 5, 2024 |
| DOT-OST-2024-0065-5532 | CPS Energy (Letter of Support for American Airlines) | July 5, 2024 |
| DOT-OST-2024-0065-5772 | Reno-Tahoe International Airport (Letter of Support for Southwest Airlines) | July 8, 2024 |
| DOT-OST-2024-0065-5770 | Sacramento County Department of Airports (Letter of Support for Southwest Airlines) | July 8, 2024 |
| DOT-OST-2024-0065-5802 | Frontier Airlines, Inc. Application for Slot Exemption | July 8, 2024 |
| DOT-OST-2024-0065-5775 | Application of United Airlines, Inc. | July 8, 2024 |
| DOT-OST-2024-0065-5690 | Travelers United (Correspondence) | July 8, 2024 |
| DOT-OST-2024-0065-5714 | Comments of Breeze Aviation Group, Inc. | July 8, 2024 |
| DOT-OST-2024-0065-5661 | American Express (Letter of Support for Delta Air Lines) | July 8, 2024 |
| DOT-OST-2024-0065-5796 | Honorable Jennifer Gonzalez-Colon (Letter of Support for JetBlue) | July 8, 2024 |
| DOT-OST-2024-0065-5808 | Application of JetBlue Airways Corporation for Beyond-Perimeter Slot Exemptions | July 8, 2024 |
| DOT-OST-2024-0065-5686 | Port of Seattle and Seattle-Tacoma International Airport (Letter of Support for Delta Air Lines) | July 8, 2024 |
| DOT-OST-2024-0065-5784 | Application of American Airlines, Inc. | July 8, 2024 |
| DOT-OST-2024-0065-5803 | Application of Delta Air Lines, Inc. for Slot Exemptions | July 8, 2024 |
| DOT-OST-2024-0065-5845 | Aquacycl Inc. (Letter of Support for Alaska Airlines) | July 9, 2024 |

| | | |
|---|---|---|
| DOT-OST-2024-0065-7241 | Clark County Department of Aviation and Harry Reid International Airport (Letter of Support for Southwest Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-5846 | Boston Consulting Group – San Diego (Letter of Support for Alaska Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-7257 | Culinary Workers Union, Local 226 (Letter of Support for Southwest Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-7423 | Las Vegas Convention and Visitors Authority (Letter of Support for Southwest Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-5843 | San Diego County Regional Airport Authority (Letter of Support for Alaska Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-5851 | Illumina, Inc. (Letter of Support for Alaska Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-5815 | Application of Southwest Airlines Co. | July 9, 2024 |
| DOT-OST-2024-0065-5926 | Application of Alaska Airlines, Inc. for Slot Exemptions | July 9, 2024 |
| DOT-OST-2024-0065-5921 | Application of Spirit Airlines, Inc. for Two Slot Exemptions for DCA-SJC Service | July 9, 2024 |
| DOT-OST-2024-0065-5849 | Cyber Center of Excellence (Letter of Support for Alaska Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-7220 | City of San Diego, California (Letter of Support for Alaska Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-7624 | Clark County, Nevada, Board of County Commissioners (Letter of Support for Southwest) | July 9, 2024 |
| DOT-OST-2024-0065-7438 | City of Las Vegas, Nevada (Letter of Support for Southwest Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-5847 | Qualcomm (Letter of Support for Alaska Airlines) | July 9, 2024 |
| DOT-OST-2024-0065-10863 | Motion of JetBlue Airways Corporation | July 10, 2024 |
| DOT-OST-2024-0065-12069 | Objection of United Airlines, Inc. | July 10, 2024 |
| DOT-OST-2024-0065-9221 | Evans Hotels (Letter of Support for Alaska Airlines) | July 10, 2024 |
| DOT-OST-2024-0065-9193 | Cox Communications (Letter of Support for Alaska Airlines) | July 10, 2024 |
| DOT-OST-2024-0065-9207 | Cultura (Letter of Support for Alaska Airlines) | July 10, 2024 |
| DOT-OST-2024-0065-9217 | Deloitte (Letter of Support for Alaska Airlines) | July 10, 2024 |
| DOT-OST-2024-0065-9177 | Clark Construction Group – CA, LP (Letter of Support for Alaska Airlines) | July 10, 2024 |
| DOT-OST-2024-0065-10979 | San Diego Congressional Delegation (Letter of Support for Alaska Airlines) | July 10, 2024 |

| DOT-OST-2024-0065-12182 | Georgia Congressional Delegation (Letter of Support for Delta Air Lines) | July 11, 2024 |
|---|---|---|
| DOT-OST-2024-0065-17636 | Laborer's International Union of North America, Local 169 (Letter of Support for Southwest Airlines) | July 12, 2024 |
| DOT-OST-2024-0065-17592 | Snohomish County, Washington, County Executive (Letter of Support for Delta Air Lines) | July 12, 2024 |
| DOT-OST-2024-0065-17585 | Bexar County, Texas Commissioner (Letter of Support for American Airlines) | July 12, 2024 |
| DOT-OST-2024-0065-19060 | Teamsters, Chauffeurs, Warehousemen and Helpers, Local Union No. 631 (Letter of Support for Southwest Airlines) | July 16, 2024 |
| DOT-OST-2024-0065-20620 | California Asian Pacific Chamber of Commerce (Letter of Support for Alaska Airlines) | July 16, 2024 |
| DOT-OST-2024-0065-19814 | Comment of Service Employees International Union | July 16, 2024 |
| DOT-OST-2024-0065-22188 | Consolidated Comments of United Airlines, Inc. | July 17, 2024 |
| DOT-OST-2024-0065-22195 | Frontier Airlines, Inc. Comments on Timely-Filed Applications | July 17, 2024 |
| DOT-OST-2024-0065-22016 | Vegas Chamber (Letter of Support for Southwest Airlines) | July 17, 2024 |
| DOT-OST-2024-0065-21553 | JetBlue Airways Corporation (Letters of Support) | July 17, 2024 |
| DOT-OST-2024-0065-21125 | JetBlue Airways Corporation (Letters of Support) | July 17, 2024 |
| DOT-OST-2024-0065-22006 | International Brotherhood of Electrical Workers Local Union 396 (Letter of Support for Southwest Airlines) | July 17, 2024 |
| DOT-OST-2024-0065-22180 | Comments of Delta Air Lines, Inc. | July 17, 2024 |
| DOT-OST-2024-0065-22193 | Consolidated Answer of JetBlue Airways Corporation | July 17, 2024 |
| DOT-OST-2024-0065-22191 | Consolidated Response of American Airlines, Inc. | July 17, 2024 |
| DOT-OST-2024-0065-22005 | Boyd Gaming Corporation (Letter of Support for Southwest Airlines) | July 17, 2024 |
| DOT-OST-2024-0065-21650 | Amazon (Letter of Support for Delta Air Lines) | July 17, 2024 |
| DOT-OST-2024-0065-22196 | Alaska Airlines Employees (Letter of Support for Alaska Airlines) | July 17, 2024 |
| DOT-OST-2024-0065-22134 | Greater Austin-San Antonio Corridor Council (Letter of Support for American Airlines) | July 17, 2024 |
| DOT-OST-2024-0065-22194 | Comments of Alaska Airlines, Inc. for Slot Exemptions | July 17, 2024 |
| DOT-OST-2024-0065-22203 | Consolidated Answer of Spirit Airlines, Inc. | July 17, 2024 |

| | | |
|---|---|---|
| DOT-OST-2024-0065-22153 | National Congress of American Indians (Letter of Support for Delta Air Lines) | July 17, 2024 |
| DOT-OST-2024-0065-22207 | San Jose Mineta International Airport (Community Survey) | July 17, 2024 |
| DOT-OST-2024-0065-23363 | Members of Congress (16) (Letter of Support for JetBlue Airlines Corporation) | July 18, 2024 |
| DOT-OST-2024-0065-22226 | Comments of the San Diego County Regional Airport Authority | July 18, 2024 |
| DOT-OST-2024-0065-23362 | Members of Congress (13) (Letter of Support for JetBlue Airlines Corporation) | July 18, 2024 |
| DOT-OST-2024-0065-22279 | Honorable Maria Cantwell (Correspondence) | July 18, 2024 |
| DOT-OST-2024-0065-22225 | Consolidated Answer of Southwest Airlines Co. | July 18, 2024 |
| DOT-OST-2024-0065-23376 | Honorable Richard E. Neal (Letter of Support for JetBlue Airlines Corporation) | July 19, 2024 |
| DOT-OST-2024-0065-23491 | United Airlines Inc. (Letter in Support) | July 24, 2024 |
| DOT-OST-2024-0065-23492 | Motion for Leave to File and Supplemental Comments of United Airlines, Inc. | July 24, 2024 |
| DOT-OST-2024-0065-23499 | Honorable Gerald E. Connolly (Correspondence) | July 25, 2024 |
| DOT-OST-2024-0065-23501 | Honorable Jasmine Crockett (Letter of Support for Southwest Airlines) | July 25, 2024 |
| DOT-OST-2024-0065-23495 | JetBlue Airways Corporation (Letter of Response to United Airlines Unauthorized Filing) | July 25, 2024 |
| DOT-OST-2024-0065-23502 | Southwest Airlines Co. (Letter in Response to United Airlines Unauthorized Filing) | July 26, 2024 |
| DOT-OST-2024-0065-23512 | U.S. DOT/OST – Notice of Communication | July 31, 2024 |
| DOT-OST-2024-0065-23511 | U.S. DOT/OST – Notice of Communication | July 31, 2024 |
| DOT-OST-2024-0065-23542 | Honorable Wesley Hunt (Letter of Support for United Airlines) | Aug. 13, 2024 |
| DOT-OST-2024-0065-23541 | Anonymous (Letters of Support for JetBlue) | Aug. 13, 2024 |
| DOT-OST-2024-0065-23545 | Puerto Rico Chamber of Commerce (Letter of Support for JetBlue) | Aug. 19, 2024 |
| DOT-OST-2024-0065-23546 | U.S. DOT/OST – Notice of Communication | Aug. 20, 2024 |
| DOT-OST-2024-0065-23549 | Ex Parte Correspondence to Honorable John B. Franklin | Aug. 27, 2024 |
| DOT-OST-2024-0065-23557 | Ex Parte Correspondence to Honorable Raphael Warnock, Honorable Jon Ossoff, and Honorable Henry C. "Hank" Johnson, Jr. | Aug. 27, 2024 |

| DOT-OST-2024-0065-23559 | Ex Parte Correspondence to Honorable Jasmine Crockett | Aug. 27, 2024 |
|---|---|---|
| DOT-OST-2024-0065-23554 | Ex Parte Correspondence to Honorable Ray Lopez | Aug. 27, 2024 |
| DOT-OST-2024-0065-23570 | Ex Parte Correspondence to Honorable Jenniffer Gonzalez-Colon | Aug. 27, 2024 |
| DOT-OST-2024-0065-23553 | Ex Parte Correspondence to Honorable Robert Garcia | Aug. 27, 2024 |
| DOT-OST-2024-0065-23550 | Ex Parte Correspondence to Honorable Curtis King | Aug. 27, 2024 |
| DOT-OST-2024-0065-23556 | Ex Parte Correspondence to Honorable Alex Padilla and Honorable Laphonza Butler | Aug. 27, 2024 |
| DOT-OST-2024-0065-23561 | Ex Parte Correspondence to Honorable Zoe Lofgren, Honorable Anna G. Eshoo, and Honorable Jimmy Panetta | Aug. 27, 2024 |
| DOT-OST-2024-0065-23562 | Ex Parte Correspondence to Honorable Darren Hartmann | Aug. 27, 2024 |
| DOT-OST-2024-0065-23572 | Ex Parte Correspondence to Sybill Hyppolite, Government Affairs Director, Washington State Labor Council, AFL-CIO | Aug. 27, 2024 |
| DOT-OST-2024-0065-23555 | Ex Parte Correspondence to Honorable Tammy Duckworth | Aug. 27, 2024 |
| DOT-OST-2024-0065-23569 | Ex Parte Correspondence to Honorable Martin Heinrich, Honorable Ben Ray Lujan, Honorable Melanie Stansbury, Honorable Leger Fernandez, and Honorable Gabe Vasquez | Aug. 27, 2024 |
| DOT-OST-2024-0065-23558 | Ex Parte Correspondence to Members of Congress (9) | Aug. 27, 2024 |
| DOT-OST-2024-0065-23548 | Ex Parte Correspondence to Honorable Darrell Issa, Honorable Sara Jacobs, Honorable Mike Levin, Honorable Scott Peters, and Honorable Juan Vargas | Aug. 27, 2024 |
| DOT-OST-2024-0065-23567 | Ex Parte Correspondence to Members of Congress (16) | Aug. 27, 2024 |
| DOT-OST-2024-0065-23571 | Ex Parte Correspondence to Honorable Gerald E. Connolly | Aug. 27, 2024 |
| DOT-OST-2024-0065-23563 | Ex Parte Correspondence to Lawrence Krauter, CEO, Spokane International Airport | Aug. 27, 2024 |
| DOT-OST-2024-0065-23566 | Ex Parte Correspondence to Mark Macarro, President, National Congress of American Indians | Aug. 27, 2024 |
| DOT-OST-2024-0065-23568 | Ex Parte Correspondence to Honorable Richard E. Neal | Aug. 27, 2024 |
| DOT-OST-2024-0065-23560 | Ex Parte Correspondence to Members of Congress (13) | Aug. 27, 2024 |
| DOT-OST-2024-0065-23551 | Ex Parte Correspondence to Honorable Darrell Issa, Honorable Sara Jacobs, Honorable Mike Levin, Honorable Scott Peters, and Honorable Juan Vargas | Aug. 27, 2024 |
| DOT-OST-2024-0065-23565 | Ex Parte Correspondence to Honorable Carolyn Goodman | Aug. 27, 2024 |

| | | |
|---|---|---|
| DOT-OST-2024-0065-23552 | Ex Parte Correspondence to Honorable London Breed | Aug. 27, 2024 |
| DOT-OST-2024-0065-23564 | Ex Parte Correspondence to Honorable Chris Gildon | Aug. 27, 2024 |
| DOT-OST-2024-0065-23574 | Idaho Congressional Delegation (Letter of Support for Boise Airport) | Oct. 1, 2024 |
| DOT-OST-2024-0065-23575 | Exhaustless Inc. (Auction of Airport Schedule for Summer 2025 to AMS, DCA, EWR, JFK, LGA, YVR, and YYZ) | Oct. 1, 2024 |
| DOT-OST-2024-0065-23576 | Ex Parte Correspondence to Honorable James E. Risch, Honorable Mike Crapo, Honorable Mike Simpson, and Honorable Russ Fulcher | Oct. 2, 2024 |
| DOT-OST-2024-0065-23579 | 2024-10-11 Order to Show Cause | Oct. 16, 2024 |
| DOT-OST-2024-0065-23582 | San Diego Congressional Delegation (Correspondence) | Oct. 28, 2024 |
| DOT-OST-2024-0065-23587 | Objection of Spirit Airlines to Order to Show Cause | Oct. 30, 2024 |
| DOT-OST-2024-0065-23583 | Exhaustless Inc. (Opposition to Show Cause Order 2024-10-11) | Oct. 30, 2024 |
| DOT-OST-2024-0065-23591 | San Jose Mineta International Airport (Objection to Show Cause Order 2024-10-11) | Oct. 30, 2024 |
| DOT-OST-2024-0065-23584 | Comments of Delta Air Lines, Inc. | Oct. 30, 2024 |
| DOT-OST-2024-0065-23585 | Comments of American Airlines, Inc. | Oct. 30, 2024 |
| DOT-OST-2024-0065-23586 | Frontier Airlines, Inc. (Objection to Order to Show Cause) | Oct. 30, 2024 |
| DOT-OST-2024-0065-23588 | Comments of United Airlines, Inc. | Oct. 30, 2024 |
| DOT-OST-2024-0065-23589 | Objection of JetBlue Airways Corporation | Oct. 30, 2024 |
| DOT-OST-2024-0065-23590 | Comments of Alaska Airlines, Inc. on Show Cause Order 2024-10-11 | Oct. 30, 2024 |
| DOT-OST-2024-0065-23594 | Honorable Laphonza Butler and Honorable Alex Padilla (Correspondence) | Oct. 31, 2024 |
| DOT-OST-2024-0065-23593 | Comments of Southwest Airlines Co. to Order to Show Cause | Oct. 31, 2024 |
| DOT-OST-2024-0065-23598 | Ex Parte Correspondence to Honorable Scott H. Peters, Honorable Sara Jacobs, Honorable Mike Levin, Honorable Juan Vargas and Honorable Darrell Issa | Nov. 12, 2024 |
| DOT-OST-2024-0065-23596 | Answer of Alaska Airlines, Inc. | Nov. 12, 2024 |
| DOT-OST-2024-0065-23597 | Consolidated Reply of Spirit Airlines, Inc. | Nov. 12, 2024 |

| | | |
|---|---|---|
| DOT-OST-2024-0065-23599 | Motion for Leave to File and Supplement Objection of Frontier Airlines, Inc. to Order to Show Cause | Nov. 26, 2024 |
| DOT-OST-2024-0065-23600 | Motion for Leave to File and Supplement Objection of Frontier Airlines, Inc. to Order to Show Cause (Corrected) | Nov. 27, 2024 |
| DOT-OST-2024-0065-23603 | Ex Parte Correspondence to Honorable Laphonza Butler | Dec. 5, 2024 |
| DOT-OST-2024-0065-23602 | Ex Parte Correspondence to Honorable Alex Padilla | Dec. 5, 2024 |
| DOT-OST-2024-0065-23605 | 2024-12-8 Final Order | Dec. 17, 2024 |
| **Citations from Orders** | | |
| | Order 2012-2-21, Establishment of Slot Exemption Proceedings at Ronald Reagan Washington National Airport | Feb. 24, 2012 |
| | Order 2002-11-20, Order Granting Outside-the-Perimeter Slot Exemptions at Ronald Reagan Washington National Airport | Nov. 27, 2002 |
| | Order 2012-5-12, Order Granting Beyond-Perimeter Slot Exemptions at Ronald Reagan Washington National Airport | May 14, 2012 |
| | Order 2000-7-1, Order Granting Outside-the-Perimeter Slot Exemptions at Ronald Reagan Washington National Airport | July 5, 2000 |
| | Order 2004-4-1, Order Granting Beyond-Perimeter Slot Exemptions at Ronald Reagan Washington National Airport | Apr. 1, 2004 |
| | *United States of America v. Alaska Air Group, Inc. et al.*, No. 1:16-cv-02377 (D.D.C. Dec. 6, 2016), Proposed Final Judgment, available at https://www.justice.gov/atr/case-document/file/915971/dl?inline | Dec. 6, 2016 |
| | Sabre Global Demand Data | |
| | OAG Schedules Data | |
| | DOT Form 41 Financials Year End 1Q2024, available at https://www.transtats.bts.gov/Tables.asp?QO_VQ=EGI&QO_anzr=Nv4%FDPn44vr4%FDSv0n0pvny%FDer21465%FD%FLS14z%FDHE%FDSv0n0pvny%FDQn6n%FM&QO_fu146_anzr=Nv4%FDPn44vr4%FDSv0n0pvny | |
| | FAA Slot Administration Data, available at https://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/systemops/perf_analysis/slot_administration/data | |
| | Bureau of Transportation Statistics Airline Origin and Destination Survey (DB1B), available at https://www.transtats.bts.gov/DatabaseInfo.asp?QO_VQ=EFI&Yv0x=D | |
| **Public Comments** | | |
| | Public comments received for Docket to Competitive Selection Proceeding for DCA Slot Exemptions, Docket No. | |

|  | DOT-OST-2024-0065, available at https://www.regulations.gov/docket/DOT-OST-2024-0065/comments |  |