# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Frontier Airlines, Inc.

v.

U.S. Department of Transportation

**Case No:** 25-1002

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Frontier Airlines, Inc.

### Counsel Information

Lead Counsel: Aaron Schaer
Direct Phone: (206) 223-7103  Fax: (   )    -    Email: schaera@ballardspahr.com

2nd Counsel: Lorene L. Boudreau
Direct Phone: (215) 864-8245  Fax: (   )    -    Email: boudreaul@ballardspahr.com

3rd Counsel:
Direct Phone: (   )    Fax: (   )    -    Email:

Firm Name: Ballard Spahr LLP
Firm Address: 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599
Firm Phone: (215) 665-8500  Fax: (   )    -    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)