

Aaron Schaer  
Tel: 206.223.7103  
schaera@ballardspahr.com

February 19, 2025

*By Electronic Filing*

Clifton Cislak  
Clerk, U.S. Court of Appeals for the  
District of Columbia Circuit  
E. Barrett Prettyman U.S. Courthouse  
U.S. Court of Appeals for the D.C. Circuit  
333 Constitution Ave NW  
Washington, DC 20001

Re: *Frontier Airlines, Inc. v. United States Department of Transportation*,  
D.C. Circ. No. 25-1002

Dear Mr. Cislak:

As oral argument in this case has not yet been scheduled, I write to notify you in advance that I am unavailable for oral argument April 14–28, 2025 due to pre-arranged travel, including for participation in a professional conference in Salt Lake City, Utah. I will promptly notify you if that information changes before an argument date is set in this matter.

Thank you for your consideration.

Respectfully,

Aaron Schaer  
BALLARD SPAHR LLP  
13313 Balfour Ave.  
Huntington Woods, MI 48070  
(206) 223-7103

*Counsel for Petitioner Frontier Airlines, Inc.*

DMFIRM #415363848 v1

Clifton Cislak
February 19, 2025
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, a true and correct copy of the foregoing document was filed with the Clerk of Court for the U.S. Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system and served on the following counsel via the CM/ECF system:

Simon C. Brewer, Esq.
Michael S. Raab, Esq.
U.S. Department of Justice
(DOJ) Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
simon.c.brewer@usdoj.gov
michael.raab@usdoj.gov
*Counsel for Respondent*

Shay Dvoretzky, Esq.
Sarah Leitner, Esq.
Parker Andrew Rider-Longmaid, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
shay.dvoretzky@skadden.com
sarah.leitner@skadden.com
parker.rider-longmaid@skadden.com

Steven Marcus, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
steven.marcus@skadden.com
*Counsel for Intervenor*

Dated: February 19, 2025                    *s/ Heidi Carchano*
                                            Heidi Carchano, Legal Assistant

DMFIRM #415363848 v1