SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(202) 371-7370
DIRECT FAX
(202) 661-2370
EMAIL ADDRESS
SHAY.DVORETZKY@SKADDEN.COM

February 19, 2025

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Room 5205
Washington, DC 20001

      RE:    Unavailability for oral argument in *Frontier Airlines, Inc. v. United States Department of Transportation*, No. 25-1002 (D.C. Cir.)

Dear Mr. Cislak:

I am counsel of record and will present oral argument for Intervenor Alaska Airlines, Inc., in *Frontier Airlines, Inc. v. United States Department of Transportation*, No. 25-1002 (D.C. Cir.). I write to update the Court about dates I am unavailable.

I am currently unavailable between April 21 and May 1, 2025, because the Supreme Court is likely to schedule oral argument in *Commissioner v. Zuch*, No. 24-416 (U.S.), within that window. I will inform this Court of any changes to my availability once the Supreme Court schedules argument. I am also unavailable between July 25 and 28 and August 11 and 22, 2025, due to preplanned travel.

I will keep the Court apprised of any changes to my availability.

                Respectfully,

                Shay Dvoretzky

                *Counsel for Intervenor*
                  *Alaska Airlines, Inc.*