# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1002**　　　　　　　　　　　　　**September Term, 2024**

DOT-OST-2024-0065

**Filed On: March 3, 2025**

Frontier Airlines, Inc.,

     Petitioner

    v.

United States Department of Transportation,

     Respondent

------------------------------

Alaska Airlines, Inc.,
     Intervenor

     **BEFORE:**   Childs, Pan, and Garcia, Circuit Judges

### O R D E R

    Upon consideration of Spirit Airlines, Inc.'s motion for leave to intervene, the oppositions thereto, and the reply, it is

    **ORDERED** that the motion for leave to intervene be referred to the merits panel to which this petition for review is assigned. Spirit Airlines, Inc. may as movant-intervenor lodge an opening brief by March 3, 2025 and any reply brief by April 7, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                     BY:    /s/
                              Laura M. Morgan
                              Deputy Clerk