

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7529
Washington, DC 20530

---

Simon C. Brewer    Tel: (202) 616-5367
simon.c.brewer@usdoj.gov

March 10, 2025

Mr. Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for the
   District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

    Re:   *Frontier Airlines, Inc. v. United States Department of Transportation*,
           No. 25-1002

Dear Mr. Cislak:

    I am the government attorney with principal responsibility for the above-referenced appeal. I write to provide an update on my availability for oral argument. I will be traveling abroad on annual leave from May 9, 2025, through May 19, 2025. I also will be traveling out of town on May 23, 2025.

    I respectfully ask that any oral argument in this matter be set for a different day. Thank you for your consideration.

                                    Respectfully submitted,

                                    */s/ Simon C. Brewer*
                                    Simon C. Brewer

cc:    Counsel of record (via CM/ECF)