**[ORAL ARGUMENT NOT SCHEDULED]**
No. 25-1002

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

FRONTIER AIRLINES, INC.,

Petitioner,

SPIRIT AIRLINES, INC.,

Movant-Intervenor,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

Respondent,

ALASKA AIRLINES, INC.,

Respondent-Intervenor.

On Petition for Review of a Final Order
of the United States Department of Transportation

**PETITIONER FRONTIER AIRLINES, INC.'S NOTICE OF
SUBSTITUTION OF COUNSEL**

| | |
|---|---|
| Aaron Schaer | Burt M. Rublin |
| *Counsel of Record* | BALLARD SPAHR LLP |
| BALLARD SPAHR LLP | 1735 Market St., 45th Floor |
| 13313 Balfour Ave. | Philadelphia, PA 19103-7599 |
| Huntington Woods, MI 48070 | (215) 864-8116 |
| (206) 223-7103 | rublin@ballardspahr.com |
| schaera@ballardspahr.com | |

*Counsel for Petitioner Frontier Airlines, Inc.*

## PETITIONER'S NOTICE OF SUBSTITUTION OF COUNSEL

Petitioner Frontier Airlines, Inc. hereby enters the appearance of Burt M. Rublin, Ballard Spahr LLP, D.C. Circuit #65965, as counsel for Petitioner and withdraws the appearance of Lorene L. Boudreau, Ballard Spahr LLP, D.C. Circuit #55126, as counsel for Petitioner in the above-captioned matter. Aaron Schaer, Ballard Spahr LLP, D.C. Circuit #65864 will remain as counsel for Petitioner. Communications to Mr. Rublin should be directed to the following:

>Burt M. Rublin
>BALLARD SPAHR LLP
>1735 Market St., 45th Floor
>Philadelphia, PA 19103-7599
>Direct: 215.864.8116
>Fax: 215.864.9783
>rublin@ballardspahr.com

Dated: March 18, 2025

Respectfully submitted:

/s/ Aaron Schaer
Aaron Schaer
D.C. Circuit #65864
BALLARD SPAHR LLP
13313 Balfour Ave
Huntington Woods, MI 48070
Direct: 206.223.7103
Fax: 206.223.7107
schaera@ballardspahr.com

/s/ Burt M. Rublin
Burt M. Rublin
D.C. Circuit #65965

BALLARD SPAHR LLP
1735 Market St., 45th Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8116
Fax: 215.864.9783
rublin@ballardspahr.com

/s/ Lorene L. Boudreau
Lorene L. Boudreau
D.C. Circuit #55126
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct: 215.864.8245
Fax: 215.864.8999
boudreaul@ballardspahr.com

*Counsel for Petitioner Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically filed the foregoing Petitioner Frontier Airlines, Inc.'s Notice of Substitution of Counsel with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service is accomplished through the appellate CM/ECF system.

Respectfully submitted:

/s/ Aaron Schaer
Aaron Schaer
D.C. Circuit #65864
BALLARD SPAHR LLP
13313 Balfour Ave
Huntington Woods, MI 48070
Direct: 206.223.7103
Fax: 206.223.7107
schaera@ballardspahr.com

*Counsel for Petitioner Frontier Airlines, Inc.*