ORAL ARGUMENT NOT YET SCHEDULED

No. 25-1002

### In the United States Court of Appeals for the District of Columbia Circuit

FRONTIER AIRLINES, INC.,

*Petitioner,*

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondent,*

ALASKA AIRLINES, INC.,

*Intervenor.*

On Petition for Review of a Final Order of the U.S. Department of Transportation

### Spirit Airlines, LLC's Notice of Name Change

Joanne W. Young
*Counsel of Record*
David M. Kirstein
Donald L. Crowell III
KIRSTEIN & YOUNG PLLC
1750 K Street NW, Suite 700
Washington, DC 20006
(202) 331-3348

*Counsel for Spirit Airlines, LLC*

## NOTICE OF NAME CHANGE

Spirit Airlines, LLC ("Spirit") hereby gives notice to the Court and all parties that, as a result of a corporate reorganization completed on March 12, 2025, Spirit has been converted from a Delaware corporation to a Delaware limited liability company. Accordingly, Spirit's name has been changed from "Spirit Airlines, Inc." to "Spirit Airlines, LLC". Spirit requests the Court to substitute its new and proper name, "Spirit Airlines, LLC," for its prior name, "Spirit Airlines, Inc.," in the above-captioned case. Consistent with this name change, and pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Spirit is filing an amended corporate disclosure statement concurrently with this notice.

Dated: March 28, 2025

Respectfully submitted,

/s/ Joanne W. Young
Joanne W. Young
jyoung@yklaw.com
*Counsel of Record*
David M. Kirstein
dkirstein@yklaw.com
Donald L. Crowell III
dcrowell@yklaw.com
**Kirstein & Young PLLC**
1750 K Street NW, Suite 700
Washington, DC 20006
Phone: (202) 331-3348
Fax: (202) 331-3933

*Counsel for Spirit Airlines, LLC*

## CERTIFICATE OF SERVICE

      I certify that, on March 28, 2025, I electronically filed the foregoing Notice of Name Change with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the Court's CM/ECF system.

Dated: March 28, 2025                    Respectfully submitted,

                                                    /s/ Joanne W. Young
                                                    Joanne W. Young

                                                    *Counsel for Spirit Airlines, LLC*