ORAL ARGUMENT NOT YET SCHEDULED

No. 25-1002

# In the United States Court of Appeals for the District of Columbia Circuit

FRONTIER AIRLINES, INC.,

*Petitioner,*

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondent,*

ALASKA AIRLINES, INC.,

*Intervenor.*

On Petition for Review of a Final Order of the U.S. Department of Transportation

**Revised Rule 26.1 Corporate Disclosure Statement of Spirit Airlines, LLC**

> Joanne W. Young
> *Counsel of Record*
> David M. Kirstein
> Donald L. Crowell III
> KIRSTEIN & YOUNG PLLC
> 1750 K Street NW, Suite 700
> Washington, DC  20006
> (202) 331-3348
>
> *Counsel for Spirit Airlines, LLC*

REVISED RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Spirit Airlines, LLC ("Spirit"), through undersigned counsel, certifies as follows:

**Spirit Airlines, LLC** is a Delaware limited liability company and a wholly owned subsidiary of Spirit Aviation Holdings, Inc. Spirit Airlines, LLC provides air transportation services in the United States and internationally.

**Spirit Aviation Holdings, Inc.** is a Delaware corporation. No publicly held company owns 10% or more of Spirit Aviation Holdings Inc.'s stock.

Dated: March 28, 2025

Respectfully submitted,

/s/ Joanne W. Young
Joanne W. Young
jyoung@yklaw.com
*Counsel of Record*
David M. Kirstein
dkirstein@yklaw.com
Donald L. Crowell III
dcrowell@yklaw.com
**Kirstein & Young PLLC**
1750 K Street NW, Suite 700
Washington, DC  20006
Phone: (202) 331-3348
Fax: (202) 331-3933

*Counsel for Spirit Airlines, LLC*

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2025, I electronically filed the foregoing Revised Rule 26.1 Corporate Disclosure Statement with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the Court's CM/ECF system.

Dated: March 28, 2025

Respectfully submitted,

/s/ Joanne W. Young
Joanne W. Young

*Counsel for Spirit Airlines, LLC*