# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Frontier Airlines, Inc.

**v.**

U.S. Department of Transportation

**Case No:** 25-1002

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ● Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Spirit Airlines, LLC

### Counsel Information

**Lead Counsel:** Joanne W. Young

**Direct Phone:** (202) 255-3647  **Fax:** (202) 331-3933  **Email:** jyoung@yklaw.com

**2nd Counsel:** David M. Kirstein

**Direct Phone:** (202) 255-2695  **Fax:** (202) 331-3933  **Email:** dkirstein@yklaw.com

**3rd Counsel:** Donald L. Crowell III

**Direct Phone:** (202) 964-1545  **Fax:** (202) 331-3933  **Email:** dcrowell@yklaw.com

**Firm Name:** Kirstein & Young PLLC

**Firm Address:** 1750 K Street NW STE 700, Washington, DC 20006

**Firm Phone:** (202) 331-3348  **Fax:** (202) 331-3933  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)