# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1002**                                          **September Term, 2024**

DOT-OST-2024-0065

**Filed On:** April 23, 2025

Frontier Airlines, Inc.,

    Petitioner

    v.

United States Department of Transportation,

    Respondent

------------------------------

Alaska Airlines, Inc.,
    Intervenor

    **BEFORE:**   Srinivasan, Chief Judge; Pillard and Childs, Circuit Judges

### O R D E R

    Upon consideration of the motion of movant Spirit Airlines, LLC for leave to intervene in support of petitioner, the lodged briefs, the oppositions thereto, and the reply, it is

    **ORDERED** that the motion be denied. It is

    **FURTHER ORDERED**, on the court's own motion, that movant be permitted to participate as amicus curiae. The Clerk is directed to file the lodged briefs.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk