# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1002**                    **September Term, 2024**

**DOT-OST-2024-0065**

**Filed On: April 25, 2025** [2113013]

Frontier Airlines, Inc.,

        Petitioner

    v.

United States Department of
Transportation,

        Respondent

------------------------------

Alaska Airlines, Inc.,
        Intervenor

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 8, 2025, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Petitioner | - | 10 Minutes |
| Respondent | - | 10 Minutes (to be divided with intervenor as the parties deem appropriate) |

The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Pillard and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 29, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)